**FILED**
CLERK, U.S. DISTRICT COURT

1/3/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
CS

1  Victoria Tenisha Shanae Dillihunt (Full Name)

2  dillihuntvictoria@yahoo.com (Email Address)

3  12035 S Broadway # K (Address Line 1)

4  Los Angeles CA, 90061 (Address Line 2)

Homeless this is old address

5  No Phone (Phone Number)

6  Plaintiff in Pro Per

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  Victoria Tenisha Shanae Dillihunt ,
    Case No.: EDCV24-33-RGK(SPx)
    (To be supplied by the Clerk)

12  Plaintiff,

13  vs.
    **Civil Rights Complaint Pursuant to**

14  Knights Templar Commandery
    **42 U.S.C. § 1983 (non-prisoners)**

15  Southgate, CA

16  Grand National Mother Lodge
    **Jury Trial Demanded**:  ☒Yes ☐ No

17  Great National Lodge of Freemasons (Germany)

18  Defendant(s).

19

20  *(All paragraphs and pages must be numbered.)*

21  **I. JURISDICTION**

22  1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25  **II. VENUE**

26  2. Venue is proper pursuant to 28 U.S.C. § 1391 because _____ The situation took

27  place in County of plaintiff's residence

28

**Congressional Record--Appendix, pp. A34-A35**
Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

### CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.

1    ___. Defendant Knights Templar Commandery Zone 12 State of NY works at
2    Insert ¶ #                    (full name of Defendant)
3    192 Ridge Road, Lackawanna, NY
                        (Defendant's place of work)

4
5    Defendant's title or position is Western Star Masonic Center
6                        (Defendant's title or position at place of work)

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity              ☑ official capacity

9    This Defendant was acting under color of law because defendant is a part
10   of the charades of witchcraft.
11
12   _____
13   _____
14
15
16   ___. Defendant South Gate,                              works at
17   Insert ¶ #                    (full name of Defendant)
18   3650 California Ave South Gate 90280
                        (Defendant's place of work)

19
20   Defendant's title or position is City Hall (Re: Mayor)
21                        (Defendant's title or position at place of work)

22
23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☑ official capacity

25   This Defendant was acting under color of law because defendant is a
26   part of the Charades of witchcraft. Eo: South Gate symbolizes
27   South America

28   _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Grand National Mother Lodge, "The Three Globes" works at

Heerstraße 28, 14052 Berlin, Germany

*Insert ¶ #*      *(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is Re: Grand Mother

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft

___. Defendant Great National Lodge of Freemasons of Germany works at

Peter-Lenné-Straße 1, 14195 Berlin, Germany

*Insert ¶ #*      *(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is Re: Grand Master

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft

6

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant The Grand Lodge of New Brunswick                    works at
*Insert ¶ #*                          *(full name of Defendant)*

92 Germain St, Saint John, NB E2L 2E7, Canada
                          *(Defendant's place of work)*

Defendant's title or position is Grand Master: Laurie M. Bishop
                                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendants are a part of the charades of witchcraft

____. Defendant Freemasons of the Grand Orient of Italy              works at
*Insert ¶ #*                          *(full name of Defendant)*

Via di S. Pancrazio, 8, 00152 Roma RM, Italy
                          *(Defendant's place of work)*

Defendant's title or position is Grand Master Stefano Bisi
                                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendants are a part of the charades of witchcraft

7

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant _The Pennsylvania Masonic Temple_ _____ works at
Insert ¶ #                     (full name of Defendant)

_1 North Broad Street Philadelphia, PA 19107 - 2598_
                              (Defendant's place of work)

Defendant's title or position is _Freemasons Grand Master Jeffrey Wanderling_
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_
_the charades of witchcraft_ _____

_____

_____

_____


____. Defendant _The Most Worshipful Grand Lodge of Ancient Free and Accepted Masons_ works at
Insert ¶ #                     (full name of Defendant)

_2866 S. Via Verde St, Springfield, IL 62703_
                              (Defendant's place of work)

Defendant's title or position is _Freemasons Grand Master David P. Lynch_
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_
_the charades of witchcraft_ _____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ____. Defendant St. John's Lodge No. 1 A.Y.M.                    works at
2    *Insert ¶ #*                              *(full name of Defendant)*
3    71 W. 23rd St Box J1, New York, NY, 10010
     *(Defendant's place of work)*

5    Defendant's title or position is Re: Grand Master
                                      *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☒ official capacity

9    This Defendant was acting under color of law because defendant is a part
10   of the charades of Witchcraft
11   _____
12   _____
13   _____

16   ____. Defendant United Grand Lodge of England                  works at
17   *Insert ¶ #*                              *(full name of Defendant)*
18   60 Great Queen St. London WC2B 5AZ
     *(Defendant's place of work)*

20   Defendant's title or position is _____
                                      *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part
26   of the charades of Witchcraft
27   _____
28   _____

9
**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Queen City #131_ works at
    Insert ¶ #                    (full name of Defendant)

2,3  15-21 Greene St, Cumberland. Maryland 21502
                        (Defendant's place of work)

5   Defendant's title or position is _Masonic Lodge_.
                    (Defendant's title or position at place of work)

6   This Defendant is sued in his/her (check one or both):

7   ☐ individual capacity        ☒ official capacity

9   This Defendant was acting under color of law because _defendant is a part of_
10  _the charades of witchcraft. Ex: Queen City = Idolatry & Paganism,_
11  _#131 = 1+3+1 = (5), 21-15 = (6) Green St = Emerald Witch, Cumberland =_
12  _Cum (scar or hurt) + Berlin (Germany) + Mary + land + (2+1+5+0+2=10 = #1) =_
13  _The Mother of Harlots that sits on the Beast claiming the Star of_
14  _David & the Satanic Star_

16  ___. Defendant _George's Creek Valley #161_ works at
    Insert ¶ #                      (full name of Defendant)

18  19 Main St Lonaconing Maryland 21539
                    (Defendant's place of work)

20  Defendant's title or position is _Masonic Lodge_
                    (Defendant's title or position at place of work)

23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity        ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part of_
26  _the charades of witchcraft. Ex: George = Britain + Creek = Sheltered Waterway +_
27  _Valley = a low point means Britains sheltered waterway put you in a low point,_
28  _6-1-1 = (4), 9+1 = 10 = #1 Main St, + Lonaconing = a coning loan + Mary + Land, +_
    _9+5+3+2+1 = 20 = #2 means Britain's sheltered waterway put you in a low point_
    _that's #1 but mainly a coning loan from Maryland was #2_

___. Defendant King David's Lodge _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

30 Marley Neck Road; Glen Burnier, Maryland 21060 _____.
*(Defendant's place of work)*

Defendant's title or position is Masonic Lodge _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of Witchcraft. Ex: 1 Chronicles 14:1-Now Hiram King of Tyre sent
messengers to David, and timber of cedars, with Masons and carpenters, to build
him an house.

___. Defendant Hiram Lodge #103 _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

10 Main Street, Westernport, Maryland 21562 _____.
*(Defendant's place of work)*

Defendant's title or position is Masonic Lodge _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: 1 Chronicles 14:1-Now Hiram King of Tyre sent
messengers to David, and timber of cedars, with masons and carpenters, to build
him an house.

11
___
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant Mt. Moriah Lodge #116 works at

*Insert ¶ #*                          *(full name of Defendant)*

507 W. Chesapeake Avenue, Towson, Maryland 21204

*(Defendant's place of work)*

Defendant's title or position is Masonic Lodge .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Genesis 2:22 And he said, Take now thy son, thine only son Isaac, whom thou lovest, and get thee into the land of Moriah; and offer him there for a burnt offering upon one of the mountains which I will tell thee of... (Due to Abraham's obediece God put a ram in the bush in exchange for Isaac being the sacrifice.)

____. Defendant Jephthah Lodge #222 works at

*Insert ¶ #*                          *(full name of Defendant)*

140 Orville Road, Essex, Maryland 21221

*(Defendant's place of work)*

Defendant's title or position is Masonic Lodge .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Judges 11:1 - Now Jephthah the Gileadite was a mighty man of valour, and he was the son of an harlot: and Gilead begat Jephthah... (Masons are spiritual sons of an harlot because Roman Catholic Church has went after many other Gods).

12

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Maryland Masonic lodge of Research_ works at
*Insert ¶ #* *(full name of Defendant)*

_302 International Circle Cockeysville, MD 21030_.
*(Defendant's place of work)*

Defendant's title or position is _Masonic Lodge_.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. EX: Their research is only used as weapons of warfare, indoctrination, and selfish gain at the expense of others._

___. Defendant _York Rite (East Aurora Ch. 282)_ works at
*Insert ¶ #* *(full name of Defendant)*

_645 Main Street, East Aurora, NY_
*(Defendant's place of work)*

Defendant's title or position is _Masonic lodge (Re: Grand Master)_.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft_

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant *Ionic Lodge #145* works at

Insert ¶ #    (full name of Defendant)

*85 Main Street, Reistertown, Maryland 21136*

(Defendant's place of work)

Defendant's title or position is *Masonic Lodge*

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ☒ official capacity

This Defendant was acting under color of law because *defendant is a part of the charades of witchcraft. Ex: Ionic was an ancient Greek language spoken in Ionic/Cyclades. Ionic is an ancient Greek architectural order, Ionic is characterized by ions. Ionic is also an open-source UI toolkit for developing PWA's (Progressive Web Apps) and mobile apps using web technologies like CSS, HTML, and Javascript. ION is a television station & an atom or group of atoms that carries a positive or negative charge that's electric. Atoms are the basic constituents of Humans, molecules, cells, and plants.*

___. Defendant *Sharon Lodge #182* works at

Insert ¶ #    (full name of Defendant)

*85 Main Street, Reistertown, Maryland 21136*

(Defendant's place of work)

Defendant's title or position is *Masonic Lodge*

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ☒ official capacity

This Defendant was acting under color of law because *defendant is a part of the charades of witchcraft. Ex: Beauty and the Beast, Song of Solomon 2:1-I am the rose of sharon and the lily of the valleys.*

14

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Texas Scottish Rite Hospital for Children works at
*Insert ¶ #*          *(full name of Defendant)*
2222 Welborn Street Dallas Texas 75219
                    *(Defendant's place of work)*

Defendant's title or position is Pediatric Hospital
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of another parties charades of witchcraft

___. Defendant Texas Scottish Rite Hospital for Children works at
*Insert ¶ #*          *(full name of Defendant)*
5700 Dallas Parkway Frisco, Texas 75034
                    *(Defendant's place of work)*

Defendant's title or position is Pediatric Hospital
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is in charade of witchcraft

15

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  __. Defendant _Orange Valley Lodge_                                 works at

Insert ¶ #                                                 *(full name of Defendant)*

2
3  _7931  12ᵗʰ St  Riverside  CA  92507_

                                  *(Defendant's place of work)*

4
5  Defendant's title or position is _Masonic Lodge_

                                  *(Defendant's title or position at place of work)*

6
7  This Defendant is sued in his/her (check one or both):

8      ☐ individual capacity              ☒ official capacity

9
10  This Defendant was acting under color of law because _defendant is a part of_
11  _the charades of witchcraft._

12
13
14
15
16  __. Defendant _Apple Corps Ltd_                                 works at

Insert ¶ #                                                 *(full name of Defendant)*

17
18  _27 Ovington Square  London, SW3 1LJ  United Kingdom_

                                  *(Defendant's place of work)*

19
20  Defendant's title or position is _CEO: Jeff Jones_

                                  *(Defendant's title or position at place of work)*

21
22
23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part of_
26  _the charades of witchcraft. Ex: The Beatles recording Company_

27
28

116

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ____. Defendant **Bishop T.D. Jakes** _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

2
3   6177 W. Kiest Blvd, Dallas, Texas 75236 .

*(Defendant's place of work)*

4
5   Defendant's title or position is **Bishop of Potter House Ministries**

*(Defendant's title or position at place of work)*

6
7   This Defendant is sued in his/her (check one or both):

8   ☐ individual capacity                ☒ official capacity

9
10  This Defendant was acting under color of law because **defendant is a part of**

11  the charade of witchcraft. Ex: T.D. Jakes was born in South Charleston, Virginia and due to

12  Charles the Great King of Franks being crown Roman Emperor on Dec 25, 800 that makes

13  T.D. Jakes marked by the beast. Also, T.D. Jakes has a song called the Lady, her lover

14  and the LORD. TD Jakes was born in South Charleston, Virginia which marked him as a beast

15  at birth. TD Jakes also did the song The Lady, Her Lover, & The Lord. He was a mentor to Juanita Bynum as

    well and his church is in Texas which is where Beyonce is from just like Juanita Bynum being in New York

    "The City of Gods" and that is where Jay Z is from.

16  ____. Defendant **Dr. Juanita Bynum** _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

17
18  215-03 Jamaica Ave suite 77 Queens Village, New York 11428 .

*(Defendant's place of work)*

19
20  Defendant's title or position is **Prophetess Juanita Bynum**

21                              *(Defendant's title or position at place of work)*

22
23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity                ☒ official capacity

25  This Defendant was acting under color of law because **defendant is a part of the**

26  charade of witchcraft. Ex: Defendant is in the battle between the GOATS & the RAMS. Juanita Bynum

27  was born in Chicago, Illinois (I used to live in Chicago in Riverside). She is signed to RCA which is governed by

28  Roman Catholic Church. She battled with her sexuality while in ministry got delivered then had a million

    dollar wedding on National TV that later ended in a divorce. I've had a few encounters with her

    laying hands on me. Also, due to her living _____ and doing ministry in New York "City of Gods" it's

    a form of idolatry, it's where Jay Z is **Page Number** from who calls himself Hova which makes the

    anointing on her life be **Civil Rights Complaint Pursuant to U.S.C. § 1983** infiltrated by the witches & sorcerors, and

    New York represents King George VI of Britain who was also Albert Duke of York. Finally, because

    her address has Jamaica in it that symbolizes her being the mother of the Rastafarian religion and

    the obeah religion that still calls on Jesus however plays with voodo too.

(7)



# WIKIPEDIA
The Free Encyclopedia

# T. D. Jakes

**Thomas Dexter Jakes** (born June 9, 1957) is an American non-denominational Christian preacher. He is the senior pastor of The Potter's House, a non-denominational American megachurch. Jakes's church services and Evangelistic sermons are broadcast on *The Potter's Touch*. He is the author of many books and also produces films.[1]

## Biography

Thomas Dexter Jakes was born on June 9, 1957, in South Charleston, West Virginia, and grew up in the Vandalia neighborhood in Charleston, West Virginia, where there is a street bearing his last name.[2]

### Beliefs

Although Jakes was converted and ordained within Oneness Pentecostalism, he revealed in an interview with Mark Driscoll in 2012 that he affirms the Trinity, although Jakes did not affirm the eternality of the individual persons of the Trinity, which is denied by Oneness churches.[3][4]

Jakes is an advocate of sexual abstinence and has made appearances advocating it on *Good Morning America* and *Dr. Phil*.[5]

In 2015, Jakes stated that his views on homosexuality and LGBT rights are evolving. However, Jakes stated that his words were misinterpreted and that while he does not support same-sex marriage, he "respect[s] the rights that this country affords those that disagree".[6]

## Ministry

In 1982, at age 25, Jakes became the pastor of Greater Emanuel Temple of Faith, a storefront church in Smithers, West Virginia, with ten members.[7] In 1988, he joined the denomination *Higher Ground Always Abounding Assemblies* founded by Bishop Sherman Watkins.[8] In 1990, Jakes moved to South Charleston, West Virginia, and his congregation grew again, to 300 members. In 1993 he moved to Cross Lanes, West Virginia.[9]

Bishop
**T. D. Jakes**



Jakes in 2022

| | |
|---|---|
| **Born** | Thomas Dexter Jakes June 9, 1957 South Charleston, West Virginia, U.S. |
| **Occupations** | Bishop · author · filmmaker |
| **Spouse** | Serita Jamison (m. 1982) |
| **Religion** | Nondenominational Christian |
| **Congregations served** | The Potter's House Church, Dallas, Texas |
| **Title** | Bishop |
| **Website** | www.tdjakes.com (http:// www.tdjakes.com/) |

18



**WIKIPEDIA**
The Free Encyclopedia

# Juanita Bynum

**Juanita Bynum** (born January 16, 1959)[1][2] is an American gospel singer, author, and pastor.[3][4]

In 2007, she released an album titled *Piece of My Passion*, and *The New York Times* described her as "the most prominent black female television evangelist in the country".[5] She is the author of *The Threshing Floor*.[6]

## Discography

- *Gospel Goes Classical* (with Jonathan Butler) (2006)[7][8]
- *Piece of My Passion* (2007)
- *Morning Glory* (2010)[9]

| Juanita Bynum | |
|---|---|
| **Born** | January 16, 1959 Chicago, Illinois, United States |
| **Genres** | Gospel · worship |
| **Occupation(s)** | Musician, songwriter |
| **Years active** | 1995–present |
| **Labels** | RCA |
| **Website** | www.juanitabynum.com (https://www.juanitabynum.com/) |

## Bibliography

- — (1997). *Don't Get Off the Train: En Route to Your Divine Destination* (https://books.google.com/books?id=UJ8NAAAACAAJ). Pneuma Life Pub. ISBN 978-1-56229-121-1.
- — (1997). *The Planted Seed: The Immutable Laws of Sowing and Reaping* (https://books.google.com/books?id=f-kb32QFqjQC). Pneuma Life Pub. ISBN 978-1-56229-122-8.
- — (1998). *No More Sheets: Devotional* (https://archive.org/details/nomoresheetsdevo0000bynu). Pneuma Life Pub. ISBN 978-1-56229-149-5.
- — (1998). *No More Sheets: The Truth about Sex* (https://archive.org/details/nomoresheetsdevo0000bynu). Pneuma Life Pub. ISBN 978-1-56229-148-8.
- — (1999). *Morning Glory: Meditation Scriptures* (https://archive.org/details/morningglory00juan). Morning Glory Series. Pneuma Life Publishing, Incorporated. ISBN 978-1-56229-158-7.
- — (2004). *My Spiritual Inheritance* (https://archive.org/details/myspiritualinher00juan). Charisma House. ISBN 978-1-59185-644-3.
- — (2006). *Heart Matters: Loving God the Way He Loves You* (https://books.google.com/books?id=HImPOwAACAAJ). Charisma Media. ISBN 978-1-59979-058-9.
- — (2010). *No More Sheets: Starting Over* (https://books.google.com/books?id=HR0ypwAACAAJ). Destiny Image Publishers. ISBN 978-0-7684-3284-8.
- — (2011). *40 Days to Starting Over: No More Sheets Challenge* (https://books.google.com/books?id=CH4UctPh3B8C). Destiny Image, Incorporated. ISBN 978-0-7684-9054-1.
- — (2017). *The Juanita Bynum Topical Bible* (https://books.google.com/books?id=LxzAAQAACAAJ). CreateSpace Independent Publishing Platform. ISBN 978-1-5431-9887-4.

## References



1. Benowitz, June (2017). *Encyclopedia of American women and religion* (https://books.google.com/books?id=Jm8tDwAAQBAJ&pg=PA84). Santa Barbara, California: ABC-CLIO, LLC. pp. 84–86.

12/27/23, 7:33 PM    (2,127 unread) jillihuntvictoria@yahoo.com - Yahoo Mail

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YL PLUS    Upgrade Now

Starred ×    Search in starred...    Advanced ∨    Home

Compose

← Back    Archive    Move    Delete    Spam

Inbox    2.1K
Unread
Starred
Drafts    5
Sent
Archive
Spam
Trash
∧ Less

Views    Hide
Photos
Documents
Emails to myself
Subscriptions
Receipts
Credits
Travel

Folders    Hide
+ New Folder
Notes

Place Of The Most High And Abide Under The Shadow Of The Almighty.

For We Know That The Weapons Of Our Warfare's Are Not Man Made, But Mighty Through God To The Pulling Down Of Spiritual Strongholds. LUVU2BITS!! ❤️XO · 👤

#Africaday #mood #keepbreathing #keephopealive #keepthefaith

Write a comment ...    Send

← Prophetess Juanita Bynum

↖ Bishop Earnest Johnson
Told me about Juanita Bynum when I was around 19 yrs old because of her No More Sheets testimony about her battle with the same sex, her fornication struggle while in church, her $1 Million Dollar Wedding that was broadcasted LIVE, etc. Due to my own struggles in life I took a liking to this Woman of God because she was obedient enough to get real about her struggles to the people that God entrusted her to lead by example.

4th Time I Seen her was this year in Anaheim

3rd Time was on my birthday August 26th 2018 in Yorba Linda

2nd Time I saw her was in Compton, CA in 2015

1ST Lady Rebecca Johnson took me to see Prophetess Juanita Bynum for the 1ST time At the Anaheim Convention Center on August 27th 2010 as a birthday gift because my birthday was August 26th however I had just given birth on August 22nd to my daughter Miracle.


20

https://mail.yahoo.com/d/search/keyword=is%253Astarred%2520juanita%2520bynum/messages/2451    1/1

___. Defendant **The Rock** works at
*Insert ¶ #*                    *(full name of Defendant)*

**101 E Orangethorpe Ave, Anaheim CA 92801**
                    *(Defendant's place of work)*

Defendant's title or position is **Religious Temple**
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☑ official capacity

This Defendant was acting under color of law because **defendant is caught up in other people's charade of witchcraft. Ex: Anaheim symbolizes the realm of witchcraft which means sorcery is the principality of the region & God said upon this rock he will build His church & the gates of hell will not prevail.**

___. Defendant **Breath of the Spirit** works at
*Insert ¶ #*                    *(full name of Defendant)*

**2636 W. Woodland Dr Anaheim CA 92801**
                    *(Defendant's place of work)*

Defendant's title or position is **Religious Temple**
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☑ official capacity

This Defendant was acting under color of law because **the defendant is caught up in the charade of other people's witchcraft. Ex: Anaheim symbolizes the realm of witchcraft which means the principality of the region is hiding behind The Breath of the Spirit and needed to be exposed. Also, this church has connections with prophetess Juanita Bynum in NY.**

21
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

____. Defendant **JITA IMPACT CENTER INCORPORATED** works at
Insert ¶ #
                    *(full name of Defendant)*

2

4060 Brightmore Dr, Austell, GA, 30106
                    *(Defendant's place of work)*

3

4

5

Defendant's title or position is **Jesus Is The Answer (J.I.T.A) Re:Pastor Crystal Brown**
                    *(Defendant's title or position at place of work)*

6

7

This Defendant is sued in his/her (check one or both):

8

☐ individual capacity            ☒ official capacity

9

10

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: Bishop Ernest Johnson is the overseer of this ministry. So here,

11

you have Jesus Is The Answer in Georgia (the state my partner was born) but its ran by Crystal

12

Brown (which makes it seem like my partner is my enemy because Crystal symbolizes Meth and Brown

13

symbolizes Brown Pride) then her Ministry partner is Michelle Epps (nickname: Mickey like Mickey

14

Mouse), her secretary is Costina Sheppard (shepherd = pastor, overseer, etc.) and finally the numbers can

15

sum up to 666 from the address (4060 & 30106 = 4+3=7-1=6, add 6, add lost 6 = 60606

16

So with the witches using deception then they are drugging me, marking me w/666, and pretending to be me, when they belong to the Roman Catholic umbrella. Also Riverside is in their principal address where I used to live.

17

____. Defendant **Jesus Is The Answer Apostolic Church** works at
Insert ¶ #
                    *(full name of Defendant)*

18

1544 E. 123rd St Los Angeles CA, 90059 (At Ajalon Temple of Truth BC)
                    *(Defendant's place of work)*

19

20

Defendant's title or position is **Bishop Ernest Johnson & 1st Lady Rebecca Johnson**
                    *(Defendant's title or position at place of work)*

21

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity            ☒ official capacity

25

This Defendant was acting under color of law because defendant is a part of the

26

charade of witchcraft. Ex: Bishop Johnson trained me in ministry, deals with the industry, and

27

his ministry is not a part of the New Covenant. He's still under the umbrella of Rome

28

especially because he has DJ Yella from NWA as his sound man and NWA is under Roman Catholics reign. Bishop Johnson is well aware of what he's doing (even though I didn't know until recently). Bishop Johnson (All of a sudden after 40 years) decided to go become a judge. His wife Rebecca is a nurse and Rebecca sister Blanca is a claims Examiner for Sedgwick (a company that started in Britain

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

21

# Jesus Is The Answer Apostolic Church

A Church Where Jesus Is Lord and Your Life's Questions Will Be Answered.

Sign up for our
Email Newsletter

GO

Call: +1-310-637-7086

Follow us on [f]

Home    About Us    Services    Upcoming Special Events    Partners    Photo Gallery    Ministry Photos 2    Make a Donation    Ministry Books



Bishop Ernest Johnson
Senior Pastor
First Lady
Rebecca Johnson

## Jita.
APOSTOLIC CHURCH

You Have An Appointment With Destiny at

## JESUS IS THE ANSWER CHURCH
### *Of Los Angeles*

A Family Church Where Answers Are Revealed
Acts 2:38

SUNDAYS @ 1PM

WEDNESDAY BIBLE ENRICHMENT 7:30P.M.

1544 E. 123rd St. (At Compton Ave.)
Los Angeles, CA. 90059
(At Ajalon Temple of Truth BC)

For Prayer 24/7 and Info. call 310/ 637-7086
Jitatv.org

DON'T MISS THIS MOVE OF GOD

Bring Your Family To A
Church Where The Spirit Of
The Lord Is Present

Request Information

Name:

Email

Phone    optional

Request

## Welcome to Jesus Is The Answer Chruch
WE'RE COMMITTED TO HELPING YOU

A Family Church where the Love of God hits you at the door. Jesus Is Lord! Acts 2:38

SALVATION
HEALING
DELIVERENCE
ANOINTED TEACHING
A SENSE OF FAMILY
PROPHECY
DIRECTION
PURPOSE DRIVEN LIVES
THE GLORY OF THE LORD
THE FAMILY OF GOD

Please fill the required fields

Follow us on [f]

ACTS 2:38



MARK 16:15-18

One Visitor stated:
"I really like the services that Jesus
Is The Answer Apostolic Church has
to offer. I'm definitely going back!
I could really feel the spirit of God
moving in that place."

Call +1-310-637-7086 **For Payer and More Church Info.**
**The JITA TV Network is Now On The Air 24/7 Visit Us now at www.jitatv.org**

Jesus Is The Answer Apostolic Church © P.O. Box 5651, Compton, CA 90224

23

# Jesus Is The Answer Apostolic Church

Call: +1-310-637-7086

A Church Where Jesus Is Lord and Your Life's Questions Will Be Answered.

Home    About Us    Services    Upcoming Special Events    Partners    Photo Gallery    Ministry Photos 2    Make a Donation    Ministry Books

## Jesus Is The Answer Apostolic Church Gallery

Here's a photo journey of the Saints lifting up the name of JESUS in the beauty of HOLINESS!!





Please contact us with your specific prayer requests or questions about the ministry

**Contact Us**

Or for more information, call us at: +1-310-637-7086

Or send inquiries to:
JITA Ministries
P.O. Box 5651
Compton, CA 90224

Bringing The Real Answer To A Lost And Dying World.  JESUS IS THE ANSWER APOSTOLIC CHURCH, INC.

—Eazy-E

Bishop Johnson & Nick Cannon
Tyrone Burton aka TK from Parent Hood Movi

(24)

# Jesus Is The Answer Apostolic Church

A Church Where Jesus Is Lord and Your Life's Questions Will Be Answered.

Call: +1-310-637-7086

Home    About Us    Services    Upcoming Special Events    Partners    Photo Gallery    Ministry Photos 2    Make a Donation    Ministry Books

## Jesus Is The Answer Apostolic Church Partners
## THIS PAGE IS UNDER CONSTRUCTION

Jesus Is The Answer Apostolic Church is the founding church and covering for many churches in Los Angeles, Comton and around the world.  If you need a church in your area that walks in the power of the Holy Ghost please call us  and we will locate a great Jesus Name church in your area. We want to help you be saved and to encourage your walk with the Lord.



## Associated Churches And Churches Part of The JITA Fellowship

**Partner Ministry**

Deeper Revelation Church of LBC
Eugene Crockett

FISHERS OF MEN OUTREACH CHURCH
Apostle Lonial Stanfield
Compton, Ca.

Pastor Paul Garcia
Jesus Is The Answer of Santa Ana,
Santa Ana, Ca.

Pastor JP Foster
Faithful Central Bible Church
333 W. Florence Ave.
Inglewood, CA. 90301

**Out Of State Churches**

Pastor Terry Mayes
Greater Refuge Ministries
Rome, GA.

All About Jesus Ministries
Cartersville, GA.
(770) 276-1521

Pastor Crystal Brown

Currently Updating Church Lists

**Partner Ministry**

Gospel Word Of Life Apostolic
Elder Eric Holyfield
Paramount, Ca.

**Lancaster C.O.G.I.C.**
**Pastor Demetris Duvol**
**Lancaster, Ca.**

Power House C.O.G.I.C.
Dr. Mary Smith
Portland, Oregon

Avalon Temple Of Truth BC
Pastor Ned Ebbs  Jr.
1544 E. 123rd St.
Los Angeles, CA. 90059
424/222-2298.

Palm Tree International Ministries
Remnant Church of Columbus, GA
Apostle Sharon Billings

Dr. Sharon Monroe
Minister Terry Durham
Gospel Truth Deliverance Ministries
Ft. Lauderdale, Fl.
(954) 822-6066

Texas Church

**Partner Ministry**

St. John's Apostolic Assembly
Bishop Craig Sherman Mitchell
Gardena, CA.

Bishop York J. Milton
Los Angeles, CA.

Bishop K.D.Mercer
Kingdom Church
Moreno Valley, Ca.

Jesus Is The Answer Burbank
Pastor Nick Canody
1716 Burbank Bl. Burbank, Ca. 91601
562/ 668-2949

Bread Of Life Church
Bishop Darnell Skinner

Bishop Terrence Coleman
Greater Pentecostal Church
St. Louis, Mo.
(314) 339-6060.

Bishop Baylor
Florissant, Mo.











Pastor
Crystal
Brown



25





← Bishop Earnest Johnson's Wife
1ˢᵗ Lady Rebecca From Jesus Is The
Answer Apostolic
Church

 **Rebecca Johnson**

Registered Nurse

Fontana, California, United States

32 followers · 33 connections

See your mutual connections

Join to view profile

Dessert Valley Hospital

West Coast University

## Activity

✴ I've been dealing with Medical & Dental
Malpractice ALL MY LIFE! ALL for Embezzlement,
experimental, and disfigurational purposes in order
to break my self esteem, make me second guess myself,
and to cause me infertility so I wouldn't be able
to produce the promises of God while they were
robbing me blindly due to my lack of knowledge!
㉖

11/29/23, 9:25 AM   Registered Nurse - Dessert Valley Hospital | LinkedIn



### Registered Nurse
Dessert Valley Hospital
May 2023 - Present · 7 months

### Licensed Vocational Nurse
Riverside University Health System ← I used to live in Riverside
Aug 2022 - Present · 1 year 4 months
Moreno Valley, California, United States

### Licensed Practical Nurse ← This is when I started going through so much hell after opening up my company R.A.M. (Rising Above Measure)
Cedars-Sinai
Nov 2017 - Aug 2022 · 4 years 10 months
Los Angeles, California, United States

### Licensed Vocational Nurse
Los Robles Hospital and Medical Center
Mar 2022 - Jun 2022 · 4 months
Thousand Oaks, California, United States

## Education

(27)

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    ••• | PLUS    Upgrade Now

Sent ×    Search in sent...    Advanced ⌄    Home

Compose    ← Back  ◄  ◄◄  ➡  Archive   Move   Delete   Spam  •••  ▲ ▼ ✕

Inbox    1.9k    Please Pray and show Bishop    Yahoo/Sent ⭐

Unread

Starred    **Victoria dillihunt** <dillihuntvictoria@yahoo.com>    Tue, Dec 27, 2022 at 10:40 PM

Drafts    1    To: rebeccajita@yahoo.com

Sent    I had to suffer for that Revelation and I have one more lawsuit to do since it was rejected. That
puts me at 3 lawsuits! The first one is against Washington D.C. under the 1st Amendment about
Archive    religion, The second one was against the Music industry's harlot who also created a religion for
homosexuals, feminism, idol worship under the 1st Amendment about religion, and the last one is
Spam    for state officials who organized crime against me and set me and my family up while holding my
company named RAM, first book titled JESUS, and my seed hostage it got rejected under
Trash    Rico(Racketeering Influenced Corrupted Organization) which makes sense now because
Everything they tried to steal is pertaining to the promises God made me so I have to redo the 3rd
∧ Less    one like I did the first two! So please intercede for the World! That is why I understood what Bishop
meant about going East because I know what God just told me however I had to get to you and
Views    Hide    Bishop in obedience to what God told me and Bishop knew what he was talking about BUT I
MUST WARN YOU THAT when YOU SPEAK ABOUT JESUS CHRIST you may want to say
Photos    and/or in the name of JESUS CHRIST OF NAZARETH because there is an occult called Obeah
from Jamaica that prays prayers of witchcraft in the name of JESUS CHRIST and the man said it
Documents    on National TV! His advice was that Christian's say JESUS CHRIST OF NAZARETH or basically
you will be pulled into the witchcraft going on throughout the nation unintentionally so I thought I
Emails to myself    should share that bcuz that's all apart of the draconians deception to deceive the Elect according
to REVELATION chapters 12&13!
Subscriptions

Shopping    Sent from Yahoo Mail for iPhone

Receipts

Credits    ◄  ◄◄  ➡  •••

Travel

Folders    Hide    Reply, Reply All or Forward

+ New Folder

Notes    Bishop Earnet Johnson & Rebecca Johnson
were my overseers at Jesus Is The Answer
since approximately 2008. It was spoken over
my life over 10 years ago about an inheritance
but I didn't know what people were talking
about. What made this last 5 years crazy
is because NOBODY would Help me not even
the Church and Now I see why.
Also, 12/27/2022 I emailed Rebecca Johnson
a copy of one of my civil claims however I
didn't receive a response which was odd.
Her sister Blanca who was real close to
me for years started being distant as well
however She was the person I kept updated
on my claims while forgetting She worked
as a claims person in Long Beach.

28



# GEORGIA
# CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

**BUSINESS SEARCH**

HOME (/)

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **JITA Impact Center Incorporated** | Control Number: | **20131983** |
| Business Type: | **Domestic Nonprofit Corporation** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Any legal purpose** | NAICS Sub Code: | |
| Principal Office Address: | **320 riverside pkwy, austell, GA, 30168, USA** | Date of Formation / Registration Date: | **7/22/2020** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2024** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Crystal Brown** |
| Physical Address: | **4060 Brightmore Dr., Austell, GA, 30106, USA** |
| County: | **Douglas** |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Costina Sheppard | Secretary | 4060 brightmore dr, Austell, GA, 30106, USA |
| Crystal Brown | CEO | 4060 brightmore dr, Austell, GA, 30106, USA |
| Michelle Epps | CFO | 4060 brightmore dr, Austell, GA, 30106, USA |

Back                    Filing History        Name History

Return to Business Search

*This is Jesus Is The Answer in Georgia which is another form of evidence to prove Everybody was working together to keep me seeming like I was somebody that I wasn't. Crystal Brown= Crystal Meth & Michelle Epps nickname is Mickey (like Mickey Mouse from the world of Magic)*

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19          Report a Problem?



12/27/23, 7:34 PM    (2,127 unread) dillihuntvictoria@yahoo.com - Yahoo Mail



→ Amazon

→ Hollywood

→ Jesus Is The Answer



___. Defendant Olimpo de Bahia Blanca                                works at
Insert ¶ #                    (full name of Defendant)

Calle Sarmiento 52, 8000 Bahia Blanca, Provincia de Buenos Aires Argentina
                        (Defendant's place of work)

Defendant's title or position is  Sports Club Manager: Carlos Mayor
                        (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because  defendant is a part of the charade of witchcraft. Ex: Blanca Provencio goes to Jesus is the Answer in Compton under Bishop Johnson and First Lady Rebecca Johnson (Blanca's sister). Blanca also works for Sedgwick Claims Management (Sedgwick Group was a large British Insurance Broker before it shut down in 1998) in Long Beach CA.

___. Defendant Murcia, Spain                                works at
Insert ¶ #                    (full name of Defendant)

Palacio de San Esteban, Calle Acisclo Diaz, ES-30001 Murcia
                        (Defendant's place of work)

Defendant's title or position is  President: Fernando López Miras
                        (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because  defendant is a part of the charade of witchcraft. Ex: Murcia is a jurisdiction of the (town of Castile since the middle ages. Blanca is a spanish municipality in the Region of Murcia, Spain. I used to attend Jesus is the Answer with Blanca Provencio in Compton. Also, Steven is my boy cousin who was sleeping with me (incest) when I was younger. Steven is Esteban in Spanish.

Page Number  4

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Kirk Franklin** works at
*Insert ¶ #*        *(full name of Defendant)*

25 Madison Ave, 23rd floor, New York, NY 10010 .
*(Defendant's place of work)*

Defendant's title or position is **Gospel Artist** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because the defendant is an artist that worships God however it was the King of Franks, Charles the Great that was crowned Emperor of Rome on December 25, 800 and it was Rome who crucified JESUS so its like saying "Jesus worshippers Killed Jesus on December 25 which is Christmas = Christ Massacre (the holiday they supposedly celebrated Christ's Birth.

___. Defendant **Yolanda Adams** works at
*Insert ¶ #*        *(full name of Defendant)*

3933 Harrison St, Suite 103, Piedmont CA 94611 .
*(Defendant's place of work)*

Defendant's title or position is **Gospel Artist** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because the defendant is an artist that worships God however due to her last name being Adams and she's a women it symbolizes Transgender in the serpent kingdom because of Dionysus (who was born a boy and change to a girl) and since her name is Adams which is plural it's like saying that Adam is transgender/dionysus and Jesus who people call the 2nd _____ Adam because he came to redeem the world due to Adams fall in the garden is a transgender Dionysus as well. These are a part of the spells/word games of the enemy... Harrison is my grandmothers last name

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

42

___. Defendant Fredro Starr (Fred Lee Scruggs Jr.) _____ works at

Insert ¶ #                    *(full name of Defendant)*

8222 Melrose Ave. Suite. 304 Los Angeles CA 90048

*(Defendant's place of work)*

Defendant's title or position is Artist @ Media Artists Group

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: His nickname is Magic, Mickey Billy, Firestarr, DreStarr, etc. He also was a part of the rap group Onyx which is the group that Bonifucco ehn Pastor Nick Cannady rapped with before Bishop Earnest Johnson brought him to Jesus Is The Answer.


___. Defendant Todd Bridges _____ works at

Insert ¶ #                    *(full name of Defendant)*

1650 Broadway Suite 304A New York, NY 10019

*(Defendant's place of work)*

Defendant's title or position is Actor

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: He became the 1st African-American child actor to have a recurring role on a successful TV series, The Waltons. Todd Bridges is also Bishop Earnest Johnson Spiritual Son from Jesus Is The Answer!

43

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2 ____. Defendant  Salem                                                    works at
   *Insert ¶ #*                    *(full name of Defendant)*
3 Salem City Hall, 93 Washington St, Salem, MA 01970
                              *(Defendant's place of work)*

4

5 Defendant's title or position is  Mayor: Dominick Pangallo
6                                    *(Defendant's title or position at place of work)*

7 This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity                    ☒ official capacity

9

10 This Defendant was acting under color of law because defendant is a part of
11 the charade of witchcraft. Ex: In the Bible Melchizedek was the king of
12 Salem and priest of El Elyon "Most High God". The Catholic Church
13 canonized him & his feast day is August 26 which is my birthday. Now Salem
14 was also known for the infamous Salem witch trials of 1692.

15

16

17 ____. Defendant  Onyx                                                    works at
   *Insert ¶ #*                    *(full name of Defendant)*
18 1755 Broadway, New York, New York 10019
19                              *(Defendant's place of work)*

20

21 Defendant's title or position is  Hip-Hop Band
                                    *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity                    ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of the
26 charade of witchcraft. Ex: Defendant's rap group consists of individuals
27 who met Bishop Earnest Johnson from Jesus Is The Answer and have
28 worked with him as spiritual sons however that has caused strange fire
   to occur while placing me in a bad place as I was attacked and discredited
   just for being in love with God so _____ I have to add this band because
   the men who came from here have been pulled into a scandal.
                        **Page Number**
              **Civil Rights Complaint Pursuant to U.S.C. § 1983**

                                    94

___. Defendant _Jamaica Bay Wildlife Refuge_ works at
*Insert ¶ #*　　　　　　　　　*(full name of Defendant)*

_175-10 Cross Bay Blvd, Queens, NY 11693_ .
　　　　　　　　*(Defendant's place of work)*

Defendant's title or position is _Superintendent: Jennifer Norsesian_ .
　　　　　　　　*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

□ individual capacity　　　　☑ official capacity

This Defendant was acting under color of law because _defendant is a part_
_of the charades of Witchcraft. Ex: Animalistic behavior_
_in Queens NY is like saying the mother of harlots that_
_sat on the beast_

___. Defendant _Queens, New York Borough_ works at
*Insert ¶ #*　　　　　　　　　*(full name of Defendant)*

_120-55 Queens Blvd, NY 11424_ .
　　　　　　　　*(Defendant's place of work)*

Defendant's title or position is _Re: Mayor Eric Adams_ .
　　　　　　　　*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

□ individual capacity　　　　☑ official capacity

This Defendant was acting under color of law because _defendant is a part_
_of the charades of witchcraft. Ex: Queens NY with the_
_Mayors last name being Adam is like says the queens_
_borrowed Adam_

46
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___.  Defendant Kenneth Zoo Petty _____ works at

2

*Insert ¶ #*          *(full name of Defendant)*

123-40 Inwood Street 1 floor Jamaica New York 11436.

3

*(Defendant's place of work)*

4

5

Defendant's title or position is Nikki Minaj Husband _____.

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity          ☒ official capacity

8

9

This Defendant was acting under color of law because defendant is part of the

10

charades of witchcraft. Ex: he was charged for attempted rape

11

& is a registered sex offender.

12

13

14

15

16

___.  Defendant Casandra Elizabeth "Cassie" Ventura _____ works at

17

*Insert ¶ #*          *(full name of Defendant)*

18

Cassie Ventura Untitled Entertainment, P.O. Box 5539 Beverly Hills CA 90209.

*(Defendant's place of work)*

19

20

Defendant's title or position is Singer _____.

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity          ☒ official capacity

25

This Defendant was acting under color of law because defendant is part of the

26

Charades of witchcraft. Ex: She was born August 26, 1986 and I was

27

born August 26, 1989 so she is 3 years older than me plus

28

she was born in New London, Connecticut however I see she is exposing Sean Combs but it is my law suit that I filed against him that a lot of people are taking credit for while I'm struggling. She filed her lawsuit on November 16, 2023. I filed mine on September 15, 2023 for Sean Diddy Combs.

416

___. Defendant Jesus Lenin Cota Ramirez _____ works at

Insert ¶ #    *(full name of Defendant)*

6450 Garfield Ave, Bell Gardens, CA 90201

*(Defendant's place of work)*

Defendant's title or position is Del Records

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is part of the Charades of Witchcraft. Ex: He released the song Jesus Malverde which is "Jesus Bad Green")

___. Defendant El Cartel Records Inc. _____ works at

Insert ¶ #    *(full name of Defendant)*

403 Calle Del Parque, 8th floor, San Juan Puerto Rico 00925

*(Defendant's place of work)*

Defendant's title or position is Ceo: Daddy Yankee

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is part of the Charades of Witchcraft. Ex: This company was founded on August 26, 1997. My birthday is August 26 & they already got me looking like I married Jesus Malverde a saint for the Catholic Church that was a drug dealer for the mafia in Sinaloa Mexico.

Page Number 47

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant (Future) Nayvadius Demun Cash works at

*Insert ¶ #* *(full name of Defendant)*

80 Broad St, 5th Floor, PMB 247, NewYork, NY 10004

*(Defendant's place of work)*

Defendant's title or position is The Chamber Group (Artist)

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendent is an artist with the name Future which is symbolic in regards to who governs the industry verses the Kingdom of God being at hand. As we all know Future has dreads and dreads resemble Sampson's strength that was in his hair because he asked Delilah to weave his 7 locks into the web right before he told her his strength was in his hair and she told the Philistines and they stripped him of his strength by cutting his hair (Judges16;13-31). Job 13:11 Shall not his excellency make you afraid and his dread fall upon you? So these dreads are from Rastafari religion in Jamaica who has 12 tribes as well and smoke cannibus & do witchcraft.

___. Defendant (Chris Brown) Christopher Maurice Brown works at

*Insert ¶ #* *(full name of Defendant)*

2738 Rinconia Dr Los Angeles CA 90068

*(Defendant's place of work)*

Defendant's title or position is Artist

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendants name is symbolic to the way the witches used spells & spelling to play mind games. Example: Chris can symbolize Christ being Brown and/or Chris can symbolize Crystal then Brown would symbolize Brown Pride

48

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Rastafarianism (URI)_ works at
   *Insert ¶ #*                    *(full name of Defendant)*

2

3    _1009 General Kennedy Ave San Francisco CA 94129_.
                          *(Defendant's place of work)*

4

5    Defendant's title or position is _United Religions Initiative_.
                                    *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☒ official capacity

8

9    This Defendant was acting under color of law because _defendant is a part of_

10   _the charades of witchcraft. Ex: They were used to portray to themselves_

11   _as the 12 Tribes of Israel however these come from Jamaica_

12   _and the 12 Tribes of Israel is one of their groups like: BOBO ASHANTI, the Niyabinghi_

13   _Messianic Dreads, Covenant Rastafari, Selassian Church, etc._

14

15

16   ___. Defendant _MCA Records (Canada)_ works at
   *Insert ¶ #*                    *(full name of Defendant)*

17

18   _2450 Victoria Pk. Ave, Willowdale Ontario M2J 4A2 Canada_.
                          *(Defendant's place of work)*

19

20   Defendant's title or position is _Record Label_.
                                    *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because _defendant is_

26   _caught in a charade of witchcraft. Ex: The Movie Willow_

27   _Talks about a lil girl who was born to break the witches spell._

28   _Willow is the name of a singer_

                          _49_
                     Page Number

          Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant  Ashanti Douglas  works at
2  *Insert ¶ #*                    *(full name of Defendant)*
   314 Grove Street Suite 21, Jersey City, NJ 07302 (Emancipated Talent Agency)
3                                  *(Defendant's place of work)*

4

5  Defendant's title or position is  Artist  .
6                                    *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8     ☐ individual capacity              ☒ official capacity

9
   This Defendant was acting under color of law because  the defendant is
10 caught up in the charade of other peoples witchcraft. Ex:
11 Ashanti represents the Rastafarian religion because one of the groups
12 is

13

14

15                         of
16 ___. Defendant  Port Antonio  works at
17 *Insert ¶ #*              *(full name of Defendant)*
18 15-17 Duke Street Kingston Jamaica
19                          *(Defendant's place of work)*

20
   Defendant's title or position is  World Port Source of Jamaica  .
21                                    *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24    ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because  defendant is
26 caught in the charade of other peoples witchcraft

27

28

50

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant The Tupac Amaru Shakur Foundation Inc LLC works at
*Insert ¶ #*    *(full name of Defendant)*

3001 Bridgeway Blvd Suite K-147, Sausalito, CA 94965
*(Defendant's place of work)*

Defendant's title or position is ___Sekyiwa Shakur___
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex foandal & closed last year

___.  Defendant Tupac Amaru Shakur Center for the Arts works at
*Insert ¶ #*    *(full name of Defendant)*

5616 Memorial Drive Stone Mountain Georgia 30083
*(Defendant's place of work)*

Defendant's title or position is ___Cross Cultural Portal w/ Japan & South Africa___
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: 2015 Tupacs Mother sold the property & a year later she did of an unexpected heart attack. The cross streets are Memorial Drive, Rays Road, Hambrick Road means The Mother of the dead SUN & Hamas Road = Queen Elizabeth, Charles, HAM- Charles                                                      England        Italy France Muslim

⑸ Page Number

Road/WAY

*Demonstration of* **BLACKMAIL**

*Tryna escape being Caught* **Witchcraft thru**

1 ___. Defendant **Tupac Amaru Shakur Foundation** works at
Insert ¶ #
2 *(full name of Defendant)*
3 **3570 NJ-27 #212, Kendall Park, NJ 08824**
*(Defendant's place of work)*
4
5 Defendant's title or position is **Jamilah Barnes / Sekyiwa Shakur** **Secretary / Ceo**
6 *(Defendant's title or position at place of work)*

7 This Defendant is sued in his/her (check one or both):
☐ individual capacity ☑ official capacity

8
9 This Defendant was acting under color of law because **defendant is a part of**
10 **the charades of witchcraft. Ex: Scandals!** The Syght project is registered
11 to this address with Brian Holloway of Caribbean. But the streets on the map are.
12 Georgetown-Franklin Tpke, Ten Mile Run, New Rd yet registered to
13 Jamilah Barnes for the Tupac Amaru Shakur Foundation (INC)
14 which means there's other people oversees hiding behind Americans work.
15 check out Georgia Corp Division & search Tupac's Foundation this is exactly
16 what they did to my company & Life

17 ___. Defendant _____ works at
Insert ¶ #
18 *(full name of Defendant)*
19 *(Defendant's place of work)*

20 Even using **1227 Rockbridge Rd SW, Suite 208-254,**
Defendant's title or position is
21 **Stone Mountain, GA 30087** *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both): **Cross Streets are Five Forks Trickum**
24 ☐ individual capacity ☐ official capacity **Rd**
**Brownlee Rd**
25 This Defendant was acting under color of law because **defendant is a part of**
26 **the charades of witchcraft.** **Mountain Park**
27
28

(50)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**This is BLACKMAIL** **Technically because its Satanism** **The Devil Hiding behind the cloth & vice versa!**

___. Defendant _The World Famous Clown Motel_ works at

Insert ¶ #          *(full name of Defendant)*

_521 N. Main St, Tonopah   NV   89049_ .

*(Defendant's place of work)*

Defendant's title or position is _Motel_ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant is a part_ _of the charades of witchcraft_ _____

___. Defendant _Mary, Queen of the World Cathedral_ works at

Insert ¶ #          *(full name of Defendant)*

_1085 De la Cathedrale Street, Montreal, Quebec H3B 2V3_ .

*(Defendant's place of work)*

Defendant's title or position is _ArchBishop: The Most Rev. Christian Lépine_ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant is a part_ _of the charades of witchcraft and Idolatry_ _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Borgerservice_____ works at
       *Insert ¶ #*                    *(full name of Defendant)*
2
3    Gigrtz Pl. 2, 6760 Ribe, Denmark_____.
                           *(Defendant's place of work)*
4
5    Defendant's title or position is City Government (Re: Mayor)_.
                                    *(Defendant's title or position at place of work)*
6
     This Defendant is sued in his/her (check one or both):
7
8          ☐ individual capacity          ☑ official capacity

9    This Defendant was acting under color of law because _defendant is a part_
10   _of the charades of witchcraft.  Ex: Ribe = Rib and_
11   _Denmark = Den (a small room) + Mark (a character, signature, etc)_
12   _sums up to the_ _____.

13

14

15

16   ___. Defendant Ashanti United Church of Christ works at
       *Insert ¶ #*                    *(full name of Defendant)*
17
18   2801 W. 54Th St, Los Angeles CA 90043_____.
                           *(Defendant's place of work)*
19
20   Defendant's title or position is Religious Temple_____.
                                    *(Defendant's title or position at place of work)*
21
22
     This Defendant is sued in his/her (check one or both):
23
24         ☐ individual capacity          ☑ official capacity

25   This Defendant was acting under color of law because _defendant is a_
26   _part of the charades of witchcraft. Ex: Ashanti is_
27   _part of the name of one of the Rastafarian Religious groups_

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant *Paulist Fathers* ___ works at

2    *Insert ¶ #*        *(full name of Defendant)*

3    *415 West 59Th St New York, NY 10019* ___.
      *(Defendant's place of work)*

4

5    Defendant's title or position is *Catholic Church* ___.
                                     *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8           ☐ individual capacity              ☒ official capacity

9    This Defendant was acting under color of law because *defendant is a part*

10   *of the charader of witchcraft.* ___

11   ___

12   ___

13   ___

14

15

16   ___. Defendant *Archdiocese of Milan* ___ works at

17   *Insert ¶ #*        *(full name of Defendant)*

18   *Palazzo Arcivescovile, Piazza Fontana 2, 20122 Milano, Italia* ___.
                          *(Defendant's place of work)*

19

20   Defendant's title or position is *CATHOLIC CHURCH* ___.
                                     *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity              ☒ official capacity

25   This Defendant was acting under color of law because *defendant is a part*

26   *of the charades of witchcraft. Ex: Visconti of Milan motto is "Never*

27   *violate the ways of the serpent"* ___

28   ___

55

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Albertville Town Hall_____ works at
*Insert ¶ #*                    *(full name of Defendant)*

12 Cours de l'Hôtel de Ville CS 60104, 73207 Albertville Cedex
*(Defendant's place of work)*

Defendant's title or position is __Re: Town_____
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of__
the charades of witchcraft Example: In Albertville you can find a
section called "Those locked Outside" the address is: 9 Place Charles Albert,
Albertville 73200. *See how Charles & Albert pops up under "Those locked Outside".
* Roman Catholics ~ Charles the Great crowned emperor of Holy Roman Empire on
Dec 25, 800 (he was also the King of Franks) & Albert was Queen Victoria's Husband (1800s),
Albert duke of York was Queen Elizabeth II dad (1900's), & Albert is my hispanic baby daddy's
name who is catholic and my name is Victoria (I been locked Outside a long time for
no reason other than Jealousy, envy, obstruction of Justice, etc.

___. Defendant __SAINT ANN PARISH COUNCIL____ works at
*Insert ¶ #*                    *(full name of Defendant)*

CQPW + CV4 Church St, St Ann's Bay, Jamaica
                        *(Defendant's place of work)*

Defendant's title or position is __Saint Ann Parish Council__
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because __defendant is a part__
of the charades of witchcraft. Ex: Jamaica is the foundation
of the Rastafarian Religion, Reggae, & birth place of some music
artist such as Bob Marley. Also, during this trial it was a Jamaican w/ dreads
woman who attacked me, stalked me, stabbed me up, lied on my name, etc &
I didn't even know her but she _____ knew me (a part of the Gangstalkers)

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

46

1    ___. Defendant _Ashanti Douglas_____ works at
2       *Insert ¶ #*           *(full name of Defendant)*
3    _344 Grove Street Suite 21, Jersey City, NJ 07302 (Emancipated Talent Agency)_
              *(Defendant's place of work)*
4

5    Defendant's title or position is _Artist_____
6                                    *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☒ official capacity

9

10   This Defendant was acting under color of law because _the defendant is_
     _caught up in the charade of other peoples witchcraft. Ex:_
11   _Ashanti represents the Rastafarian religion because one of the groups_
12   _is_

13

14

15

16              of
     ___. Defendant _Port Antonio_____ works at
17      *Insert ¶ #*           *(full name of Defendant)*
18   _15-17 Duke Street Kingston Jamaica_
              *(Defendant's place of work)*
19

20   Defendant's title or position is _World Port Source of Jamaica_
21                                    *(Defendant's title or position at place of work)*
22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because _defendant is_
26   _caught in the charade of other peoples witchcraft_

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant The Tupac Amaru Shakur Foundation Inc LLC works at
     Insert ¶ #                    *(full name of Defendant)*

2

3    3001 Bridgeway Blvd Suite K-147, Sausalito, CA 94965
                              *(Defendant's place of work)*

4

5    Defendant's title or position is    Sekyiwa Shakur
                                   *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

        ☐ individual capacity                    ☒ official capacity
8

9

10   This Defendant was acting under color of law because defendant is a part of

11   the charades of witchcraft. Ex faandal & closed last year

12

13

14

15

16   ___. Defendant Tupac Amaru Shakur Center for the Arts    works at
     Insert ¶ #                    *(full name of Defendant)*

17

18   5616 Memorial Drive Stone Mountain Georgia 30083
                              *(Defendant's place of work)*

19

20   Defendant's title or position is    Cross Cultural Portal w/ Japan & South Africa
                                   *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity                    ☐ official capacity
24

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. Ex: 2015 Tupacs Mother sold the property & a

27   year later she did of an unexpected heart attack. The cross streets are

28   Memorial Drive, Rays Road, Hambrick Road means The Mother of

     the dead SUN & Hamas Road = Queen Elizabeth, Charles, HRM
     Charles                          England        Italy France    Muslim

     ㉛ Page Number

     Civil Rights Complaint Pursuant to U.S.C. § 1983    Road/WAY

1   Defendant Tupac Amaru Shakur Foundation works at
    Insert ¶ #
2                    (full name of Defendant)
3   3570 NJ-27 #212, Kendall Park, NJ 08824
                     (Defendant's place of work)
4
5   Defendant's title or position is Secretary / CEO
    Jamilah Barnes / Sekyiwa Shakur.
6                 (Defendant's title or position at place of work)
7   This Defendant is sued in his/her (check one or both):
8       ☐ individual capacity        ☒ official capacity
9
10  This Defendant was acting under color of law because defendant is a part of
11  the charades of witchcraft. Ex: Scandals! The Syght project is registered
12  to this address with Brian Holloway of Caribbean. But the streets on the map are.
13  Georgetown-Franklin Tpke, Ten Mile Run, New Rd yet registered to
14  Jamilah Barnes for the Tupac Amaru Shakur Foundation (INC)
    Which means there's other people oversees hiding behind Americans work.
15  Check out Georgia Corp Division & search Tupac's Foundation this is exactly
16  What they did to my company & Life
17  . Defendant works at
    Insert ¶ #   (full name of Defendant)
18
19                (Defendant's place of work)
20  Even using 1227 Rockbridge Rd SW, Suite 208-254,
    Defendant's title or position is
21  Stone Mountain, GA 30087 (Defendant's title or position at place of work)
22
23  This Defendant is sued in his/her (check one or both): Cross Streets are Five Forks Trickum
24      ☐ individual capacity        ☒ official capacity   Brownlee Rd  Rd
25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft.  Mountain Park
27
28

                          50

                    Page Number
        Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant The World Famous Clown Motel _____ works at

2  Insert ¶ #                    *(full name of Defendant)*

3  521 N. Main St, Tonopah   NV   89049 _____ .

                          *(Defendant's place of work)*

4

5  Defendant's title or position is  Motel _____ .

6                       *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):

7

8        ☐ individual capacity          ☑ official capacity

9  This Defendant was acting under color of law because defendant is a part

10  of the charades of witchcraft _____

11  _____

12  _____

13  _____

14

15

16  ___. Defendant Mary, Queen of the World Cathedral _____ works at

17  Insert ¶ #                    *(full name of Defendant)*

18  1085 De la Cathedrale Street, Montreal, Quebec H3B 2V3 _____

                          *(Defendant's place of work)*

19

20  Defendant's title or position is ArchBishop: The Most Rev. Christian Lépine

21                       *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part

26  of the charades of witchcraft and Idolatry _____

27  _____

28  _____

53

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant *Borgerservice* works at
*Insert ¶ #*                              *(full name of Defendant)*

*Gigrtz Pl. 2, 6760 Ribe, Denmark* .
*(Defendant's place of work)*

Defendant's title or position is *City Government (Re: Mayor)* .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because *defendant is a part of the Charades of witchcraft. Ex: Ribe = Rib and Denmark = Den (a small room) + Mark (a character, signature, etc) sums up to the _____*

___. Defendant *Ashanti United Church of Christ* works at
*Insert ¶ #*                              *(full name of Defendant)*

*2801 W. 54th St, Los Angeles CA 90043*
*(Defendant's place of work)*

Defendant's title or position is *Religious Temple* .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because *defendant is a part of the Charades of witchcraft. Ex: Ashanti is part of the name of one of the Rastafarian religious groups*

5H
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1     ___. Defendant _Paulist Fathers_ works at

_Insert ¶ #_                    *(full name of Defendant)*

2

3     _+15 West 59th St New York, NY 10019_

*(Defendant's place of work)*

4

5     Defendant's title or position is _Catholic Church_

*(Defendant's title or position at place of work)*

6

7     This Defendant is sued in his/her (check one or both):

8                ☐ individual capacity            ☒ official capacity

9

10    This Defendant was acting under color of law because _defendant is a part_
      _of the charader of witchcraft._

11

12

13

14

15

16    ___. Defendant _Archdiocese of Milan_ works at

17    _Insert ¶ #_                    *(full name of Defendant)*

18    _Palazzo Arcivescovile, Piazza Fontana 2, 20122 Milano, Italia_

*(Defendant's place of work)*

19

20    Defendant's title or position is _CATHOLIC CHURCH_

21                                    *(Defendant's title or position at place of work)*

22

23    This Defendant is sued in his/her (check one or both):

24                ☐ individual capacity            ☒ official capacity

25    This Defendant was acting under color of law because _defendant is a part_
26    _of the charades of witchcraft. Ex: Viscanti of Milan motto is "Never_
27    _Violate the ways of the serpent"_

28

55

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Albertville Town Hall_____ works at
2    *Insert ¶ #*                    *(full name of Defendant)*
3    _12 cours de l'Hôtel de Ville CS 60104, 73207 Albertville Cedex___
                              *(Defendant's place of work)*
4
5    Defendant's title or position is _Re: Town_____
6                                   *(Defendant's title or position at place of work)*
7    This Defendant is sued in his/her (check one or both):
8         ☐ individual capacity         ☒ official capacity
9
10   This Defendant was acting under color of law because _defendant is a part of_
11   _the charades of witchcraft. Example: In Albertville you can find a_
12   _section called "Those locked Outside" the address is: 9 Place Charles Albert,_
13   _Albertville 73200. * See how Charles & Albert pops up under "Those locked Outside."_
14   *Roman Catholics – Charles the Great crowned emporer of Holy Roman Empire on
15   Dec 25, 800 (he was also the King of Franks) & Albert was Queen Victoria's Husband (1800s),
16   Albert duke of York was Queen Elizabeth II dad (1900's), & Albert is my hispanic baby daddys
     name who is Catholic and my name is Victoria (I been locked Outside 4 a long time for
     no reason other than jealousy, envy, Obstruction of Justice, etc.*

17   ___. Defendant _SAINT ANN PARISH COUNCIL_____ works at
18   *Insert ¶ #*                    *(full name of Defendant)*
19   _CQPW + CV4 Church St, St Ann's Bay, Jamaica___
                              *(Defendant's place of work)*
20
21   Defendant's title or position is _Saint Ann Parish Council_
22                                   *(Defendant's title or position at place of work)*
23   This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity         ☒ official capacity
25   This Defendant was acting under color of law because _defendant is a part_
26   _of the charades of witchcraft. Ex: Jamaica is the foundation_
27   _of the Rastafarian Religion, Reggae, & Birth place of some music_
28   _artist such as Bob Marley. Also, during this trial it was a Jamaican w/ dreads
     woman who attacked me, stalked me, stabbed me up, lied on my name, etc &
     I didn't even know her but she _____ knew me (a part of the Gangstalkers)_
                                   *Page Number*

                    Civil Rights Complaint Pursuant to U.S.C. § 1983
                                   53

___. Defendant Daniel Hernandez (Tekashi69) works at
Insert ¶ # _(full name of Defendant)_

10960 Wilshire BLVD FL 5, Los Angeles CA 90024
_(Defendant's place of work)_

Defendant's title or position is 10K Project Artist
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity         ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: Tekashi 69 did the song trollz with Nikki Minaj which is a form of gangstalking & harassment. Also, he's known for telling to get out a crime, and that is similar to what gangstalkers do. Also Tekashi69 represents the rainbow with his vibrant colors which makes him a symbolic worshipper of their perverted deeds.

___. Defendant Peach Tree Rascals works at
Insert ¶ # _(full name of Defendant)_

10960 Wilshire Blvd Fl 5, Los Angeles CA 90024
_(Defendant's place of work)_

Defendant's title or position is 10K Project Artist Re: Dominic Pizano
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity         ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: Peach Tree is symbolically a representation of Atlanta Georgia. They did the song Mariposa (Butterfly) however Mariposa represents a Male homosexual in slang and in Atl they have the Beyism religion that accepts LGTB behaviors.

Page Number 57

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

__. Defendant Michael Lamar White IV (Trippie Red) works at

2      Insert ¶ #                                (full name of Defendant)

3      5000 block of Southwest 136th Avene, Los Angeles
                                                (Defendant's place of work)

4

5      Defendant's title or position is  Artist
                                                (Defendant's title or position at place of work)

6      This Defendant is sued in his/her (check one or both):

7              ☐ individual capacity                    ☒ official capacity

8

9      This Defendant was acting under color of law because defendant is a part of

10     the charade of witchcraft.

11     _____

12     _____

13     _____

14

15

16     __. Defendant ISIS Naija Gaston (Ice Spice) works at

17     Insert ¶ #                                (full name of Defendant)

18     1750 North Vine St. Hollywood CA 90028
                                                (Defendant's place of work)

19

20     Defendant's title or position is  Capitol Records
                                                (Defendant's title or position at place of work)

21

22

23     This Defendant is sued in his/her (check one or both):

24              ☐ individual capacity                    ☒ official capacity

25     This Defendant was acting under color of law because defendant is a part of the

26     charade of witchcraft. Ex: ISIS stands for Islamic State of

27     Iraq and Syria. This also lets you know that it's the Roman

28     Catholic Church's sorcery causing all this confusion even using
       the Eastern Orthodox, Hindu, Buddhism, etc

                                Page Number
                                    55

                        Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Victoria Beckham_____ works at
2    *Insert ¶ #*              *(full name of Defendant)*
3    _Saunders Bldg, 202 Hammersmith Rd, London England, W6 7DN, UK._
                              *(Defendant's place of work)*
4
5    Defendant's title or position is _CEO_____
6                                     *(Defendant's title or position at place of work)*
     This Defendant is sued in his/her (check one or both):
7
8        ☐ individual capacity          ☒ official capacity
9
     This Defendant was acting under color of law because _defendants are a_
10   _part of the charades of witchcraft. Example: Victoria Beckham_
11   _original last name was "Adam"._
12
13
14
15
16   ___. Defendant _Celione Dion_____ works at
17   *Insert ¶ #*              *(full name of Defendant)*
18   _215 S. Beach Rd, Jupiter Island, Florida_
                              *(Defendant's place of work)*
19
20   Defendant's title or position is _Artist_
21                                    *(Defendant's title or position at place of work)*
22
23   This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity          ☐ official capacity
25   This Defendant was acting under color of law because _defendants are a_
26   _part of the churches of witchcraft. She is known as the Queen_
27   _of Power Ballads. She was born in Charlemagne, which is_
28   _a city in Quebec, Canada and Jupiter is a planet & in Hindu Rigalether sky God_
     _is Dyaus. In Greek it's Zeus!_

                              Page Number  59

              Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Demi Lovato Philymack, Inc_____ works at
*Insert ¶ #*    *(full name of Defendant)*

_1901 Avenue of the Stars #1050 Los Angeles CA 90067_.
*(Defendant's place of work)*

Defendant's title or position is _Artist_.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_
_the charades of witchcraft_

___. Defendant _Megan Fox_____ works at
*Insert ¶ #*    *(full name of Defendant)*

_1925 Century Park East, 22 Floor, Los Angeles CA 90067_.
*(Defendant's place of work)*

Defendant's title or position is _Artist/Actress_.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of_
_the charades of witchcraft_

60

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

**III. PARTIES**

3.    Plaintiff _Victoria Dillhunt_

_(your full name)_                                        resides at:

_12095 S. Broadway #K_

_Los Angeles CA 90001_

_(your address)_

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _Powerback Rehabilitation_                    works at

_(full name of Defendant)_

_101 East State Street Kennet Square, PA 19348_

_(Defendant's place of work)_

Defendant's title or position is ___CEO___

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because: _defendant is a part of the charades of witchcraft. Ex: This is a part of the Genesis Healthcare. Do you see how they are violating me & my partner? They even have Powerback Respiratory._

5. Defendant _St Brides Correctional Facility_            works at

_(full name of Defendant)_

_701 Sanderson Road Chesapeake, Virginia_

_(Defendant's place of work)_

Defendant's title or position is _Warden Dara Watson_

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because: _defendant is a part of the charades of witchcraft_

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant International Criminal Court works at
*Insert ¶ #*                    *(full name of Defendant)*

P.O. Box 19519, 2500 CM, The Hague, The Netherlands
                    *(Defendant's place of work)*

Defendant's title or position is Second Vice-President: Antoine Kesia-Mbe Mindua.
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of another persons" HIDDEN CHARADES OF WITCHCRAFT "

___. Defendant St. Antoine de Padoue Church works at
*Insert ¶ #*                    *(full name of Defendant)*

4570 Portage Rd Niagra Falls, ON L2E 6A8, CANADA
                    *(Defendant's place of work)*

Defendant's title or position is Catholic Church
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: In Portugal there's the Igreja de Nossa Senhora da Graca

1    __. Defendant International Centre for missing & Exploited Children works at
2    *Insert ¶ #*                                    *(full name of Defendant)*
3    2318 Mill Rd #1010, Alexandria, VA 22332
                            *(Defendant's place of work)*
4

5    Defendant's title or position is Ambassador Ido Aharoni
6                                    *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☒ official capacity

9

10   This Defendant was acting under color of law because defendant is a part of
11   the charades of witchcraft. Ex: This is an international center for missing
12   and exploited kids (which I have be in both categories without any help)
13   however this is located on Mill Rd in Virginia. Mill can be short for Million or Millennials
14   in Virginia (aka Virgin) which sums up to Ⓐ Millions 4 virgins Ⓑ Millennials in Virginia
15   or Ⓒ General Mills (cereal 4 kids) which all still sums up to exploiting of children.

16

17   __. Defendant United Nations Office on Drugs and Crime    works at
     *Insert ¶ #*                              *(full name of Defendant)*
18   Vienna International Centre, PO BOX 500 A 1400 Vienna, Austria
19                               *(Defendant's place of work)*

20

21   Defendant's title or position is Executive Director: Ghada Fathi Waly
22                                   *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: This is hypocrisy because it was during
27   the Nazi reign that Hitler (a Nazi born in Vienna) introduced the soldiers
28   to drugs that was in pill form and eventually it landed in America after a Japanese
     Chemist crystalized Meth which was in pill form. However, the U.N
     has't attempted to help America ——————— with their drug epidemics.
                                        *Page Number*

1  ___. Defendant **Beyoglu District Governorship**
2  *Insert ¶ #*                    *(full name of Defendant)*                    works at
3  **Fedrettin Mah. Bahriye Cad. No: 2 Beyoğlu/ISTANBUL**
                                   *(Defendant's place of work)*
4

5  Defendant's title or position is **Govenor : Can AKSOY**
6                                   *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity          ☒ official capacity

9

10  This Defendant was acting under color of law because **defendant is a part of**
11  **the charades of witchcraft. Ex: ISTANBUL symbolizes IS-TAN-BULL**
12  **and Beyoglu symbolizes Be-yo-glu(sol). Bey aka Beg is a Turkic title for a chieftain (leader of**
13  a tribal society. Beys were lower in rank than pashas (generals). Beyefendi was part of the title of the
    husband and sons of an Imperial Princess, and their sons had the title Beyzade. A Bey could maintain
14  An office within Arab states such as Egypt and Sudan under Muhammad Ali Dynasty. In
    Tunis (Tunisia) the Husainid Dynasty used the Bey Title alot. Bey was removed out of
15  Tunisia yet here they are again 50+ years later with Beyonce Carter & the Victoria Tonisha
16  and she's acting like she is me.

17  ___. Defendant **Worshipful Company of Masons**
18  *Insert ¶ #*                    *(full name of Defendant)*                    works at
19  **9 Little Trinity Lane, London EC4V 2AN**
                                   *(Defendant's place of work)*
20

21  Defendant's title or position is **Master of Company: Alister Wood**
22                                   *(Defendant's title or position at place of work)*

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because **defendant is a part of**
26  **the charades of witchcraft.**

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Johnson City, Tennessee ___ works at
Insert ¶ #                              *(full name of Defendant)*

2
3    204 HighPoint Drive, Johnson City, TN 37601 ___.
                              *(Defendant's place of work)*

4
5    Defendant's title or position is Mayor-Todd Fowler ___.
                                        *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7    ☐ individual capacity         ☒ official capacity
8
9
10   This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Johnson City symbolizes Jesus Is

11   the Answer's Bishop Earnest Johnson and his connection to

12   the industry. Mayor Todd Fowler is symbolic to Bishop Johnson's spiritual

13   son Todd Bridges. This puts Bishop Johnson in a similar position as the

14   Catholic Church over Hollywood however he's just in America

15

16   ___. Defendant Carter County, Tennessee ___ works at
17   Insert ¶ #                              *(full name of Defendant)*

18   801 Elk Ave, Elizabethton, TN 37643 ___.
                              *(Defendant's place of work)*

19
20   Defendant's title or position is Governor: Bill Lee ___.
21                                       *(Defendant's title or position at place of work)*

22
23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity         ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: County Seat is: Elizabethton. This county was
27   named after Landon Carter (1760-1900) An early settler active in the Lost state
28   of Franklin (1784-1788) session. This symbolizes the Carters working on behalf of
King Charles (Queen Elizabeths son) & Pope Francis the Roman Catholic
Church in order to keep the III Kingdom in their hands.
(JayZ Carter & Beyonce Carter)

Page Number ___

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Watts Mortuary Chapel _____ works at

2  *Insert ¶ #*                    *(full name of Defendant)*

3  Watts Gallery, Down Lane, Compton Surrey GU3 1DQ
                           *(Defendant's place of work)*

4

5  Defendant's title or position is Alistair Burtenshaw .
                              *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

   ☐ individual capacity            ☒ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of the

10 charades of witchcraft. Ex: My mom is from Watts & my dad nickname is

11 Money plus I was born in Compton CA. George Watts drew the picture

12 of the money god mammon that looks like Buddha

13

14

15

16 ___. Defendant Watts Gallery-Artists' Village _____ works at

17 *Insert ¶ #*                    *(full name of Defendant)*

18 Down Lane, Compton, Surrey, GU3 1DQ
                           *(Defendant's place of work)*

19

20 Defendant's title or position is Chief Executive Alistair Burtenshaw
                              *(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

24    ☐ individual capacity            ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: Mary Watts the wife of George

27 Watts built this Watts Gallery & Watts Mortuary Chapel.

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant Royal Victoria Place _____ works at

2 *Insert ¶ #*

Royal Victoria Place, 300, Tunbridge Wells TN1 2SS, United Kingdom

3 *(Defendant's place of work)*

4

5 Defendant's title or position is CEO Simon Carter of The British Land Company Plc

6 *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

7

8 ☐ individual capacity          ☒ official capacity

9

10 This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: This is how perversion became prevalent

11 in my life growing up because it was in Tunbridge Wells-that they filmed The great gary road movie

12 they have Jesus College who president helped Tim Berners-Lee creator of web & son of program creator

13 Mary Lee Woods who helped program the computers at Manchester University which was

14 called Victoria University - Tunbridge also symbolize Tunisia in N. Africa & my middle name

15 is Tonisha and it is a Carter who owns this place & is robbing me blindly in U.K & USA!

16 ___. Defendant The British Land Company PLC _____ works at

17 *Insert ¶ #*          *(full name of Defendant)*

18 British Land York House, 45 Seymour St, Marylebone, London W1H 7LX, U.K.

19 *(Defendant's place of work)*

20 Defendant's title or position is Simon Carter

21 *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: I found this when I was looking into Royal Victoria

27 Place that's located in Tunbridge Wells & that's when I seen Carter which is who I've been

28 having issues behind. Also, Tunbridge Wells is where they filmed the Great Gray Road movie that has spewed across the world.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Royal Tunbridge Wells                    works at
     *Insert ¶ #*              *(full name of Defendant)*

2
3    Tunbridge Wells Borough Council, Town Hall, Mount Pleasant Road, Royal Tunbridge Wells, Kent, TN1 1RS
                              *(Defendant's place of work)*

4

5    Defendant's title or position is Mayor: Hugh Patterson
                              *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7
8        ☐ individual capacity              ☒ official capacity

9
10   This Defendant was acting under color of law because defendant is a part of
     the charades of witchcraft. Ex: The film The Great Gay Road
11   was filmed in 1920 around Tunbridge Wells, England. This is
12   how they blackmailed "America" through the backdoor of film by building
13   up Hollywood to be a grove of perversion and look like Babylon so
14   when judgement came "America" would take the fall when in all actuality
15   it is Rome that is the bed of this sorcery.

16   ___. Defendant Trinity Theatre                    works at
17   *Insert ¶ #*              *(full name of Defendant)*

18   Church Rd, Royal Tunbridge Wells, TN2JP, United Kingdom
                              *(Defendant's place of work)*

19

20   Defendant's title or position is Chief Executive: Nick Mowat
21                           *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: Former Holy Trinity Church! Trinity
27   symbolize Father, Son, and Holy Ghost.

28

                              Page Number
            Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant __Hammerson__ works at
Insert ¶ #                    *(full name of Defendant)*

Marble Arch House 1/2 Seymour Street, LONDON, W1H 5BX U.K
*(Defendant's place of work)*           1 + 5 = (6)

Defendant's title or position is __CEO: Rita-Rose Gagné__
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of__
the charades of witchcraft. Ex: (W) Seymour + W1H 5BX = 1+5=(6) symbolizes
"666" the number of a man and mark of Beast. They own The Oracle Reading in London that
has a parkinglot called Riverside (where I used to live) and Holy Brook when there's nothing
Holy about Oracles yet this is how people get deceived on who are the Chosen Ones
because the witches and their games of hiding in plain sight "stegnagraphy". Hammerson
also have a place called Bull Ring (symbolize the beast).

___.  Defendant __Abu Dhabi Investment Authority__ works at
Insert ¶ #                    *(full name of Defendant)*

211 Corniche, P.O. Box 3600, Abu Dhabi, United Arab Emirates.
*(Defendant's place of work)*

Defendant's title or position is __Mohammed bin Zayed Al Nahyan__
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of__
the charades of witchcraft. Ex: I was led to this business following a
link from The British Land Company thats ran by Simon Carter that popped
up Hammerson plc which showed me multiple developments like Bull Ring & The Oracle (which
symbolizes witchcraft popped up and this was one of the companies along side of Hammerson
that owns the oracle readings. Ham symbolizes legion, demons, terrorist, swine, etc in
the Bible & it symbolize HAMAS the Muslims (sunni side) Mohammed symbolize their
prophet & their God Allah! However Yehoshua Hamashiach means Jesus is
the Messiah!

1     ___. Defendant Victoria Harbour _____ works at
      *Insert ¶ #*          *(full name of Defendant)*
2     Tay, ON LOK 1AO, CANADA
3     _____.
      *(Defendant's place of work)*
4
5     Defendant's title or position is Chair of Harbor Master: Alois Schonenberger.
                                       *(Defendant's title or position at place of work)*
6
      This Defendant is sued in his/her (check one or both):
7
8           ☐ individual capacity              ☒ official capacity

9     This Defendant was acting under color of law because defendant is a part
10    of the characdes of witchcraft. Ex: Tay is the nickname of my
11    older sister who lives in Vegas because her middlename is
12    Shantae!
13
14
15
16    ___. Defendant Mount Austin _____ works at
17    *Insert ¶ #*          *(full name of Defendant)*
18    The Mount Austin House B, 8-10 Mount Austin Rd, The Peak Hong Kong
                              *(Defendant's place of work)*
19
20    Defendant's title or position is Mountain governed by Hong Kong
21                                     *(Defendant's title or position at place of work)*
22
23    This Defendant is sued in his/her (check one or both):
24          ☐ individual capacity              ☒ official capacity
25    This Defendant was acting under color of law because defondant is a part of
26    the charades of witchcraft. Ex: This is really called Victoria.
27    Peak but they also named it Mount Austin (like Austin Powers)
28    My name is Victoria my partners last name is Powers.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Victoria Gap _____ works at

*Insert ¶ #*    *(full name of Defendant)*

2

3    Victoria Gap, The Peak, Hong Kong _____.

*(Defendant's place of work)*

4

5    Defendant's title or position is Honk: Kong Mountain _____.

*(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☑ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. Ex: Victoria Gap is an area and a

11   mountain pass located between the summits of Victoria Peak

12   (aka Mount Austin) ← Transgendered. Also, I have a gap in between

13   my teeth Literally Victoria's Gap LOL!

14

15

16   ___. Defendant Victoria Dockside _____ works at

17   *Insert ¶ #*    *(full name of Defendant)*

18   18 Salisbury Rd, Tsim Sha Tsui, Hong Kong _____.

*(Defendant's place of work)*

19

20   Defendant's title or position is Hong Kong Art Culture _____.

21   *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity            ☑ official capacity

25   This Defendant was acting under color of law because defendant is a part

26   of the charades of witchcraft. Ex: Victoria Dockside provides a

27   new creative heart for Hong Kong. A place where art, culture, and

28   craftsmanship is encouraged and amplified

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ____. Defendant Victoria Harbour _____ works at

2   *Insert ¶ #*                                *(full name of Defendant)*

    Admiralty, Hong Kong _____ .

3                                *(Defendant's place of work)*

4

5   Defendant's title or position is Water governed by Hong Kong

                                *(Defendant's title or position at place of work)*

6

    This Defendant is sued in his/her (check one or both):

7

8           ☐ individual capacity          ☒ official capacity

9

10  This Defendant was acting under color of law because defendant is a part of
    the charades of witchcraft. Ex: Victoria Harbour, Hong Kong's
11  Prized Landmark. You can even take Star Ferry from location.
12  Its located on South China Sea (Main Victoria Harbour)
13

14

15

16  ____. Defendant Victoria Harbour _____ works at

17  *Insert ¶ #*                              *(full name of Defendant)*

    Wharf St, Victoria, BC, Canada _____ .

18                                *(Defendant's place of work)*

19

20  Defendant's title or position is Chair of GVHA: Bill Wellburn

21                                *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part
26  of the charades of witchcraft.

27  _____

28  _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Church of Ireland (Archbishop Michael Jackson) (Dublin) works at
   Insert ¶ #          *(full name of Defendant)*
2  Church of Ireland House Church Ave Rathmines Dublin, DO6 CF67, Ireland.
3                  *(Defendant's place of work)*
4
5  Defendant's title or position is Holmpatrick St Patrick Church.
6                  *(Defendant's title or position at place of work)*
7  This Defendant is sued in his/her (check one or both):
8      ☐ individual capacity          ☒ official capacity
9  This Defendant was acting under color of law because defendant is partaking
10 in another parties charades of witchcraft. Ex: St Patrick is
11 paganism that's reverenced as a saint however Christ
12 is the one that died on the cross for our sins.
13
14
15
16  ___. Defendant Montserrat                            works at
17   Insert ¶ #          *(full name of Defendant)*
18 Government Headquarters, Brades, Montserrat, MSR1110.
19                  *(Defendant's place of work)*
20 Defendant's title or position is The Emerald Isle of the Caribbean
21                  *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity          ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part
26 of the charades of witchery. Ex: Montserrat anthem is: God save the king
27 & national song is Motherland, then Plymouth is a ghost town with the motto
28 God Save the Queen (St Anthony's church was built there in 1630 (none catholic) then you have
   Brades town, and finally Lil Bay = ① Montserrat save king is Motherland (Dionysus)
   ② Plymouth (ghost) Save Queen; St Anthony (Dionysus), ③ Brades + Lil Bay (Dionysus)!
   TRANS GENDERING through titles, names, etc (twisted truth)

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _Diocese of Victoria_____ works at

_Insert ¶ #_                        *(full name of Defendant)*

2

3  _1505 E. Mesquite Ln. Victoria TX 77901_____.
                        *(Defendant's place of work)*

4

5  Defendant's title or position is _Bishop Brendan J. Cahill_.
                        *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

8

☐ individual capacity          ☒ official capacity

9  This Defendant was acting under color of law because _defendant is a part_

10  _of the charades of witchcraft_____

11  _____

12  _____

13

14

15

16  ___. Defendant _Our Lady of Victory Church_____ works at

17  _Insert ¶ #_                        *(full name of Defendant)*

18  _519 E Palmer St Compton CA 90221_____.
                        *(Defendant's place of work)*

19

20  Defendant's title or position is _Father: Gilberto Rodriguez_.
                        *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part_

26  _of the charades of witchcraft. Ex: My name is Victoria, I_

27  _am the mother to the Nations who was born in Compton CA however_

28  _raised in Lynwood Palm & Oaks hood since age 11._

1

___. Defendant Igreja de Nossa Senhora da Graça ___ works at

*Insert ¶ #*

2

(full name of Defendant)

3

360, 8650-360 Sagres, Portugal

(Defendant's place of work)

4

5

Defendant's title or position is Catholic Church

6

(Defendant's title or position at place of work)

7

This Defendant is sued in his/her (check one or both):

8

☐ individual capacity          ☒ official capacity

9

10

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: Sagres location many would believe

11

it to be the end of the world

12

13

14

15

16

___. Defendant Igreja do Carmo ___ works at

17

*Insert ¶ #*

(full name of Defendant)

18

R. do Carmo, 4050-164 Porto Portugal

(Defendant's place of work)

19

20

Defendant's title or position is Catholic Church

21

(Defendant's title or position at place of work)

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity          ☒ official capacity

25

This Defendant was acting under color of law because defendant is a part of

26

the charades of witchcraft. Ex: Twin Church is Igreja dos

27

Carmelitas

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Council of Isles of Scilly works at
   *Insert ¶ #*                *(full name of Defendant)*

2  Town Hall, St Mary's, Isles of Scilly, TR21 0LW                .
3                      *(Defendant's place of work)*

4

5  Defendant's title or position is Chairman: Robert Francis        .
                              *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity              ☒ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft. Ex: St. Mary's represents another way
11 of capturing territory for the Catholic Church. Then the chairman's
12 name is Robert Francis. The pope's name is Francis which symbolizes another way
13 to worship him indirectly because if you call Mr. Robert Francis then you have just
14 acknowledged the pope as well. Also, due to Mary being the mother of Jesus and not
15 the mother of Francis then symbolically this represents the Woman that sits on the
   beast "MYSTERY BABYLON".

16 ___. Defendant Immaculate Conception Cathedral School works at
17 *Insert ¶ #*                *(full name of Defendant)*

18 1536 Ryan Street, Lake Charles, LA 70601.
                      *(Defendant's place of work)*

19

20 Defendant's title or position is Catholic Church's School
                              *(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part
26 of the charades of witchcraft. Ex: In 1882 this was originally
27 named St. Charles Academy. Now, it's Immaculate Conception Cathedral
28 School which supposedly represents Mary conceiving without original sin however
   she conceived Jesus already so how can this church be Immaculate
   Conception? Instead it's being ___ the opposite because it's not Mary somebody
   else's riding off of that story or that legacy which stems from somebody else
   attempting to change the narrative of the original context as others hide
   behind somebody elses work.

Civil Rights Complaint Pursuant to U.S.C. §1983

1    ___. Defendant Technology Company Limited (TCL) works at
2    Insert ¶ #                        (full name of Defendant)
3    TCL Tech Mansion, No. 17 Huifeng San Road, Zhongkai High-Tech Zone, Huizhou City, Guangdong Province
4    (Defendant's place of work)                                                    516006
5    Defendant's title or position is CEO: Li Dongsheng
6                                         (Defendant's title or position at place of work)
7    This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity                    ☒ official capacity
9
10   This Defendant was acting under color of law because defendant is a part of
11   the charade of witchcraft. Ex: Technology is the beast realm plus look at
12   this zipcode 516006 = 5+1 = 666 (Mark of Beast)
13   _____
14
15
16
17   ___. Defendant World Wide Web Consortium, Inc. works at
     Insert ¶ #                        (full name of Defendant)
18   401 Edge Water Place, Suite 600, Wakefield, MA 01880
19                                         (Defendant's place of work)
20
21   Defendant's title or position is CEO: Seth Dobbs
22                                         (Defendant's title or position at place of work)
23   This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity                    ☒ official capacity
25   This Defendant was acting under color of law because defendant is a part of the
26   charade of witchcraft, Ex: Tim Berners-Lee creator of World Wide
27   Web business
28   _____

1    ___. Defendant World Wide Web Foundation ___ works at
2    *Insert ¶ #*                    *(full name of Defendant)*
3    1100 12th St NW, Suite 800, Washington Dc. 20005
                                    *(Defendant's place of work)*
4
5    Defendant's title or position is President : Adrian Lovett
6                                    *(Defendant's title or position at place of work)*
7    This Defendant is sued in his/her (check one or both):
        ☐ individual capacity              ☒ official capacity
8
9
10   This Defendant was acting under color of law because defendant is a part of
     the charades of witchcraft. Ex: Tim Berners-Lee is the creator of
11   the world wide web and his mother Mary Berners Lee Woods helped create
12   programs for Mark 1, Star 1, etc..
13
14
15
16   ___. Defendant Open Data Institute ___ works at
17   *Insert ¶ #*                    *(full name of Defendant)*
18   4th floor, Kings Place, 90 York Way, London N1 9AG
                                    *(Defendant's place of work)*
19
20   Defendant's title or position is Executive Chair : Nigel Shadbolt
21                                    *(Defendant's title or position at place of work)*
22
23   This Defendant is sued in his/her (check one or both):
        ☐ individual capacity              ☒ official capacity
24
25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: Tim Berners-Lee is the creator of the
27   Open Data Institute. He also works at Cern and that is a violation
28   in the heavens that lets in demonic forces through the media

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Steve Wozniak _____ works at
   Insert ¶ #                    (full name of Defendant)
2  4300 El Camino Real, Suite 100, Los Altos CA 94022
3                              (Defendant's place of work)

4
5  Defendant's title or position is Co Founder of Apple Inc
                                    (Defendant's title or position at place of work)
6
7  This Defendant is sued in his/her (check one or both):

   ☐ individual capacity        ☒ official capacity
8
9  This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft. Ex: Zechariah 2:8- for thus saith
11 the LORD of hosts; After the glory hath he sent me unto the nations
12 which spoiled you: for he that toucheth you toucheth the apple of
13 his eye. * Stop perverting me for money & thinking it is funny *
14 Return My stuff & Repent from your Wickedness
15

16 ___. Defendant Mobile, Alabama _____ works at
   Insert ¶ #                    (full name of Defendant)
17
18 P.O Box 1827, Mobile, Alabama 36633
                              (Defendant's place of work)
19

20 Defendant's title or position is Mayor: Sandy Stimpson
21                                 (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24    ☐ individual capacity        ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. EX: Nickname "The City of Six flags.
27 Tim Cooks the CEO of Apple Inc was born Here.
28 _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant **Ringo Starr (Sir Richard Starkey)** works at
2    *Insert ¶ #*                    *(full name of Defendant)*
     **Drizzle Music Production, GmbH & Co KG, Schmidtbornst. 19a, 61250 Usingen, Germany**
3                                    *(Defendant's place of work)*

4
5    Defendant's title or position is **Blockbuster Recording Artist**                    .
                                    *(Defendant's title or position at place of work)*
6
     This Defendant is sued in his/her (check one or both):
7
         ☐ individual capacity          ☒ official capacity
8

9    This Defendant was acting under color of law because **defendant is a part of**
10   **the charades of witchcraft. Ex:**
11   _____
12   _____
13   _____
14
15

16   ___. Defendant **Apple Corps Limited** works at
17   *Insert ¶ #*                    *(full name of Defendant)*
18   **27 Ovington Square, London SW3 1LJ, United Kingdom**
                                    *(Defendant's place of work)*
19

20   Defendant's title or position is **CEO: Jeff Jones**                    .
21                                    *(Defendant's title or position at place of work)*
22
23   This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity          ☒ official capacity
25   This Defendant was acting under color of law because **defendant is a part of**
26   **the charades of witchcraft. Ex: The Beatles founded this company**
27   **and their genres were psychedelia, rock, pop, & beat**
28   _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    Defendant Ja Rule (Jeffrey Bruce Atkins Sr.) _____ works at
Insert ¶ #                        (full name of Defendant)
2    45 RUE DE MAUBEUGE, 75009 Paris France
3                              (Defendant's place of work)

4
5    Defendant's title or position is Artist @ LA ENTERTAINMENT .
                                    (Defendant's title or position at place of work)
6    This Defendant is sued in his/her (check one or both):
7        ☐ individual capacity          ☒ official capacity
8

9    This Defendant was acting under color of law because defendant is a part of
10   the charades of witchcraft. Ex: JAH is his nickname. JAH
11   is a shortened form of Yahweh or Jehovah. JAH is the
12   Supreme being of Rastafarianism in JAMAICA
13

14

15

16   __. Defendant Kanye West (Kanye Omari West) _____ works at
Insert ¶ #                        (full name of Defendant)
17   6 Centerpointe Drive, Suite 700, LA Palma, CA 90623
18                              (Defendant's place of work)
19

20   Defendant's title or position is Artist .
                                    (Defendant's title or position at place of work)
21

22   This Defendant is sued in his/her (check one or both):
23       ☐ individual capacity          ☒ official capacity
24

25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: YE is his nickname. Like saying
27   Yeezus instead of Jesus!

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _DRS_____  works at
   Insert ¶ #                    (full name of Defendant)

2  1750 Vine St, Los Angeles CA 90028
3                          (Defendant's place of work)

4

5  Defendant's title or position is _Artist_
6                          (Defendant's title or position at place of work)

7  This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity          ☒ official capacity

9

10 This Defendant was acting under color of law because _defendant is a part of_
   the charades of witchcraft. Ex: DRS stands for Dirty Rotten
11 Scoundrels. However it is also the Abbreviation of DRS
12 (doctors a.k.a medical field)
13

14

15

16 ___. Defendant _ROME (Jerome Woods)_____  works at
17 Insert ¶ #                    (full name of Defendant)

18 514 Dairy St. Hope, AR 71801
19                          (Defendant's place of work)

20

21 Defendant's title or position is _Artist of SUTHUN MUSIC ENTERTAINMENT_
                            (Defendant's title or position at place of work)

22

23 This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because _defendant is a part of_
   the charades of witchcraft. Ex: Rome stands for Rome in
26 Italy
27

28

84
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Olympia Washington                                    works at
   Insert ¶ #                    (full name of Defendant)
2  1601 4th AVE E   Olympia, WA 98501
3                                 (Defendant's place of work)

4

5  Defendant's title or position is Cheryl Selby (Mayor)
                                    (Defendant's title or position at place of work)
6

7  This Defendant is sued in his/her (check one or both):

8      □ individual capacity              ☒ official capacity

9

10 This Defendant was acting under color of law because defendant is a part
   of the charades of witchcraft. Ex: Olympia is from the
11
   old Roman Kingdom of paganism
12

13

14

15

16 ___. Defendant Sing Sing Correctional Facility              works at
   Insert ¶ #                    (full name of Defendant)
17

18 354 Hunter St, Ossining, NY 10562
                                 (Defendant's place of work)
19

20

21 Defendant's title or position is Warden: Marlyn Kopp
                                    (Defendant's title or position at place of work)
22

23 This Defendant is sued in his/her (check one or both):

24     □ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of
   the charades of witchcraft. Ex: Sing Sing was derived from the Sint Sink
26
   Native tribe. So sing sing represents the likeness of Gods' original
27
   purpose for music being locked up (basically it's like locking up Gods'
28
   pure worship).

                              Page Number

              Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Johnson and Johnson _____ works at

2    *Insert ¶ #*            *(full name of Defendant)*

3    Johnson and Johnson Plaza, New Brunswick, New Jersey US, 08933 .
                              *(Defendant's place of work)*

4

5    Defendant's title or position is CEO: Joaquin Duato .
                              *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☒ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. Ex: Pharmaceutical companies

11   fall under witchcraft and this is also how they violate

12   Jesus Is The Answer Apostolic Church that's led by Bishop Johnson.

13

14

15

16   ___. Defendant HRH Prince Salman bin Hamad AL Khalifa works at

17   *Insert ¶ #*            *(full name of Defendant)*

18   P.o Box 29091 Riffa→Kingdom of Bahrain bld 1600 Shaikh Salman HWY Block 906, Riffa
                              *(Defendant's place of work)*

19

20   Defendant's title or position is Crown Prince

21                              *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. Ex: Salman bin = Solomon, Hamad = Hamas &

27   Ham (Noah Son), Khalifa = Khalid (ISIS), Riffa = Cush (Ham is Son who

28   got cursed by God because Ham looked at Noah naked instead of covering

     him up)

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Tokyo Disney Sea_ _____ works at

Insert ¶ #                    *(full name of Defendant)*

_1-13 Maihama, Urayasu, Chiba 279-8511, Japan_ _____.

*(Defendant's place of work)*

Defendant's title or position is _The Oriental land Company President: Kenji Yoshida_.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Disney stands for the Wonderfull World of Magic_ _____

___. Defendant _Walt Disney Imagineering_ _____ works at

Insert ¶ #                    *(full name of Defendant)*

_517 Circle 7 Dr, Glendale CA 91201_ _____

*(Defendant's place of work)*

Defendant's title or position is _President: Barbara Bouza_ _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex:_ _____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Corus Entertainment Inc** works at
*Insert ¶ #*                    *(full name of Defendant)*

**25 Dockside Drive, Toronto, ON M5A 0B5**
                    *(Defendant's place of work)*

Defendant's title or position is **CEO : Heather Shaw**
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft.**

___. Defendant **Disney Consumer Products** works at
*Insert ¶ #*                    *(full name of Defendant)*

**1201 Flower St, Glendale CA 91201**
                    *(Defendant's place of work)*

Defendant's title or position is **President : Tasia Filippatos**
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex: The wonderful world of magic**

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Columbia University _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

1130 Amsterdam Ave, New York, NY 10027
*(Defendant's place of work)*

Defendant's title or position is President: Minouche Shafik
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Established In 1754 as a colonial college by royal charter under George II of Great Britain. Their Mascot is Roar-ee the Lion which is also used by Metro-Goldwyn-Mayer studios as their logo.

___. Defendant Rose Island Amusement Park _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

12500 St Rd. 62 Charlestown, IN 47111
*(Defendant's place of work)*

Defendant's title or position is Abandoned Theme Park in Indiana
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Song of Solomon 2:1-I am the rose of Sharon, and the lily of the valley. *I am the BRIDE however India (Indian) have been playing like me but in a perverted way because India Hinduism is the 1st religion & Charles III Protestant & Roman Catholic is Christianity. However, the game being played has to do with the nuns (Females) and the male version is called monks which is found in Buddhism and Hinduism. So that sums up Europe, Roman Catholics, Eastern Orthodox, Oriental Orthodox, Hindu, Buddha, Shamism, Jainism, Rastafarism, Muslim, etc joining together to attempt to hinder the coming of Christ (the True One)

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant  EL JEM Amphitheater  works at
     Insert ¶ #

2    Rte Mahdia, El Jem, Tunisia
3                                      *(Defendant's place of work)*

4

5    Defendant's title or position is _____
                                      *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☒ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of
10   the charades of witchcraft. Ex: It was featured in films such as
11   Monty Python's Life of Brian. The story is about a young Jewish-Roman man born on the
12   same day as and next door to Jesus, and is mistaken for the Messiah. This film was accused
13   of blasphemy. 39 local authorities in UK imposed an outright ban or an X (18 years)
14   Certificate. EMI films withdrew its funding then George Harrison (X-Beatle band member)
     helped finance the movie through formation of his HandMade films company.

15

16   ___. Defendant  Python (Monty) Pictures Limited  works at
17   Insert ¶ #                      *(full name of Defendant)*

18   7 Savoy Court, London, England, WC2R 0EX
                                      *(Defendant's place of work)*

19

20   Defendant's title or position is _____
                                      *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

         ☐ individual capacity        ☒ official capacity
24

25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. EX: This company was incorporated
27   October 5, 1973. They did the film Monty Python's life of Brian @ Tunisia
28   Amphitheater.


                              _____
                              Page Number
                Civil Rights Complaint Pursuant to U.S.C. § 1983

1     ___. Defendant *Fantasia Barrino* works at
     Insert ¶ #          (full name of Defendant)

2

3     *7721 Seton House Lane, Charlotte NC 28277*
                    (Defendant's place of work)

4

5     Defendant's title or position is *Singer*
                                (Defendant's title or position at place of work)

6

7     This Defendant is sued in his/her (check one or both):

8          ☐ individual capacity          ☒ official capacity

9

10    This Defendant was acting under color of law because *defendant is a part*
*of the charades of witchcraft. Ex: Fantasia symbolizes Walt*

11    *Disney's mouse with the hat, the disney movie Fantasia, etc.*

12

13

14

15

16    ___. Defendant *Marlboro, Maryland* works at
     Insert ¶ #          (full name of Defendant)

17

18    *14211 School Lane, Upper Marlboro, Maryland 20772*
                    (Defendant's place of work)

19

20    Defendant's title or position is *Mayor Sarah Franklin*
                                (Defendant's title or position at place of work)

21

22

23    This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity          ☒ official capacity

25    This Defendant was acting under color of law because *defendant is a part*
*of the charades of witchcraft. Ex: Mayor Sara last name is Franklin*

26

27    *and that          Pope Francis & Charles the Great who was*
*the King of Franks when he was crowned Roman Emperor.*

28    *Marlboro is a cigarette & this is Mary's way to conquer or land*
*need to listen before ___ it's too late*
                    Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Mohawk Correctional Facility works at
    *Insert ¶ #*               *(full name of Defendant)*

2

3  6514 State Rte 26, Rome, NY, 13440 .
                 *(Defendant's place of work)*

4

5  Defendant's title or position is Superintendent : Alfred Montegari
                    *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

    ☐ individual capacity           ☑ official capacity

8

9  This Defendant was acting under color of law because defendant is a part

10  of the charades of witchcraft. Ex: Medium Security Prison

11  For males

12

13

14

15

16  ___. Defendant DJ Khaled (Khaled Mohammad Khaled works at
    *Insert ¶ #*                *(full name of Defendant)*

17

18  142 W, 57th St Floor 6, New York, NY. 10019 .
                 *(Defendant's place of work)*

19

20  Defendant's title or position is Artist @ United Talent Agency
                    *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity           ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the charades of witchcraft. Ex: His Nickname is Arab Attack

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Diocese of Rochester _____ works at

2    (full name of Defendant)

3    St Nicholas Church, Boley Hill, Rochester, ME1 1SL.
     (Defendant's place of work)

4

5    Defendant's title or position is Rt Rev. Dr Jonathan Gibbs
                                      (Defendant's title or position at place of work)

6    This Defendant is sued in his/her (check one or both):

7

8    ☐ individual capacity            ☒ official capacity

9

10   This Defendant was acting under color of law because defendant is a part of

11   the charades of Witchcraft.

12   _____

13   _____

14

15

16   ___. Defendant Jesus College in the University of Oxford of Queen Elizabeth's Foundation works at

17       Insert ¶ #                 (full name of Defendant)

18   Turl St, Oxford OX1 3DW, United Kingdom
                              (Defendant's place of work)

19

20   Defendant's title or position is Principal Sir Nigel Shadbolt

21                                    (Defendant's title or position at place of work)

22

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity            ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. Ex. Sir Nigel Shadbolt is the chairman of the

27   Open Data Institute which he co-founded with Tim Berners-Lee (who is the creator

28   of the world wide web and Tim is also the son of Mary Lee Woods who helped develop programs
     at Manchester University (which was named Victoria University of Manchester/Victoria University)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Igreja dos Carmelitas                                works at
2    *Insert ¶ #*              *(full name of Defendant)*
3    R. do Carmo, 4050-164 Porto Portugal
                              *(Defendant's place of work)*
4

5    Defendant's title or position is Catholic Church                          .
6                                    *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):

        ☐ individual capacity        ☑ official capacity
8

9    This Defendant was acting under color of law because defendant is a
10   part of the charades of witchcraft. Ex: Thin Church
11   is Igreja de Carmo
12

13
14
15

16   ___. Defendant University of Porto                              works at
17   *Insert ¶ #*              *(full name of Defendant)*
18   Praca de Gomes Teixeira, 4099-002, Porto Portugal
                              *(Defendant's place of work)*
19

20   Defendant's title or position is Rector: Antonio Sousa Pereira
21                                    *(Defendant's title or position at place of work)*
22

23   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity        ☑ official capacity
24

25   This Defendant was acting under color of law because defendant is a part
26   of the charades of witchcraft. Ex: This is how the keep
27   trying to black mail my partner and I. By playing
28   the name game.

                              _____
                                Page Number

___. Defendant Municipality of Crotone works at
*Insert ¶ #*          *(full name of Defendant)*

Piazza della Resistenza, 1, 88900 Crotone (KR)
                    *(Defendant's place of work)*

Defendant's title or position is Mayor: Vincenzo Voce.
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Patron Saint Dionysius

___. Defendant Municipality of Ojen works at
*Insert ¶ #*          *(full name of Defendant)*

Cam. Marbella 3, 29610 Ojen, Málaga, Spain
                    *(Defendant's place of work)*

Defendant's title or position is Mayor: Jose Antonio Gomez-Sanchez
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Patron Saint Dionysius

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant Municipality of Dion-Olympou _____ works at
2 _Insert ¶ #_                    (full name of Defendant)
3 Agios Nikolaos 15, P.K. 60200, Litochoro, Pieria
                              (Defendant's place of work)

4
5 Defendant's title or position is Mayor: Papathanasiou Georgios ___.
                                   (Defendant's title or position at place of work)

6 This Defendant is sued in his/her (check one or both):

7     ☐ individual capacity            ☒ official capacity

8
9 This Defendant was acting under color of law because defendant is a part
10 of the charades of witchcraft. Ex: Dion symbolizes Dionysius
11 (who was born a man and changed into a girl.
12 _____
13 _____
14
15
16 ___. Defendant Mount Olympus _____ works at
17 _Insert ¶ #_                    (full name of Defendant)
18 Mount Olympus, Olympos 402 00, Greece
                              (Defendant's place of work)

19
20 Defendant's title or position is Mountain ___.
                                   (Defendant's title or position at place of work)

21
22 This Defendant is sued in his/her (check one or both):

23     ☐ individual capacity            ☒ official capacity

24 This Defendant was acting under color of law because defendant is a part of
25
26 the charades of witchcraft. Ex: _____
27 _____
28 _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant **Mt Olympas Theme Park** _____ works at

2   Insert ¶ #                    _(full name of Defendant)_

3   **655 N. Frontage Road   Wisconsin Dells WI, 53910S** _____

                    _(Defendant's place of work)_

4

5   Defendant's title or position is **Nick Laskaris** _____

                              _(Defendant's title or position at place of work)_

6   This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity              ☒ official capacity

8

9   This Defendant was acting under color of law because **defendant is a part**

10  **of the charades of witchcraft. Ex: Published on the site RAMAKER!**

11  **The Laskaris last name comes from the Byzantine Period.**

12  **They were called simple peasants so people questioned the meaning of**

13  **their name. This is why Americans think Egypt, Europe, Greece, etc**

14  **is over here when it isn't but its the sorcery of the digital realm, TV,**

15  **media, music, etc deceiving them.**

16  ___. Defendant **Jerez de la frontera** _____ works at

17  Insert ¶ #                    _(full name of Defendant)_

18  **Avda. Tomás Garcia Figueras, 14, Jerez de la Frontera, 1407.**

                    _(Defendant's place of work)_

19

20  Defendant's title or position is **Mayor. Maria Jose Garcia-Pelayo Jurado**

21                              _(Defendant's title or position at place of work)_

22

23  This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because **defendant is a part of**

26  **the charades of witchcraft. Ex:** _____

27  _____

28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Universidad de Cádiz _____ works at

2    c/Paseo Carlos III, nº 9, 11003, Cádiz,

*(full name of Defendant)*

*(Defendant's place of work)*

4

5    Defendant's title or position is University

*(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7    ☐ individual capacity          ☒ official capacity

8

9    This Defendant was acting under color of law because defendant is a part

10   of the charades of witchcraft. Ex:

11

12

13

14

15

16   ___. Defendant Catholicosate of All Armenians Mother See of Holy Etchmiadzin works at

17   1101 Vagharshapat, Republic of Armenia

*(full name of Defendant)*

*(Defendant's place of work)*

19

20   Defendant's title or position is Karekin II

*(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. Ex: Dionysus is venerated in the Catholic,

27   Eastern Orthodox & Oriental Orthodox. Their feast day happens at

28   the Armenian Apostolic Church.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant *FilMalaya Studio* _____ works at
2  Insert ¶ #                     (full name of Defendant)
   *Ceasor Road, AMBOLI, ANDHERI West MUMBAI MH 400053 IN* .
3                        (Defendant's place of work)

4
5  Defendant's title or position is *Monjoy Mukerji (CEO)* .
                        (Defendant's title or position at place of work)
6
   This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity            ☒ official capacity
8

9  This Defendant was acting under color of law because *defendant is a part*
10 *of the charades of witchcraft. Ex: Tanishaa Mukerji is*
11 *an Indian Actress and Monjoy is her cousin. This is*
12 *why I haven't received my inheritance  Roman Catholics & Hinduism*
13

14

15

16 ___. Defendant *El Shargeya Governorate* _____ works at
17 Insert ¶ #                     (full name of Defendant)
18 *HFMW+RXV, El-Lewaa Abd El-Aziz Ali St, Shaibet an Nakareyah, Zagazig, Al-Sharqia Gov 7120304, Egypt*
                        (Defendant's place of work)
19
20 Defendant's title or position is *Governor: Mamdouh Mustafa El-Sayed Ahmad Gharab*
                        (Defendant's title or position at place of work)
21

22

23 This Defendant is sued in his/her (check one or both):

        ☐ individual capacity            ☒ official capacity
24
25 This Defendant was acting under color of law because *defendant is a part of*
26 *the charades of witchcraft. Ex: Tanis is under the governance of*
27 *Sharqia. Tenisha is my birthName (using phonics Tenis or Tanis) is how people*
28 *been pretending to be me.*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Temple of Bel_____ works at

2   *Insert ¶ #*               *(full name of Defendant)*

  G7WF + XJW, Palmyra, Syria_____.

3                     *(Defendant's place of work)*

4

5 Defendant's title or position is _Sanctuary of Bel (Baal)_____

                   *(Defendant's title or position at place of work)*

6

7 This Defendant is sued in his/her (check one or both):

      ☐ individual capacity          ☒ official capacity

8

9 This Defendant was acting under color of law because _defendant is a part_

10 _of the charades of witchcraft. Ex: Baal-Peor_____

11 _____

12 _____

13

14

15

16   ___. Defendant _Temple of Bel-Shamin_____ works at

17   *Insert ¶ #*               *(full name of Defendant)*

18   H739 + 8X8, Palmyra, Syria_____.

                  *(Defendant's place of work)*

19

20 Defendant's title or position is _Sanctuary of BaalShamin_____

21                *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity         ☒ official capacity

25 This Defendant was acting under color of law because _defendant is a part of_

26 _the charades of witchcraft. Ex: Baal Peor_____

27 _____

28 _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant __Tanis Huffman_____ works at
    *Insert ¶ #*              *(full name of Defendant)*

2   c/o Box 5001, 1700 7ᵗʰ Avenue NE, Prince Albert, Saskatchewan, SbV 7J5.
3                            *(Defendant's place of work)*

4

5   Defendant's title or position is __Assistant Deputy Director of Operations__.
                                     *(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☒ official capacity

8

9   This Defendant was acting under color of law because __defendant is a part__
10  __of the charades of witchcraft. Ex: My original birth name is Tenisha__
11  __(using phonics equals Tanis). My oldest daughters dad is Albert and__
12  __she is 18yrs old. People are pretending to be me in all these high positions.__

13

14

15

16  ___. Defendant __Tanis Carter_____ works at
    *Insert ¶ #*              *(full name of Defendant)*

17

18  9029 Quartz Road, Whitehorse, YT Y1A 6T5, Canada.
                            *(Defendant's place of work)*

19

20  Defendant's title or position is __Data Entry Clerk for Yukon Parks Government__
                                     *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☒ official capacity

24

25  This Defendant was acting under color of law because __defendant is a part of__
26  __the charades of witchcraft. Ex: My birthname is Tenisha (using phonics equals Tanis__
27  __without the "ha"). Carter is the lastname of Beyonce & Jay Z. Whitehorse symbolizes the__
28  __Revelation 19:11-14 paraphrased "The faithful and True in righteousness who judges__
    __and make war... The Carters are not "ME" she sat on the Pale horse with sym-__
    __bolizes Death & Hades following__ _____ __after. *Now they're hiding behind my__
                                    Page Number
    __birthname but currently middle name.__
    __Birth Name: Tenisha Shanae Dillihunt    Current Name: Victoria Tenisha Dillihunt__

1  ___. Defendant Dar es Salaam Institute of Technology works at
   *Insert ¶ #*                        *(full name of Defendant)*

2  Morogoro Rd, Dar es Salaam, Tanzania
3                        *(Defendant's place of work)*

4

5  Defendant's title or position is Deputy Administer: Professor Najat Mohamed
                                    *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity              ☑ official capacity

8

9  This Defendant was acting under color of law because defendant is a part

10 of the charades of witchcraft. Ex: He has a PHD from the University

11 in Surrey United Kingdom.

12

13

14

15

16  ___. Defendant Spelman                              works at
    *Insert ¶ #*              *(full name of Defendant)*

17

18  360 Spelman Ln SW, Atlanta, GA 30314
                        *(Defendant's place of work)*

19

20  Defendant's title or position is President: Helene Gayle
                                     *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part

26 of the charades of witchcraft. Ex: Our whole school for

27 Christ is their motto. However, it has the accreditation of

28 the world set standards & the universities are under the mark of the
Beast because of the French Academy of Sciences was founded in 1666 by Louis XIV
So if you have science, cosmos, ___ astronomy, etc dealing with science
it's the beast system so that includes Technology. Also, Spelman has
Spel in it which symbolizes curse and/or witchcraft.

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant <u>Jesus Lenin Cota Ramirez</u> works at

2   *Insert ¶ #*                       *(full name of Defendant)*

3   <u>6400 Garfield Ave Los Angeles CA 90201</u>
                         *(Defendant's place of work)*

Defendant's title or position is <u>Del Records Artist</u>
                         *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity             ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the charades of witchcraft.</u>

16   ___. Defendant <u>Saint Anthony of Padua</u> works at

17   *Insert ¶ #*                     *(full name of Defendant)*

18   <u>1950 Saint-Antoine Street West Montreal, QC H3J 1A5, Canada</u>
                         *(Defendant's place of work)*

Defendant's title or position is <u>Catholic Church</u>
                         *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity             ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the charades of witchcraft. Ex. Also located at this location is DESTA Black Youth Network Which proves that Antonio Powers is the Spiritual father for the black youth.</u>



✳ The Fall of Man ✳           ✳ Fall Began September 23, 2023 ✳

Robbery of Front Door = Temple (Body) and Temple (Residence) (Garden)

Using the Back Door = Perverting sound, words, sex, senses, etc

Result = Serpent Steals, Kills, and Destroys

### IV. STATEMENT OF FACTS

(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

1 . Genesis 3:1-24 ① Now the serpent who was more subtile than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? ② And the woman said unto the serpent, We may eat of the fruit of the trees of the garden: ③ But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither

2 . Shall ye touch it, lest ye die. ④ And the serpent said unto the woman, Ye shall not surely die: ⑤ For God doth know that the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. ⑥ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof,

3 . and did eat, and gave also unto her husband with her; and he did eat. ⑦ And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. ⑧ And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ⑨ And the LORD God called unto Adam, and said unto him, Where art thou? ⑩ And he said, I heard thy voice in the garden, and

1

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  4 . I was afraid, because I was naked; and I hid myself.
   *Insert ¶ #*
2  ⑪ And he said, Who told thee that thou wast naked? Hast thou
3  eaten of the tree, whereof I commanded thee that thou
4  shouldest not eat? ⑫ And the man said, The woman whom thou
5  gavest to be with me, she gave me of the tree, and I did eat.
6  ⑬ And the LORD God said unto the woman, What is this that
7  thou hast done? And the woman said, The serpent beguiled
8  me, and I did eat. ⑭ And the LORD God said unto the serpent,
9
10 5 . Because thou hast done this, thou art cursed above all
   *Insert ¶ #*
11 cattle, and above every beast of the field; upon thy belly
12 shalt thou go, and dust shalt thou eat all the days of thy
13 life. ⑮ And I will put enmity between thee and the woman; and
14 between thy seed and her seed; it shall bruise thy head, and
15 thou shalt bruise his heel. ⑯ Unto the woman he said, I will
16 greatly multiply thy sorrow and thy conception; in sorrow
17 thou shalt bring forth children; and thy desire shall be.
18
19 6 . to thy husband, and he shall rule over thee. ⑰ And
20
   *Insert ¶ #*
21 unto Adam he said, Because thou hast hearkened unto the
22 voice of thy wife, and hast eaten of the tree, of which I
23 commanded thee, saying, Thou shalt not eat of it: cursed is
24 the ground for thy sake; in sorrow shalt thou eat of it all the
25 days of thy life; ⑱ Thorns also and thistles shall it bring forth
26 to thee; and thou shalt eat the herb of the field: ⑲ In the sweat
27 of thy face shalt thou eat bread, till thou return unto the ground;
28 for out of it wast thou taken: for dust thou art, and unto dust shalt

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 **7** .thou return [20] And Adam called his wife's name Eve; because
*Insert ¶ #*
2 she was the mother of all living. [21] Unto Adam also and to
3 his wife did the LORD God make coats of skins, and clothed
4 them. [22] And the LORD God said, Behold, the man is become
5 as one of us, to know good and evil; and now, lest he
6 put forth his hand, and take also of the tree of life, and
7 eat, and live for ever. [23] Therefore the LORD God sent him forth
8 from the garden of Eden, to till the ground from whence he was taken.
9

10 **8** . [24] So he drove out the man; and he placed at the east of the
11 *Insert ¶ #*
12 garden of Eden Cherubim, and a flaming sword which turned
13 every way, to keep the way of the tree of Life. Genesis 4:1-26
14 (Cain and Abel) [1] And Adam knew Eve his wife; and she conceived,
15 and bare Cain, and said, I have gotten a man from the LORD.
16 [2] And she again bare his brother Abel. And Abel was a keeper of
17 sheep, but Cain was a tiller of the ground. [3] And in process of
18 time it came to pass, that Cain brought of the fruit of the

19 **9** . ground an offering unto the LORD. [4] And Abel, he also
20 *Insert ¶ #*
21 brought of the firstlings of his flock and of the fat thereof.
22 And the LORD had respect unto Abel and to his offering [5] But
23 unto Cain and to his offering he had not respect. And Cain
24 was very wroth, and his countenance fell. [6] And the LORD
25 said unto Cain, Why art thou wroth? and why is thy countenance
26 fallen? [7] If thou doest well, shalt thou not be accepted? and
27 if thou doest not well, sin lieth at the door. And unto thee shall
28 be his desire, and thou shalt rule over him. [8] And Cain talked

10 . with Abel his brother: and it came to pass, when they
Insert ¶ #
were in the field, that Cain rose up against Abel his brother,
and slew him. ⑨ And the LORD said unto Cain, Where is Abel
thy brother? And he said, I know not: Am I my brother's
keeper? ⑩ And he said, What hast thou done? the voice of
thy brother's blood crieth unto me from the ground. ⑪ And
now art thou cursed from the earth, which hath opened her
mouth to receive thy brother's blood from thy hand. ⑫ When

11 . thou tillest the ground, it shall not henceforth yield unto
Insert ¶ #
thee her strength; a fugitive and a vagabond shalt thou be.
in the earth. ⑬ And Cain said unto the LORD, My punishment
is greater than I can bear. ⑭ Behold, thou hast driven me
at this day from the face of the earth; and from thy
face shall I be hid; and I shall be a fugitive and a
vagabond in the earth; and it shall come to pass, that
every one that findeth me shall slay me. ⑮ And the

12 . LORD said unto him, Therefore whosoever slayeth Cain,
Insert ¶ #
vengeance shall be taken on him sevenfold. And the LORD
set a mark upon Cain, lest any finding him should kill him.
⑯ And Cain went out from the presence of the LORD, and
dwelt in the land of Nod, on the east of Eden. ⑰ And
Cain knew his wife; and she bare Enoch: and he builded
a city, and called the name of the city, after the
name of his son, Enoch. ⑱ And unto Enoch was
born Irad: and Irad begat Mehujael: and Mehujael

4
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

13 . begat Methusael: and Methusael begat Lamech.
Insert ¶ # ⑲ And Lamech took unto him two wives: the name.
of the one was Adah, and the name of the other
Zillah. ⑳ And Adah bare Jabal: he was the father
of such as dwell in tents, and such as have cattle.
㉑ And his brother's name was Jubal: he was the father
of all such as handle the harp and organ. ㉒ And Zillah,
she also bare Tubal-cain, an instructor of every

14 . artificer in brass and iron: and the sister of
Insert ¶ # Tubal-cain was Naamah. ㉓ And Lamech said unto
his wives, Adah and Zillah, hear my voice; ye
wives of Lamech, hearken unto my speech: for
I have slain a man to my wounding, and a young
man to my hurt. ㉔ If Cain shall be avenged seven-
fold, truly Lamech seventy and sevenfold. ㉕ And
Adam knew his wife again; and she bare a son,

15 . and called his name Seth: For God, said she, hath
Insert ¶ # appointed me another seed instead of Abel, who Cain
slew. ㉖ And to Seth, to him also there was born a
son; and he called his name Enos: then began men
to call upon the name of the LORD.
✱✱✱ Now I will break down Genesis 3 and 4 to show
you the role play that has been taken place like a movie
being directed, organized, and filmed by individuals
whose main purposes were to deceive, mislead, and

16 : indoctrinate the minds of humanity while attempting
*Insert ¶ #* to steal, kill, and destroy the TRUE REMNANT OF GOD'S
CHOSEN ONES without leaving a trace of evidence
that will point out who is who, who did what, and
what methods were used as weapons of warfare ✱✱✱
Let's start with the story of Adam and Eve being the
Kings and Queens of Royalty in Europe. Then the
serpent being the spirit of perversion starting with

17 ___ Incest in the Royal Bloodlines in order to keep the
*Insert ¶ #* kingdom locked down. According to the Wikipedia "List
of Coupled cousins" the "Royalty in Europe" had 215
Kingdoms in Europe, that reigned under the Spirit
of Perversion because of Incest ✱ Mind you, Perversion
only truly means a twisted truth ✱ Let's start with
Nero Claudius Drusus born October 7 c. 14 BC in Rome,
Italy. He also went by the name Drusus Julius Caesar

18 ___ and he married his paternal cousin Claudia Livia
*Insert ¶ #* in AD 4 which was the same year her first husband
Gaius Caesar died. To bring my statement concurrent
to modern times, Queen Victoria of the United Kingdom
of Great Britain and Ireland from June 20, 1837 until
her death in 1901 who was also granted the title the
Empress of India in 1876 married her cousin
Prince Albert of Saxe-Coburg and Gotha stemming
from the Royal German Bloodline. Now between both

6
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

19. Drusus Julius Caesar and Queen Victoria of Great
*Insert ¶ #*
Britain and Ireland there were 213 other kingdoms that
reigned under Perversion which sums up to a total of
215 kingdoms. Out of the perversion seed of incest
Queen Victoria's eldest son Edward VII was the first
Saxe-Coburg-Gotha monarch who ascended to the House of Wettin (German)
throne on Jan 22,1901. When you look at Prince Albert's incest
with Queen Victoria you can see the serpent of sexual perversion.

20. However, the serpent appears to reflect itself in multiple
*Insert ¶ #*
fashions in this situation. For instance, Prince Albert and
Queen Victoria are not just cousins but they are husband
and wife; however she has the label Queen and he has
the label Prince right there is two other types of perversion
hidden ① Husband + Wife = King + Queen not Queen + Prince
which equals Mother and Son ② Queen + Prince in this case
equals Wife + Husband which means the Queen is King =

21. Dionysus / Transgender (based on role) + Prince is Husband
*Insert ¶ #*
which reveals the Serpent from Adam and Eve's Fall because
when they fell she became King in the serpents Kingdom.
So this proves that the Europeans are the twisted TRUTH (Fallen State)
of my original essence that's why they've caused so much
damage yet dark skinned/brown skinned people have payed
the price. This also explains the movie "The Great Gay
Road" and the blackmail of America & Christianity/Jews.
If you look at Prince Albert and Queen Victoria

7

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983