1  22. as Adam and Eve then their oldest son Edward VII would

2  represent Cain and by him being the first Saxe-Coburg-Gotha

Insert ¶ #

3  monarch to ascend to the throne on Jan 22, 1901 that

4  means Saxe-Coburg-Gotha would represent the land of

5  Nod that Edward VII playing as Cain would build while

6  on the throne. Mind you that Cain was born of the serpent

7  seed in Genesis then he killed Abel and God placed

8  a mark on him so nobody would kill him (paraphrasing GENESIS 4)

9

10  23. Edward VII had a son named George V who was King of

Insert ¶ #

11  United Kingdom, British Dominions, and Emperor of India from

12  1910-1936. George V had a son named Albert Frederick

13  Arthur George (Prince Albert of York) there became King George VI

14  of United Kingdom, Dominions, and of the British Commonwealth

15  who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).

16  Now watch what happened under King George VI reign and

17  also what occurred afterwards. In 1939, King George VI,

18                                  of

19  24. his British Empire, and most Commonwealth countries (except

Insert ¶ #

20

21  Ireland) declared war on Nazi Germany (for whatever reason

22  they proclaimed pertaining to Poland) however during WWII

23  between 1941 and 1945 Nazi Germany while under Hitler's

24  rule killed around 6 million Jews using genocide (The

25  Holocaust) as it's tool of weaponry. There were also approximately

26  5 million prisoners of war murdered as well. However, my

27  key point is that the Jews were tortured in a war that

28  wasn't even about them. This is similar to how Cain

25. Killed Abel without cause. Now, let me rewind back
*Insert ¶ #*
to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1859 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Uber eine neue organische Base in de Cocablättern meaning On a

26. New Organic Base in the Coca Leaves. His paper talks about
*Insert ¶ #*
how he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greeks word "Kristallos" meaning both
"ice" and "rock crystal". ✳ Right, here shows that in this perverted
role play of Adam and Eve. Being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Nieman out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27. Sell in the streets which is a form of genocide against themselves &
*Insert ¶ #*
their own kind which is streets so just like the Hebrew
said "Face Street, Face Down". Then coke was given to paisas
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
use or distribute it then they have unknowingly or knowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the Backdoor of attempting to kill the kingdom of Jesus Christ

9
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  28 . of Nazareth by drugs as others profited off of the
2  Insert ¶ #  proceeds of the broken and downtrodden. This is
3  another way they attempted to discredit the Authenticity
4  of Jesus's life while robbing his church in order to
5  build more Cains to kill Abel. I explained drugs as
6  a backdoor tactic because under the Queens reign;
7  Queen Victoria's oldest son represents Cain in the
8  world especially after being the first to ascend to
9

10  29 . to the throne, as Edward VII the King of Saxe-
11  Insert ¶ #  Coburg and Gotha (House of Wettin) from the Royal
12  German Bloodline. ✱✱ Moving back forward to her
13  great great grandson Albert Frederick Arthur George (originally
14  Prince Albert of York) who became King George VI of the
15  United Kingdom, Dominions, and British Commonwealth
16  and his wife Queen Elizabeth The Queen Mother. Albert
17  aka King George VI symbolizes Cain under the name Albert
18

19  30 . because he was named after his great-great Grandfather
20  Insert ¶ #  Prince Albert (Queen Victoria's Husband) however this is according
21  to Kingdom (front door). But when you look at him under the
22  role play of Adam; then even though he waged war on Nazi
23  Germany; Germany would be his son Cain because the
24  Nazis killed the JEWS (Able). Now, after Adolf Hitler
25  completed the Holocaust against the Jews he turned around
26  and committed suicide (just like Judas hung himself after he
27  betrayed Jesus and sold him to the Romans to be crucified).
28

10
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

31    Now, another thing I would like to point out is
*Insert ¶ #* that; it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses, etc.)
and moved to Vienna (Vienna sausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.

32    . He tried to get into the Academy of Fine Arts again yet they
*Insert ¶ #* rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a mans home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers

33    . So his time in Vienna shaped Hitlers worldview. Hitler ended
*Insert ¶ #* up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He did't pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War I ended his stint as a struggling young artist.
It was his time in Vienna and his frustrated art career that
became part of the myth-making by Hitler himself and by his

11
---
Page Number

34 . followers that helped drive his fateful rise to power in
Insert ¶ #
Germany. Hitler railed against modern art, calling it the
"degenerate" product of Jews and Bolsheviks and a threat
to the German national identity. In 1937, the Nazis rounded
up some 16,000 works of this type from German museums
and put hundreds of them on display in Munich. The exhibition
intended to heap scorn on the artist ended up being attended
by 2 million people. Looking at Hitlers' military time let's talk about

35 . drugs. The use of Methamphetamine, better known as crystal
Insert ¶ #
meth, was a pill form of the drug called Pervitin and it was
distributed by the millions to the Nazi troops before their successful
invasion of France in 1940. Developed by the Temmler pharmaceutical
company, based in Berlin, Pervitin was introduced in 1938 and
marketed as a magic pill for alertness and an anti-depressant.
A military doctor experimented on 90 college students and
decided based on the results the drug would help Germany win

36 . the war. Other allied soldiers used amphetamines (speed)
Insert ¶ #
in the form of Benzedrine in order to battle combat and fatigue.
Others used anesthetics like Göring whose nickname was
actually Möring from morphine. Meth was Pervitin until a
Japanese chemist, Nagai Nagayoshi first synthesized meth in
1893. In 1919 a younger protégé of Nagai named Akira
Ogata discovered another method of synthesizing the
crystalline form creating a new stimulant called
crystal meth. ** Drugs have been used as weapons

12
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

37 . of warfare, blackmail, human trafficking, etc in
*Insert ¶ #*
the USA however Americans have paid the price for
Systematic corruption and sorcery strategically organized
in Europe. *** The next perverted role play of Adam
and Eve resembles Prince Philip (The Duke of Edinburgh)
and Queen Elizabeth II. Their Marriage resembles that of
Queen Victoria when it comes to Philip being Prince and
Elizabeth II being Queen. Also, Prince Philip and Queen

38 . Elizabeth were third cousins so they're marriage is
*Insert ¶ #*
another reflection of incest. Philip was also Prince of
Greece and Denmark which would represent the Greek
religion of the Twelve Olympians starting with Zeus, the
King of gods, who was married to his sister Hera. The
other eleven Olympians were Ares, Poseidon, Athena, Demeter,
Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
Hephaestus, Hermes, and Hestia (the goddess of the hearth)

39 . and sacred Flame, which was more likely the most
*Insert ¶ #*
prayed to of all gods. *Apart from these gods, the Greek pan-
theon was filled with dozens of other gods, demigods, and mortal
and immortal beings which varied by local and over the
evolution of Greek culture. A variety of other mystical
beliefs and nature spirits such as nymphs and other magical
creatures were foundational to the ancient Greek understanding
of the world around them. Now, Elizabeth II was Queen/King
of the United Kingdom and other Commonwealth realms.

Civil Rights Complaint Pursuant to U.S.C. § 1983

40. Their religion is known to be protestant for the
Insert ¶ # United Kingdom and Commonwealth. However protestant
is just a breakoff of Roman Catholics because the Roman
Catholic church split into 3 categories under christianity
which was Catholic, Eastern Orthodox, and Protestant.
But they do not represent the same belief patterns as
us because they're still governed by the Pope and their
sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising
Insert ¶ # and establishing His Kingdom. Well, under Queen Elizabeth II
reign, another form of genocide occurred. This plague or
genocide is called Covid-19. This plague killed many
people, isolated many people, and weakened humanity
within the realm of spirituality when it came to fellowship
in the temple which then turned into social religion (a
gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off
Insert ¶ # The Body of Christ by placing the True Believers of God in
a fallen state because the digital realm is created by
man and stems from space symbolizing the 2nd heaven
where the prince of darkness is when the Throne of
Jehovah Mekadesh (God our Holiness) is the third
Heaven). What this also did was attempt to mark the
Chosen Ones with the Mark of the Beast so that
Roman Catholic could pretend to be the woman

43. From Revelation 12 and The Chosen ones would
*Insert ¶ #*
look like the Red Dragon in Revelation 12 ✶✶✶✶
Moving Forward to the ROMAN CATHOLIC church
I will give a breakdown of this church from the fallen
story of Adam & Eve. The sorcery and perverted truth
behind Roman Catholics. Catholic is Adam and Eastern
Orthodox (still catholic) is Eve - then The Roman Catholic
Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE
*Insert ¶ #*
TRUE PROTESTANTS)). Roman Catholics according to Roman
in the Trinity Format will sum up to Roman Empires
as Satan acting as The Father, The AntiChrist as
the Son, and the false prophets as the Spirit. The
Roman Empires are: Babylon as Satan, Medo-Persia
as the Son, and Greece as the spirit. Babylon
is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-Western
*Insert ¶ #*
Iran, known for it's political and cultural base of the medes)
symbolizing The AntiChrist, Greece is a country in Southeast
Europe symbolizing the false prophets (Pagan Gods of Hellenism).
Roman Catholics using IRAQ/IRAN = Southwestern
Asia & Greece which is Southeast Europe is the backdoor
to attempt to keep me out the kingdom by demonizing
everybody using deceptive strategies to deceive the
people, and indirectly marking them with the beast.

115
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

✱ December 25 = Christmas = Christ Massacre, not
Christ birthday.

46 ③. Let's now explain Adam & Eve, according to
Insert ¶ #
Rome & Germany whiched birthed out The Holy
Roman Empire. On December 25 800, Pope Leo III
crowned Frankish King Charlemagne as Roman Emperor
reviving the title in Western Europe. after the fall of the
ancient Western Roman Empire in 476 it fell in 924 then
was revived again in 962 until the 12ᵗʰ century as the most
powerful monarch in Europe. In 1262 Ottone I Visconti

47. was elected as archbishop of Milan, Italy which
Insert ¶ #
earned him one of the Holy Roman Seats in Italy.
after he conquered Milan from their rival Della
Torre family in 1277. The Visconti of Milan are a
noble Italian Family. Their motto is: "I will not violate
the customs of the serpent." The Visconti was called
LORD of Millan (from 1277-1395) and the Duke of Millan
(from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti = Vice Comes.
Insert ¶ #
Vice "Deputy" + Comes "Count". ✱ This is the backdoor
way of how they Marked My partner due to his gang
in Chicago named "Vicelords" which is a bloodgang.
Then I can break down ViceComes into Victorious
Ice (Crystal Meth) LORD and Comes into Nut (Seal) Count representing
the 12 tribes of Israel. Ironically, the headquarters
of the Nation of Islam (false 12 tribes) is located
in Chicago, Illinois as well. So this explains how
✱ for America

16
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

49 . they have marked my lover as the red dragon
*Insert ¶ #* and as the Crystal Meth drug Lord when he doesn't
even sell drugs but now I see why every time I
was with him intimately then I wanted to smoke
after I left. Now, we all know that Meth was
in pill form first called Pervitin during Hitlers
reign in Germany Nazi military, then a German
chemist synthesized meth, and a japanese

50 _ chemist crystalized meth into rock form. So
*Insert ¶ #* this explains alot about Europe's Kingdom and their demonic
Church (to be continued). Moving Forward, In 1356 the
golden bull was created without the pope (Pope Innocent
VI) involvement but he did not oppose it either because
he need the King to aid him with his enemy Visconti.
By not opposing it made this pope, just as guilty as
the other side because it symbolized Idolatry. On

51 . August 10, 1397 Albert II of Germany also known as Albert
*Insert ¶ #* the Magnanimous KG was elected King of the Romans as
Albert II. He also was king of the Holy Roman Empire
and a member of the House of Habsburg (House of Austria).
KG stands for The Most Noble Order of the Garter. It's
an order of chivalry (order of knights typically founded during
the original Catholic military orders of Crusades (c. 1099-1291))
and paired with medieval concepts of ideals of chivalry
(code of conduct in Europe from 1170-1220). The Most Noble Order

17
*Page Number*

52. Order of the Garter was founded by Edward III
of England in 1348. It is the most senior order of
knighthood in the British honours system except for
the Victoria Cross and the George Cross. Back to King
Albert II his wifes name was Elizabeth of Luxembourg
who was queen consort of Germany and Bohemia.
The Bohemian language of the 19th Century was the language Czech
of the Diet (Diet Assembly) is the general assembly of the

53. Imperial Estates of the Holy Roman Empire. Diet is
also a designation for modern-day legislative bodies of
certain countries and states such as the NATIONAL
Diet of Japan, or the German Bundestag the FEDERAL
Diet. ※ It was two different german chemist that
did cocaine and amphetamine and it was a
japanese chemist who crystalized amphetamine and
created Methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13yrs
old and Albert who taught me how to smoke meth until @ 14yrs old
I ended up pregnant with his daughter ※ King Albert II
of Germany persecuted, had the Jews arrested, took their
belongings, etc. Before King Albert II of Germany became King
the Jews in the Austrian duchy had been subject to local
persecutions during the 13th and 14th century however their
position remained relatively safe. The Jewish communities
prospered in several towns like Krem or the area around

10
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

55. the Judenplate at Vienna. It was after the death
Insert ¶ #
of Duke Albert IV in 1404 that their situation worsened
sharply, culminating in the blaze of the Vienna Synagogue
on Nov 5, 1406, followed by riots and lootings. When
Albert V came of age in 1411 and interfered in the Hussite
Wars, he repeatedly established new taxes imposed on the
Jewish community to finance his campaigns. On the
other hand, after the Hussites had devastated the duchy,

56. the Austrian Jews were accused of collaboration and
Insert ¶ #
arms trade in favor of the enemies. The accusations
of a host desecration at Enns in 1420 gave Albert pretext
for the destruction of the Jewish community. According
to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
the duke order on May 23, 1420 the imprisonment and
forcible conversion of the Jews. Those who had not converted
or escaped was sent off in boats down the Danube River

57. (just like they did Blacks) while wealthy Jews remained under
Insert ¶ #
arrest, several of them tortured and stripped of their property.
March 12, 1421 Albert sentenced the remaining Jews to death.
Ninety-two men and 120 women were burned at the stake
south of the Vienna city walls. The Jews were placed under
an eternal ban and their synagogue was demolished.
*** As you can see the Jews have constantly been
robbed, imprisoned, persecuted, abused, accused, etc when
they've done no wrong only so the world empires could

Civil Rights Complaint Pursuant to U.S.C. § 1983

58   Seized their prosperity. Which is a form of the devil
*Insert ¶ #* blackmailing Gods people just to claim what isn't his
and so he could put his image and inscription on it
while pretending to be God or by using people to act
like they are the chosen ones so that he could steal
the worship and inheritance that God promised to his
people. This is also how he deceived the world and
caused everybody to believe in his lies. So what we are

59   seeing again today is the enemies using the same
*Insert ¶ #* strategies to kill, steal, and destroy. However, they
attempt to cover up their evil with false accusations,
set ups, influential peddling, obstruction of justice,
deceptive policies, laws, international agreements,
contracts, systems, etc. which is why the whole world
is in disillusionment behind treason, tyranny, and
deep systematic corruption. The serpent and his seeds

60   (kids) are trying to avoid exposure by keeping the
*Insert ¶ #* spotlight on fake news and by torturing the innocent.
This is the same behavior, issues, and circumstances that
we are seeing today behind thieves & liars in high positions
that don't have the people who they are supposed to lead
good will at heart. Their agenda is selfish, they are
narcissist, and people want to see a real change
in life than All SELFISH AGENDAS must be destroyed, because
WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE

#JESUS CAME TO SET US FREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE
#MORE PRAYER, MORE POWER LESS PRAYER LESS POWER

61. It was said that the Jewish were prosperous in the town of Krems which is in Austria. There's a wine region called Kremstal that lies on the south-eastern arc of the Waldviertel and the Dunkelsteiner Wald ridge, built up from hard crystalline rock, and opens out into the Alpine foothills towards the east, where unconsolidated rock prevails. The Kremstal vineyards are divided into three distinct areas: Stein district that borders with the Wachau, The Krems Valley, and

62. the small wine villages south of Danube clustered around the imposing Göttweig Abbey. *** Jews symbolize Gods chosen people, wine symbolizes Gods blessing for his people, and three symbolizes Father, Son, and Holy Ghost. Deuteronomy 7:16 For thou art a holy people, unto the LORD thy God: the LORD thy God hath chosen thee to be a special people unto himself, above all people that are upon the face of the earth. Deuteronomy 7:12-13 [12] Wherefore

63. it shall come to pass, if ye hearken to the judgements, and keep, and do them, that the LORD thy God shall keep unto thee the covenant and the mercy which he sware unto thy fathers: [13] And he will love thee, and bless thee, and multiply thee: he will also bless the fruit of thy land, thy corn, and thy wine, and thy oil, the increase of they Kine, and the flocks of they sheep, in the land which he sware unto thy fathers to give thee. Matthew 28:19 Go ye therefore, and teach all nations, baptizing them

21
Page Number

64. in the name of the Father, and of the Son, and
*Insert ¶ #* of the Holy Ghost. I John 5:7 - For there are three
that bear record in heaven, the Father, the Word,
and the Holy Ghost: and these three are one.
✱ As you see in Matthew 28:19 and I John 5:7
Jesus is the fulfilment of the Word of His Father
which makes Jesus spirit the Holy Ghost which
is the spirit of Prophecy (past, present, and future).

65. ✱✱✱ Returning to Rome & Germany, I'd like to bring
*Insert ¶ #* up the Italian Social Republic also known as the Republic
of Salò. It was considered a Nazi-German puppet state
with little diplomatic recognition until World War II, which
existed from the beginning of the German occupation of
Italy in September 1943 until the surrender of German
troops in Italy in May 1945. The German occupation
triggered widespread national resistance against it and

66. the Italian Republic leading to the Italian Civil War.
*Insert ¶ #* Most of the 8,000 Italian Jews who died in the Holocaust
were killed during the 20 months of the Salò (Italian
Social Republic) regime. ✱ It seems as if Italy (whether Rome
or Vatican), Britian Kingdom, and Germany (whether Holy Roman
Empire of Germany or Nazi) always seem to be socializing or
"pretending" to be at war when Jews get killed and their stuff
gets seized. The common denominator is Roman Catholic
and Britian who stands by and watch however he is the

22
Page Number

67. King over the kingdoms. This is organized crime in the most subtle and cunning ways possible just like the serpent and Eve who then gave it to Adam and he ate which caused them to fall. Moving forward to finalize my stance I will add one more component about Germany. On November 1, 1895, Max Skladanowsky and his brother Emil demonstrated their self invented film project, the Bioscop, at the Wintergarten music hall in Berlin. On December 28, 1895 the first paying

*Insert ¶ #*

68. public display of the Lumière brothers' Cinematographe was in Paris. In 1910, the first German "artistic" films began to be produced, an example is the film Edgar Allan Poe adaptation The Student of Prague (1913) which was co-directed by Paul Wegener and Stellan Rye. In 1917 a process of concentration and partial nationalisation of the German film industry began with the founding of Universum Film AG (UFA), which was partly a reaction to the very effective use that the Allied Powers had

*Insert ¶ #*

69. found for the new medium for purpose of propaganda. An early step towards the foundation of UFA was taken January 13, 1917 with the creation of the Bild und Filmamt (BUFA) by Germany's Supreme Army Command. Formed as a reaction to the perceived advantage of Germany's enemies in the realm of film propaganda, BUFA's task was to use film for psychological warfare. In 1924-1926 UFA had two large scale productions, Nibelungen and Metropolis. Metropolis was the first film thus distinguished on UNESCO's Memory of the World Register and Woman in the Moon

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

70 . to this day. From 1933-1937 UFA experienced a new
commercial boom in the Nazi era (Nazification; not least
due to the government's protectionist measures, which freed
UFA from bothersome competition. On top of occupying
almost all of Europe, the Nazi regime provided UFA
new sales markets, as well as placing distribution outlets
in such "neutral" countries as the United States. By 1938,
after taking over foreign film production facilities in France,

71 . Belgium, and other countries, one third of the company's
sales came from abroad. UFA's economic boom made it
possible to further expand the so-called "star system", which
had already been developed in the silent film era. In an
act of anticipatory obedience to the Nazi regime, UFA
management fired several Jewish employees. In the
summer of 1933, the Nazi regime created the Film
Chamber of the Reich, which adopted regulations officially

72 . excluding Jewish filmakers from all German studios.
* Even in the film industry the wicked tried to get rid
of the Jews without probable cause however if they were
so dedicated to separating themselves from God's people
then the people have to give back everything they stole
from God's people so the separation can TRULY Happen. (End)
* *** Next topic under Roman Empire and Germany that
equates to Roman Catholics in the form of Adam
& Eve's story being twisted is the German Monk Martin

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that birthed out the 95 Theses which is the **Disputation on the Power of Indulgences** (Cain) that cause The Protestant Reformation (Abel) which they have been indirectly working together to destroy God's people while stealing from the people (Cain's excuse to kill Abel). But not only that, they have intentionally worked to stop the rise of JESUS Kingdom from coming forth while

74. acting like they were for us when they both were plotting on destroying us by sorcery, systems of debt, perversion, war, media, etc. Prime example of their deception using words is the word NUN. The definition of NUN is: ① A female who lives in a monastery or convent who chose to devote her life to prayer, service, & charitable work. ② A nun is also a male Monk ③ many religions including Catholicism, Buddhism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use social media, or smartphones. ② They can't own property or engage in sexual relationships. ③ Nuns are expected to renounce their inheritance and property rights. ④ Nuns have their own room which is called a CELL. ✱ NOW HERE'S the deception of definitions 1, 2, & 3 behind the word nun: ④ In the form of Adam & Eve's story being perverted is a female nun (Eve) + a male monk (Adam) = Dionysus because he was born a male and changed into a female (transgender).
(Cain)

✱Monk = Zues + female nun = Semele ✱
(Parents of Dionysus in the Greek religion)

Father + Mother = God
The way some catholics pray saying father/mother God...

76. ③ A female nun = Roman Catholic + a male monk (nun) = (EVE) (plus) (ADAM)
Insert ¶ #  (=) (CAIN)
Holy Roman Empire of Germany equals Buddhism (China, Russia, Nepal, India, North/South Korea, Japan, Laos, Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam, Singapore, etc.! * This is how they tried to play us using words, religion, money, power, etc. This is organized theft because the church is supposed to be representing Jesus not all these other people

77. Gods that the Roman Catholic Church and
Insert ¶ #
Britain Empire is not making anybody aware of... Buddhist is a representation of the god of wealth that's another reason why gambling has been being promoted worldwide with online casinos, sports bets, lotto, etc. the name "bet" is derived from the West Semitic word for "house" which means the casinos represent the house of buddha and that means everytime we

78. gamble then we are worshipping Buddha without
Insert ¶ #
any knowledge of it. So as you can see, people have been living in the world under the deception of the enemy. He has used Religion as his driving force because it was by him twisting Gods word that caused Eve and Adam to fall. Basically, that's what we see happening in today's situation because the religions that are in on this scandal are all twisted words from the original and the twist was done in attempt

Civil Rights Complaint Pursuant to U.S.C. § 1983

79. to steal, kill, and destroy. John 10:1-16 (1) Verily,
Insert ¶ #
verily, I say unto you, He that entereth not by the
door into the sheepfold, but climbeth up some
other way, the same is a thief and a robber.
(2) But he that entereth in by the door is the shepherd of
the sheep. (3) To him the porter openeth; and the sheep
hear his voice: and he calleth his own sheep by
name, and leadeth them out. (4) And when he putteth

80. forth his own sheep, he goeth before them, and
Insert ¶ #
the sheep follow him: for they know his voice.
(5) And a stranger will they not follow, but will flee
from him: for they know not the voice of strangers.
(6) This parable spake Jesus unto them: but they
understood not what things they were, which he
spake unto them. (7) Then said Jesus unto them again,
Verily, verily, I say unto you, I am the door of the

81. sheep. (8) All that ever came before me are thieves
Insert ¶ #
and robbers: but the sheep did not hear them. (9) I
am the door: by me if any man enter in, he shall be
saved, and shall go in and out, and find pasture.
(10) The thief cometh not, but for to steal, and to kill,
and to destroy: I am come. that they might have life
and that they might have it more abundantly. (11) I am
the good shepherd: the good shepherd giveth his life for
the sheep. (12) But he that is a hireling, and not the

27
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

82. shepherd, whose own the sheep are not, seeth
*Insert ¶ #*
the wolf coming, and leaveth the sheep, and
fleeth: and the wolf catcheth them, and
scattereth the sheep. (13) The hireling fleeth, because
he is a hireling, and careth not for the sheep.
(14) I am the good shepherd, and know my sheep, and
am known of mine. (15) As the Father knoweth me,
even so know I the Father: and I lay down my

83. life for the sheep. (16) And other sheep I have,
*Insert ¶ #*
which are not of this fold: them also I must bring,
and they shall hear my voice; and there shall be
one fold, and one shepherd. © Catholicism (Eve) +
Roman Empire (old Babylon) (Greece being Adam) = Buddhism (cain)
attempting to kill Christianity (Abel) how is this
proveable because they had to use witchcraft
in the form of music, media, drugs, clothes, religion,

84. etc to war with the King of Kings and Lord of Lords.
*Insert ¶ #*
Then they used Greece/Greek gods to ensnare Seth
which was Eves third son so that Enos couldn't
be produced so they thought. But on top of that
because of their perverse thinking, Enos who brought
back the praise of the Lord, has been worded in the
form of anus which symbolize the backdoor
entrance to the temple (body) and it was through
Seth descendants that Noah came then through

28
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  85 . one of Noah's sons' which he had 3 named
   *Insert ¶ #*
2  Shem, Ham, and Japheth. However, it was
3  through Shem that Gods Son Jesus Christ of
4  Nazareth was brought into this world *Now
5  here's a breakdown explaination of the few things
6  about Nuns. Ⓐ NUNS can't marry, use social media, or
7  smartphones however the Britain Kingdom and their
8  serpent seeds created the internet so that America

10  86 . could be distracted by the Harlots system as
    *Insert ¶ #*
11  they attempted to paint us as Babylon and as they
12  attempted to stop the Marriage of the Lamb and
13  His Bride (the REAL CHURCH). Ⓑ They can't own property
14  or engage in sexual relationships however their system
15  has Americans worshipping fornication so that
16  they could lock us down and conquer our inheritance,
17  property, and families. Ⓒ Nuns are expected to renounce

19  87 . their inheritance and property rights however
    *Insert ¶ #*
21  in America they used the system to obtain those rights
22  from us just like Jacob had Esau hand over his
23  birth right because Esau was hungry. If Jacob
24  really cared for his brother then he would have
25  fed Esau without asking for anything in return.
26  This is what China was used to do to America.
27  Also, remember Rebecca had Jacob trick Issac
28  into putting Esau's blessing on Jacob. Well, that's

Civil Rights Complaint Pursuant to U.S.C. § 1983

88 . what they had China use communism to help
Insert ¶ # pervert America so that the Roman Catholic church
could steal the blessing from the Black Church
and Britain could keep the Kingdom while
attempting to act like they didn't have anything
to do with the whole situation. However, truth
be told the Church belongs in Jerusalem but
the chosen ones are here in 'America' buried under

89 . all this mess. There wouldn't be two marriage
Insert ¶ # couples in Revelation if America was really Babylon.
All the sorcery came from U.K. so that is
where Babylon is located however they tried
to blackmail us by using Hollywood, Long
Beach, and San Francisco but the truth
is America was birthed from The Mother
of Harlots and that's why America looks

90 . like the son who would rule with an Iron
Insert ¶ # Fist pertaining to the Drug game. IF they were
the truth then I would have left to be there but
I know they're a lie so I'm still here with
you because I refuse to see a half truth. Revelation
18:22-24 - 22 And the voice of harpers and musicians,
and of pipers, and trumpeters, shall be heard
no more at all in thee; and no craftsman, of
whatsoever craft he be, shall be found any more

91 . in thee; and the sound of a millstone shall be
heard no more, at all in thee; (23) And the light
of a candle, shall shine no more, at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more, at all in thee;
for thy merchants were the great men of the
earth; for by thy sorceries were All nations
deceived. (24) And in her was found the blood

92 . of prophets, and of saints, and of all
that were slain upon the earth. Revelation 19 $ 6-10
(1) And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Alleluia: for the LORD God omnipotent reigneth.
(2) Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready (8) And to
her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. (9) And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he,
saith unto me, These are the true sayings of
God. (10) And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

31

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

94. fellow servant, and of thy brethren that have the
Insert ¶ # testimony of Jesus: worship God: for the testimony
of Jesus is the spirit of prophecy. **※※ See, God
is more advanced than humanity because He knew
in advance that there were going to be people fighting
against His return, he knew people were going to
pretend to be Him and/or pretend to be His Bride.
Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy
Insert ¶ # attempting to deceive the Elect (chosen ones of God).
However, due to there not being anything knew under
the sun, all the enemy did was confirm how real
the Word of God is and how badly we need our
savior Jesus Christ of Nazareth. The Story about
Babylon speaks about Mystery Babylon and
the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the
Insert ¶ # people and the beast that carries her which goes
back to the Roman Empire. Her sorceries is so
great that it causes all the kings and their
armies to make war with the Lamb but not
only that, the enemy knows that his time
is short however he still tries his best to stop
the Son of God from returning and even then the
enemy already knows he lost the battle a long time ago
so the enemy is basically just putting on a show.

"WICKEDNESS OF MANKIND"

1  97 Genesis 6:1-22  Wickedness of Mankind
2  *Insert ¶ #* ①And it came to pass, when men began to multiply
3  on the face of the earth, and daughters were
4  born unto them ②That the sons of God saw the
5  daughters of men-that they were fair, and they
6  took them wives of all which they chose. ③And the
7  LORD said, My spirit shall not always strive with
8  man, for that he also is flesh: yet his days shall
9

10  98 be a hundred and twenty years. ④There were
11  *Insert ¶ #* giants in the earth in those days; and also after
12  that, when the sons of God came in unto the daughters
13  of men, and they bare children to them, the same became
14  mighty men which were of old, men of renown.
15  ⑤And God saw that the wickedness of man was
16  great in the earth, and that every imagination
17  of the thoughts of his heart was only evil
18

19  99. continually. ⑥ And it repented the LORD that he
20  *Insert ¶ #* had made man on the earth, and it grieved him
21  had made man on the earth, and it grieved him
22  at his heart. ⑦ And the LORD said, I will destroy
23  man whom I have created from the face of the
24  earth; both man, and beast, and the creeping
25  thing, and the fowls of the air; for it repenteth
26  me that I have made them. ⑧But Noah found
27  grace in the eyes of the LORD. ⑨ These are
28  the generations of Noah: Noah was a just man

33
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

100. and perfect in his generations, and Noah
Insert ¶ #
walked with God. 9 And Noah begat three
sons, Shem, Ham, and Japheth. 10 The earth
also was corrupt before God, and the earth
was filled with violence. 11 And God looked upon
the earth, and, behold, it was corrupt; for all
flesh had corrupted his way upon the earth.
12 And God said unto Noah, The end of all flesh

101. is come before me; for the earth is filled with
Insert ¶ #
violence through them; and, behold, I will destroy
them with the earth. 13 Make thee an ark of
gopher wood; rooms shalt thou make in the
ark, and shalt pitch it within and without
with pitch. 14 And this is the fashion which
thou shalt make it of. The length of the ark
shall be three hundred cubits, and the height

102. of it thirty cubits. 15 A window shalt thou
Insert ¶ #
make to the ark, and in a cubit shalt thou finish
it above; and the door of the ark shalt thou
set in the side thereof; with lower, second, and
third stories shalt thou make it. 16 And, behold,
I, even I, do bring a flood of waters upon the
earth, to destroy all flesh, wherein is the breath
of life, from under heaven; and every thing that
is in the earth shall die. 17 But with thee will

34
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

" NOAH ENTERS THE ARK (GENESIS 7) "

1  18. I establish my covenant; and thou shalt come into the
   Insert ¶ #
2  ark, thou, and thy sons, and thy wife, and thy sons
3  wives with thee. 19 And of every living thing of all flesh,
4  two of every sort shalt thou bring into the ark, to
5  keep them alive with thee; they shall be male and
6  female. 20 Of fowls after their kind, and of cattle
7  after their kind, of every creeping thing of the earth
8  after his kind, two of every sort shall come unto thee,
9
10 18. to keep them alive. 21 And take thou unto thee of
   Insert ¶ #
11 all food that is eaten, and thou shalt gather it to
12 thee; and it shall be for food for thee, and for them.
13 22 Thus did Noah; according to all that God commanded
14 him, so did he. Genesis 7: 1-24 ° And the LORD said unto
15 Noah, Come thou and all thy house into the ark; for thee
16 have I seen righteous before me in this generation.
17 2 Of every clean beast thou shalt take to thee by
18
19 18. sevens, the male and his female: and of beasts
   Insert ¶ #
20
21 that are not clean by two, the male and his female.
22 3 Of fowls also of the air by sevens, the male and female,
23 to keep seed alive upon the face of all the earth 4 For
24 yet seven days, and I will cause it to rain upon the earth,
25 forty days and forty nights; and every living substance that
26 I have made will I destroy from off the face of the earth.
27 5 And Noah did according unto all that the LORD commanded
28 him. 6 And Noah was six hundred years old when the flood

35
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  106. of waters was upon the earth. ⑦And Noah went in, and his
2  *Insert ¶ #* sons, and his wife, and his sons wives with him, into the ark,
3  because of the waters of the flood. ⑧Of clean beasts, and of beasts
4  that are not clean, and of fowls, and of every thing that creepeth
5  upon the earth. ⑨There went in two and two unto Noah into the
6  ark, the male and the female, as God had commanded Noah.
7  ⑩And it came to pass after seven days, that the waters of the
8  flood were upon the earth. ⑪In the six hundredth year of Noah's
9
10  107. life, in the second month, the seventeenth day of the month, the
11  *Insert ¶ #* same day were all the fountains of the great deep broken up, and
12  the windows of heaven were opened. ⑫And the rain was upon the
13  earth forty days and forty nights. ⑬In the selfsame day entered
14  Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
15  Noah's wife, and the three wives of his sons with them, into
16  the ark: ⑭They and every beast after his kind, and all the
17  cattle after their kind, and every creeping thing that creepeth
18
19  108. upon the earth after his kind, and every fowl after his kind,
20  *Insert ¶ #* every bird of every sort. ⑮And they went into unto Noah into the
21  ark, two and two of all flesh, wherein is the breath of life. ⑯And
22  they that went in, went in male and female of all flesh, as God
23  had commanded him: and the LORD shut him in. ⑰And the flood
24  was forty days upon the earth; and the waters increased, and bare
25  up the ark, and it was lift up above the earth. ⑱And the waters
26  prevailed, and were increased greatly upon the earth; and the
27  ark went upon the face of the waters. ⑲And the waters prevailed

Civil Rights Complaint Pursuant to U.S.C. § 1983

" THE WATERS RECEDE GENESIS 8 "

1  109 . exceedingly upon the earth; and all the high hills, that
   *Insert ¶ #*
2  were under the whole heaven, were covered. (20) Fifteen cubits
3  upward did the waters prevail; and the mountains were
4  covered. (21) All flesh died that moved upon the earth, both
5  of fowl, and of cattle, and of beast, and of every creeping
6  thing that creepeth upon the earth, and every man: (22) All
7  in whose nostrils was the breath of life, of all that was
8  in the dry land, died. (23) And every living substance was

10  110 destroyed which was upon the face of the ground, both
    *Insert ¶ #*
11  man, and cattle, and the creeping things, and the fowl of
12  the heaven; and they were destroyed from the earth;
13  and Noah only remained alive, and they that were with
14  him in the ark. (24) And the waters prevailed upon the
15  earth a hundred and fifty days. Genesis 8:1-29 (1) And
16  God remembered NOAH, and every living thing, and all the cattle
17  that was with him in the ark: and God made a wind to pass

19  111 . over the earth, and the waters assuaged. (2) The fountains
    *Insert ¶ #*
21  also of the deep and the windows of heaven were stopped, and
22  the rain from heaven was restrained. (3) And the waters returned
23  from off the earth continually: and after the end of the hundred
24  and fifty days the waters were abated. (4) And the ark rested
25  in the seventh month, on the seventeenth day of the month,
26  upon the mountains of Ararat. (5) And the waters decreased
27  continually until the tenth month: in the tenth month, on
28  the first day of the month, were the tops of the mountains

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  112. Seen. ⑥ And it came to pass at the end of forty days,
   Insert ¶ #
2  that Noah opened the window of the ark which he had made:
3  ⑦ And he sent forth a raven, which went forth to and fro,
4  until the waters were dried up from off the earth. ⑧ Also
5  he sent forth a dove from him, to see if the waters
6  were abated from off the face of the ground: ⑨ But
7  the dove found no rest for the sole of her foot, and
8  she returned unto him into the ark, for the waters
9
10  113. were on the face of the whole earth: then he
    Insert ¶ #
11  put forth his hand, and took her, and pulled her
12  in unto him into the ark. ⑩ And he stayed yet other
13  seven days; and again he sent forth the dove out
14  of the ark; ⑪ And the dove came in to him in the
15  evening; and, lo, in her mouth was an olive leaf plucked
16  off: so Noah knew that the waters were abated from
17  off the earth. ⑫ And he stayed yet other seven days;
18
19  114. and sent forth the dove; which returned not again
20      Insert ¶ #
21  unto him any more. ⑬ And it came to pass in the
22  six hundredth and first year, in the first month,
23  the first day of the month, the waters were dried
24  up from off the earth: and Noah removed the covering
25  of the ark, and looked, and, behold, the face of
26  the ground was dry. ⑭ And in the second, on the
27  seven and twentieth day of the month, was the
28  earth dried. ⑮ And God spake unto Noah, saying,

38
Page Number

// Genesis 9 God's Covenant w/ Noah verses 8-19 //
NOAH'S DRUNKENNESS verses 20-24
Curse of Canaan verses 25-29

1  115  ⑯ Go forth of the ark, thou, and thy wife, and
   *Insert ¶ #*
2  thy sons, and thy sons' wives with thee. ⑰ Bring forth
3  with thee every living thing that is with thee, of all
4  flesh, both of fowl, and of cattle, and of every creeping
5  thing that creepeth upon the earth; that they may
6  breed abundantly in the earth, and be fruitful, and
7  multiply upon the earth. ⑱ And Noah went forth, and
8  his sons, and his wife, and his sons' wives with him:
9
10 116 ⑲ Every beast, every creeping thing, and every fowl, and
   *Insert ¶ #*
11 whatsoever creepeth upon the earth, after their kinds,
12 went forth out of the ark. ⑳ And Noah builded an
13 altar unto the LORD; and took of every clean beast,
14 and of every clean fowl, and offered burnt offerings
15 on the altar. ㉑ And the LORD smelled a sweet savor; and
16 the LORD said in his heart, I will not again curse the ground
17 any more for man's sake; for the imagination of man's
18
19 117 heart is evil from his youth; neither will I again
   *Insert ¶ #*
20
21 smite any more every thing living, as I have done. ㉒ While
22 the earth remaineth, seedtime and harvest, and cold
23 and heat, and summer and winter, and day and night
24 shall not cease. (Genesis 9:1-29 ① And God blessed Noah
25 and his sons, and said unto them, Be fruitful and multiply,
26 and replenish the earth. ② And the fear of you and the
27 dread of you shall be upon every beast of the earth, and
28 upon every fowl of the air, upon all that moveth upon

39

Page Number

1  |18 .the earth, and upon all the fishes of the sea; into
2  Insert ¶ #  your hand are they delivered. Every moving thing
3  that liveth shall be meat for you; even as the green
4  herb have I given you all things. ④ But flesh with the
5  life thereof, which is the blood thereof, shall ye not eat.
6  ⑤ And surely your blood of your lives will I require; at
7  the hand of every beast will I require it, and at the
8  hand of man; at the hand of every man's brother will

10  |19 . I require the life of man. ⑥ Whoso sheddeth man's
11  Insert ¶ #  blood, by man shall his blood be shed: for in the image
12  of God made he man. ⑦ And you, be ye fruitful, and
13  multiply; bring forth abundantly in the earth, and
14  multiply therein. ⑧ And God spake unto Noah, and to
15  his sons with him, saying, ⑨ And I, behold, I establish
16  my covenant with you, and with your seed after you;
17  ⑩ And with every living creature that is with you, of the

19  |20. fowl, of the cattle, and of every beast of the earth
20  Insert ¶ #  with you; from all that go out of the ark, to every beast
21  of the earth. ⑪ And I will establish my covenant with you;
22  neither shall all flesh be cut off any more by the waters
23  of a flood; neither shall there any more be a flood
24  to destroy the earth. ⑫ And God said, This is the token
25  of the covenant which I make between me and you
26  and every living creature that is with you, for perpetual
27  generations: ⑬ I do set my bow in the cloud, and it
28  (add L to bow and you get Bowl with a cloud is the Crystal
    meth pipe aka poohey)

40
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

14 . shall be seen in the cloud: ⑮ And I will remember
Insert ¶ #
my covenant, which is between me, and you and every
living creature of all flesh; and the waters shall no
more become a flood to destroy all flesh ⑯ And
the bow shall be in the cloud; and I will look
upon it, that I may remember the everlasting
covenant between God and every living creature
of all flesh that is upon the earth. ⑰ And God said

122 . unto Noah, This is the token of the covenant, which
Insert ¶ #
I have established between me and all flesh that is
upon the earth. ⑱ And the sons of Noah, that went
forth of the ark, were Shem, and Ham, and Japheth:
and Ham is the father of Canaan. ⑲ These are the three
sons of Noah, and of them was the whole earth overspread.
㉑ And Noah began to be an husbandman, and he planted
a vineyard. ㉑ And he drank of the wine, and was drunken;

123 . and he was uncovered within his tent. ㉒ And Ham,
Insert ¶ #
the father of Canaan, saw the nakedness of his father,
and told his two brethren without. ㉓ And Shem
and Japheth took a garment, and laid it upon both
their shoulders, and went backward, and covered the
nakedness of their father's nakedness. ㉔ And Noah
awoke from his wine, and knew what his younger son
had done unto him. ㉕ And he said, Cursed be Canaan;
a servant of servants shall he be unto his brethren.

41

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  124 ²⁶. And he said, Blessed be the LORD God of Shem;
2  Insert ¶ #  and Canaan shall be this servant. ²⁷God shall
3  enlarge Japheth, and he shall dwell in the tents
4  of Shem; and Canaan shall be his servant.
5  ²⁸And Noah lived after the flood three hundred
6  and fifty years. ²⁹ And all the days of Noah
7  were nine hundred and fifty years: and he
8  died. Genesis 10:1-32 ① Now, these are the generations
9
10  125. of the sons of Noah, Shem, Ham, and Japheth:
11  Insert ¶ #  and unto them were sons born after the flood. ②The
12  sons of Japheth: Gomer, and Magog, and Madai,
13  and Javan, and Tubal, and Meshech, and Tiras.
14  ③And the sons of Gomer; Ashkenaz, and Riphath,
15  and Togarmah. ④And the sons of Javan; Elishah,
16  and Tarshish, Kittim, and Dodanim. ⑤By these were
17  the isles of the Gentiles divided in their lands; every
18
19  126. one after his tongue, after their families, in their
20  Insert ¶ #  nations. ⑥ And the sons of Ham; Cush, and Mizraim,
21  and Phut, and Canaan. ⑦And the sons of Cush;
22  Seba, and Havilah, and Sabtah, and Raamah, and
23  Sabtechah: and the sons of Raamah; Sheba, and
24  Dedan. ⑧And Cush begat Nimrod: he began to be
25  a mighty one in the earth. ⑨He was a mighty
26  hunter before the LORD: wherefore it is said, Even
27  as Nimrod the mighty hunter before the LORD.
28

42
Page Number

127. ⑩ And the beginning of his kingdom was Babel, and
Insert ¶ #
Erech, and Accad, and Calneh, in the land of
Shinar. ⑪ Out of that land went forth Asshur,
and builded Nineveh, and the city Rehoboth, and
Calah, ⑫ And Resen between Nineveh and Calah:
the same is a great city. ⑬ And Mizraim begat Ludim,
and Anamim, and Lehabim, and Naphtuhim, ⑭ And
Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. ⑯ And Canaan begat Sidon his
Insert ¶ #
first-born, and Heth, ⑰ And the Jebusite, and the Amorite,
and the Girgasite, ⑰ And the Hivite, and the Arkite,
and the Sinite, ⑱ And the Arvadite, and the Zemarite,
and the Hamathite: and afterward were the families of the
Canaanites spread abroad. ⑲ And the border of the Canaanites was
from Sidon, as thou comest to Gerar, unto Gaza; as thou goest,
unto Sodom, and Gomorrah, and Admah, and Zeboim,

129. even unto Lasha. ⑳ These are the sons of Ham, after
Insert ¶ #
their families, after their tongues, in their countries, and
in their nations. ㉑ Unto Shem also, the father of all
the children of Eber, the brother of Japheth the elder,
even to him were children born: ㉒ The children of
Shem; Elam, and Asshur, and Arphaxad, and Lud, and
Aram. ㉓ And the children of Aram; Uz, and Hul,
and Gether, and Mash. ㉔ And Arphaxad begat
Salah; and Salah begat Eber. ㉕ And unto Eber were.

43

Page Number

130 . born two sons: the name of one was Peleg; for
*Insert ¶ #*
in his days was the earth divided; and his brother's
name was Joktan.⑳ And Joktan begat Almodad and
Sheleph, and Hazar-maveth, and Jerah,㉑ And
Hadoram, and Uzal, and Diklah,㉒ And Obal, and
Abimael, and Sheba,㉓ And Ophir, and Havilah, and
Jobab: all these were the sons of Joktan.㉚ And their
dwelling was from Mesha, as thou goest unto Sephar,

131 . a mount of the east.㉛ These are the sons of
*Insert ¶ #*
Shem, after their families, after their tongues, in their
lands, after their nations.㉜ These are the families of
the sons of Noah, after their generations, in their nations:
and by those were the nations divided in the earth after
the flood.

*** The Woman, Great Red Dragon, Man Child, Michael, & The Blood of the Lamb ***
Revelation 12:1-17 ① And there appeared a great wonder in heaven;

132 . a woman clothed with the sun, and the moon under her feet,
*Insert ¶ #*
and upon her head a crown of twelve stars: ② And she being with
child cried, travailing in birth, and pained to be delivered.③ And
there appeared another wonder in heaven; and behold a great
red dragon, having seven heads and ten horns, and seven
crowns upon his heads. ④ And his tail drew the third part of
the stars of heaven, and did cast them to the earth: and the
dragon stood before the woman which was ready to be delivered,
for to devour her child as soon as it was born. ⑤ And she brought

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  132 . forth a man child, who was to rule all nations with
   *Insert ¶ #*
2  a rod of iron: and her child was caught up unto God, and
3  to his throne. ⑥ And the woman fled into the wilderness,
4  where she hath a place prepared of God, that they should
5  feed her there a thousand two hundred and threescore days.
6  ⑦ And there was a war in heaven: Michael and his angels
7  fought against the dragon; and the dragon fought and his
8  angels⑧ And prevailed not; neither was their place found any
9

10  134 . more in heaven. ⑨ And the great dragon was cast out, that
    *Insert ¶ #*
11  old serpent, called the Devil, and Satan, which deceiveth the
12  whole world: he was cast out into the earth, and his angels
13  were cast out with him. ⑩ And I heard a loud voice saying in
14  heaven, Now is come salvation, and strength, and the kingdom
15  of our God, and the power of his Christ: for the accuser of
16  our brethren is cast down, which accused them before our
17  God day and night. ⑪ And they overcame him by the blood
18

19  135. of the Lamb, and by the word of their testimony; and
    *Insert ¶ #*
20  they loved not their lives unto death. ⑫ Therefore, rejoice, ye
21  heavens, and ye that dwell in them. Woe to the inhabiters of
22  the earth and of the sea! for the devil is come down unto
23  you, having great wrath, because he knoweth that he hath
24  but a short time. ⑬ And when the dragon saw that he was
25  cast unto the earth, he persecuted the woman which brought
26  forth the man child. ⑭ And to the woman were given two
27  wings of a great eagle, that she might fly into the wilderness,
28

45

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  136 : into her place, where she is nourished for a time, from
2  the face of the serpent.(15) And the serpent cast out of his
3  mouth water as a flood after the woman, that he might
4  cause her to be carried away of the flood. (16) And the earth
5  helped the woman, and the earth opened her mouth, and
6  swallowed up the flood which the dragon cast out of his
7  mouth. (17) And the dragon was wroth with the woman, and
8  went to make war with the remnant of her seed, which
9
10  137. keep the commandments of God, and have the testimony
11  of Jesus Christ. *** Revelation 13:1-18 ***
12  (1) And I stood upon the sand of the sea, and saw a beast
13  having seven heads and ten horns, and upon his horns ten
14  crowns, and upon his heads the name of blasphemy.
15  (2) And the beast which I saw was like unto a leopard, and
16  his feet were as the feet of a bear, and his mouth as
17  the mouth of a lion: and the dragon gave him his power,
18
19  138. and his seat, and great authority. (3) And I saw one of
20  his heads as it were wounded to death; and his deadly wound
21  was healed: and all the world wondered after the beast.
22  (4) And they worshiped the dragon which gave power unto
23  the beast: and they worshiped the beast, saying, Who is like
24  unto the beast? who is able to make war with him? (5) And there
25  was given unto him a mouth speaking great things and blasphemies;
26  and power was given unto him to continue forty and two
27  months. (6) And he opened his mouth in blasphemy against

46

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  139 . God, to blaspheme his name, and his tabernacle,
Insert ¶ #
2  and them that dwell in heaven. ⑦ And it was given unto
3  him to make war with the saints, and to overcome
4  them: and power was given him over all kindreds, and
5  tongues, and nations. ⑧ And all that dwell upon the earth
6  shall worship him, whose names are not written in the book of
7  life of the lamb slain from the foundation of the world.
8  ⑨ If any man have an ear, let him hear. ⑩ He that leadeth
9
10  140 . into captivity shall go into captivity: he that killeth with
Insert ¶ #
11  the sword must be killed with the sword. Here is the patience
12  and the faith of the saints. ⑪ And I beheld another beast
13  coming up out of the earth; and he had two horns like a
14  lamb, and he spake as a dragon. ⑫ And he exerciseth all
15  the power of the first beast before him, and causeth the
16  earth and them which dwell therein to worship the first
17  beast, whose deadly wound was healed. ⑬ And he doeth
18
19  141 . great wonders, so that he maketh fire come down
Insert ¶ #
20
21  from heaven on the earth in the sight of men. ⑭ And deceiveth
22  them that dwell on the earth by the means of those miracles
23  which he had power to do in the sight of the beast; saying to
24  them that dwell on the earth, that they should make an
25  image to the beast, which had the wound by a sword, and
26  did live. ⑮ And he had power to give life unto the image of
27  the beast, that the image of the beast should both speak,
28  and cause that as many as would not worship the image

47
Page Number

1  142. of the beast should be killed. ⑯ And he causeth
*Insert ¶ #*
2  all, both small and great, rich and poor, free and bond,
3  to receive a mark in their right hand, or in the foreheads:
4  ⑰ And that no man might buy or sell, save he that
5  had the mark, or the name of the beast, or the number
6  of his name. ⑱ Here is wisdom. Let him that hath under-
7  standing count the number of the beast: for it is the
8  number of a man; and his number is Six hundred threescore
9
10  143. and six. * Let's break down 666 Biblically *
*Insert ¶ #*
11  Step 1: Count 6 books of the Bible (Old & NEW TESTAMENT )
12  Step 2: Go to the 6TH Chapter of Book (Old & NEW TESTAMENT )
13  Step 3: Go to the 6TH verse of Book (Old & NEW TESTAMENT )
14  Step 1. Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua
15  Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called
16  the priests, and said unto them, Take up the ark of the covenant,
17  and let seven priests bear seven trumpets of rams' horns before the
18
19  144. ark of the LORD. * Step 1. Book Count (New Testament):
*Insert ¶ #*
20
21  Matthew, Mark, Luke, John, ACTS, ROMANS * Step 2 & 3 Combined:
22  Romans 6:6 - Knowing this, that our old man is crucified with
23  him, that the body of sin might be destroyed, that henceforth
24  we should not serve sin. (Add verse 7 to see why they tried
25  reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on
26  their hands so instead the summoned dead/ancient demonic spirits)
27  Romans 6:7 - For he that is dead is freed from sin. * Let's give
28  a brief explanation of Joshua * Joshua 1:1-6 ① Now after the death

48

Page Number

1  145 . of Moses the servant of the LORD it came to pass, that the
   Insert ¶#

2  LORD spake unto Joshua the son of NUN, Moses' minister saying,

3  ① Moses my servant is dead; now therefore arise, go over this

4  Jordan, thou, and all this people, unto the land which I do give

5  to them, even to the children of Israel. ② Every place that the

6  sole of your foot shall tread upon, that have I given unto you,

7  as I said unto Moses. ④ From the wilderness and this Lebanon even

8  unto the great river, the river Euphrates, all the land of the Hittites,

9

10 146 . and unto the Great Sea toward the going down of the sun,

11 shall be your coast. ③ There shall not any man be able to stand before
   Insert ¶#

12 thee all the days of thy life: as I was with Moses, so I will be with

13 thee: I will not fail thee, nor forsake thee. ⑥ Be strong and of a good

14 courage: for unto this people shalt thou divide for an inheritance the

15 land, which I sware unto their fathers to give them. ✳✳✳ NOW

16 here's the backend which is the perverted way they used

17 the word to build the beast empire while "ATTEMPTING"

18         (CAIN)(canaan)

19 147 . to Lock JESUS in their system so that they could blackmail
   Insert ¶#

20

21 the chosen ones, Jews, children of Israel in order to steal

22 the substance of the land that was built by other people's

23 hands because the beast was cursed. Example: In Beauty and

24 the Beast, the Beast name is Prince Adam. Prince Adam only

25 means Cain which was Adams first son who killed Abel

26 the keeper of the sheep (shepherd) who was Adams second

27 son. Genesis 4:10-15 (page ____ ) (paraphrased) Cain was cursed from

28 the earth, when he tilled the ground the earth wouldn't yield her strength (produce),

49

Page Number

## JOB

1. 148 . and he was a fugitive (escapee or in hiding to avoid being arrested or
2. *Insert ¶ #* persecuted) and a vagabond (going back and forth) so his system is a system of sorcery &
3. of slavery. Job 1:1 ① There was a man in the land of Uz, whose name
4. was Job; and that man was perfect and upright, and one that feared
5. God, and eschewed evil. ② And there were born unto him seven sons and
6. three daughters. ③ His substance also was seven thousand sheep, and three
7. thousand camels, and five hundred yoke of oxen, and five hundred she
8. asses, and a very great household; so that this man was the greatest
9.
10. 149 . of all the men of the east. Job 1:7- And the LORD said unto Satan, Whence
11. *Insert ¶ #* Comest thou? Then Satan answered the LORD, and said, From going to and fro
12. in the earth, and from walking up and down in it. Job 1:8- And the LORD said unto
13. Satan, Hast thou considered my servant JOB, that there is none like him in the earth,
14. a perfect and upright man, one that feareth God and escheweth evil? Job 1:9- Then
15. Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11- But put
16. forth thine hand now, and touch all that he hath, and he will curse thee
17. to thy face. Job 1:12- And the LORD said unto Satan, Behold, all that he hath
18.
19. 150 . is in thy power, (Satan) only upon himself put not forth thine hand. So Satan went
20. *Insert ¶ #*
21. forth from the presence of the LORD. Job 1:15- And the Sabeans fell upon them, and
22. took them away; yea they have slain the servants with the edge of the sword;
23. and I only am escaped alone to tell thee. Job 1:16- While he was yet speaking
24. there came also another, and said, The fire of God is fallen from heaven, and
25. hath burned up the sheep, and the servants, And consumed them; and I
26. only am escaped alone to tell thee. Job 1:17- While he was yet speaking,
27. there came also another, and said, The Chaldeans made out three bands,
28. and fell upon the camels, and have carried them away, yea, and slain the servants
with the edge of the sword; and I only am escaped alone to tell thee.

50
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Right margin notes:**

Uz=OZ (wizard)
Job=JOB (work)
1+3=10 Beast 1
of Revelation 13

G.O.A.T
↗ Roman
Catholic
BRICS

Wandering-
Cain = The
Land of Nod

Matthew
6:24-
No man can
serve two
masters: for
either he will
hate the one,
and love the
other, or else
he will hold
to the one, and
despise the
other. Ye cannot
serve God and
mammon!

*The World is
under Satanic
System! Their
Job places the
mark of the
beast on them
and their money
does too. 911!
get out of the
System NOW

**Bottom note:**

*Repent & Exit Money/Beast/Job/Social System! It was a
Set Up!!
QUICKLY!

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

151  Job 1:18- While he was yet speaking, there came also another, and
Insert ¶ #
said, Thy sons and thy daughters were eating and drinking wine in their
eldest brother's house. Job 1:19- And, behold, there came a great
wind from the wilderness, and smote the four corners of the
house, and it fell upon the young men, and they are dead; and
I only am escaped alone to tell thee. Job 1:20-22 ⑳Then
Job arose, and rent his mantle, and shaved his head, and

152. fell down upon the ground, and worshiped. ㉑And said,
Insert ¶ #
Naked came I out of my mother's womb, and naked shall
I return thither: the LORD gave, and the LORD hath taken
away; blessed be the name of the LORD. ㉒In all this Job
sinned not, nor charged God foolishly. Job 2:3- And the
LORD said unto Satan, Hast thou considered my servant Job,
that there is none like him in the earth, a perfect and an

153. upright man, one that feareth God, and escheweth evil?
Insert ¶ #
and still he holdeth fast his integrity, although thou movedst
me against him, to destroy him without cause. Job 2:4 -
And Satan answered the LORD, and said, Skin for skin,
yea, all that a man hath will he give for his life. Job 2:5-
But put forth thine hand now, and touch his bone and his
flesh, and he will curse thee to thy face. Job 3:1-11 ①After
this opened Job his mouth, and cursed his day. ②And Job spake,
and said, ③Let the day perish wherein I was born, and the

51
Page Number

1  154 . night in which it was said; There is a man child conceived.
2  *Insert ¶ #* ④ Let that day be darkness; let not God regard it from above,
3  neither let the light shine upon it. ⑤ Let darkness and the
4  shadow of death stain it; let a cloud dwell upon it; let the
5  blackness of the day terrify it. ⑥ As for that night, let
6  darkness seize upon it; let it not be joined unto the days
7  of the year; let it not be joined unto the days of the year;
8  let it not come into the number of the months. ⑦ Lo, let

10  155. that night be solitary; let no joyful voice come therein.
11  *Insert ¶ #* ⑧ Let them curse it that curse the day, who are ready to
12  raise up their mourning. ⑨ Let the stars of the twilight
13  thereof be dark; let it look for light, but have none; neither
14  let it see the dawning of the day: ⑩ Because it shut not up
15  the doors of my mother's womb, nor hid sorrow from mine
16  eyes. ⑪ Why died I not from the womb? Why did I not give
17  up the ghost when I came out of the belly? Job 6:6-9

19  156 ⑥ Can that which is unsavory be eaten without salt? Or is
20  *Insert ¶ #* there any taste in the white of an egg? ⑦ The things that my soul
21  refused to touch are as my sorrowful meat. ⑧ Oh that I might
22  have my request; and that God would grant me the thing
23  that I long for! ⑨ Even that it would please God to destroy
24  me; that he would let loose his hand, and cut me off!
25  ✱ Breakdown of JOB which is the medium of the system (beast) ✱
26  The Word JOB is the name of a man/book in the Bible
27  (old testament) and the word JOB is also defined as: the

167. principal activity in your life that you do to earn money,
Insert ¶ #
B) a specific piece of work required to be done as a duty or for
a specific fee. C) a state of difficulty that needs to be resolved
D) a program application that may consist of several steps but
is a single logical unit. E) a crime (especially a robbery). F) profit
privately from public office or official business. ✱ This is what
is the beginning of their sorcery which is crossing words
in order to give it a different meaning. Also using phonics

168. in order to confuse a person who doesn't understand
Insert ¶ #
different languages, etc. Prime Example: Caesar's world is
all about PROFITS which is money but Christ's world is all
about PROPHETS which is the mouthpiece of God being used
through a human being to declare and decree. Both words
sound the same but mean the total opposite ✱ Now,
the word Medium is defined as A) An intervening substance
through which signals can travel as a means for communication

169. B) Someone who serves as an intermediary between the
Insert ¶ #
living and the dead C) transmissions that are disseminated
widely to the public. D) a substance in which specimens are
preserved or displayed. Job 1:1 the land of UZ symbolize the
land of OZ from the Wizard of OZ | The definition of Oz is also
ounce which (crossword example: Witch) is a unit of weight in
the US customary system and imperial system of measurement
(an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only
represent Revelation 13 the First beast which is the Gentile

53
Page Number

1  160 . nations (Revelation 13:1 - And I stood upon the sand of the sea,
   *Insert ¶ #*
2  and saw a beast rise up out of the sea, having seven heads
3  and ten horns, and upon his horns ten crowns, and upon his
4  heads the name of blasphemy.) * Blasphemy = blasphemous
5  behavior; the act of depriving something of its sacred character. *
6  Job 1:3 - His substance also was seven thousand sheep, and three thousand
7  camels, and five hundred yoke of oxen, and five hundred she asses,
8  and a very great household; so that this man was the greatest of
9

10 161 . all the men of the east. * This verse can symbolize sheep
   *Insert ¶ #*
11 as being cotton for clothing, camels is a form of cigarettes,
12 yoke of oxen can represent a slave system based upon an
13 animalistic system (beast system), she asses symbolizes the
14 females' ass especially African Americans because an ass
15 is just a donkey that is a domesticated equine (crossword Earth Queen)
16 which is derived from the African wild ass (Equus Africanus) this
17 is only a description of the (charlot system) Revelation 17:5-9
18

19 162 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON
   *Insert ¶ #*
20
21 THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE
22 EARTH. ⑥ And I saw the woman drunken with the blood of the
23 saints, and with the blood of the martyrs of JESUS: and when
24 I saw her, I wondered with great admiration. ⑦ And the angel
25 said unto me, Wherefore didst thou marvel? I will tell thee the
26 mystery of the woman, and of the beast that carrieth her,
27 which hath the seven heads and ten horns. ⑧ The beast that
28 thou sawest was, and is not; and shall ascend out of the

Civil Rights Complaint Pursuant to U.S.C. § 1983

163 . bottomless pit, and go into perdition: and they that
*Insert ¶ #*
dwell on the earth shall wonder whose names were not
written in the book of life from the foundation of the world,
when they behold the beast that was, and is not, and
yet is, ⊙And here is the mind which hath wisdom. The seven
heads are seven mountains on which the woman sitteth.
Greatest of all the men of the east is where they got the
acronym G.O.A.T which means Greatest of All Time!

164 . let me also add that camel is also a representation
*Insert ¶ #*
of Egypt. The word substance. is defined as "the subject matter
of a text, speech, or work of art, especially as contrasted with
the form or style in which it is presented," "wealth and
possessions," it also can mean "an intoxicating, stimulating,
or narcotic chemical or drug, especially an illegal one."
If you break substance down in two words you get
Sub meaning. submarine or to act as a substitute for

165. someone + stance. meaning the way in which someone
*Insert ¶ #*
stands, especially when deliberately adopted (as in baseball, golf,
and other sports); a person's posture. Fast can represent the
Eastern Rite Catholic Church/Oriental Catholic Church.
Job 1:7. And the LORD said unto Satan, Whence cometh thou? Then Satan
answered the LORD, and said, From going to and fro in the earth, and
from walking up and down in it (★ going to and fro is a form of
wandering which is the definition of a vagabond and is exactly
what God called Cain after he killed Abel). Wandering is also

166. a representation of the Land of Nod which means that
*Insert ¶ #*
LORD in this scencrio is the King which makes the King the
real beast and the church (catholic) is the whore that
caused a lot of Kings to fall (Revelation 17:10 And there
are seven Kings five are fallen, and one is, and the other
is not yet come; and when he cometh, he must continue
a short space.) The King that has a short space is King
Charles III because is reign is not that long due to


167. his age, the days we're in which is Armageddon,
*Insert ¶ #*
and the truth being Revealed. Job 1:11 But put forth thine
hand now, and touch all that he hath, and he will curse thee
to thy face. Job 1:12 And the LORD said unto Satan, Behold,
all that he hath is in thy power, only upon himself put not
forth thine hand. Matthew 6:24 No man can serve two masters:
for either he will hate the one, and love the other; or else he will
hold to the one, and despise the other. Ye cannot serve God


168. and mammon. Romans 4:4-5 Now to him that worketh
*Insert ¶ #*
is the reward not reckoned of grace, but of debt. ⑤ But to
him that worketh not, but believeth on him that justifieth
the ungodly, his faith is counted for righteousness. ✳ THE
SET UP of the Beast System ✳ Capitalism was created
by Adam Smith who was born in Kirkcaldy, fife,
Scotland. The first form of bank note was developed
in China during the Tang and Song dynasties, starting
in the 7th century. Its roots were in merchant receipts

56
Page Number

169. of deposit during the Tang dynasty (618-907).
*Insert ¶ #*
During the Yuan dynasty (1271-1368), banknotes were.
adopted by the Mongol Empire. In Europe, the concept
of banknotes was first introduced during the 13th century
by travelers such as Marco Polo with European banknotes
appearing in 1661 in Sweden. True paper money, called
"jiaozi" were developed as promissory notes by the 11th
century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch
*Insert ¶ #*
the founder of Stockholms Banco which was Sweden's
first bank. until it was liquidated in 1667. However, it
served as the precursor to the central bank of Sweden
that was founded in 1668 as Riksens Standers Bank
until it was renamed in 1866 as Sveriges Riksbank which
is the world's oldest surviving central bank. Also, the
banknote of the one hundred daler issued by Stockholms
$100

171. Banco and signed by Johan Palmstruch in 1666 (the
*Insert ¶ #*
mark of the beast in number form). ✳ Communism
was created by Karl Marxism who was born in Trier,
Rhine Province, Prussia Germany. Marxism was also created
by Friedrich Engels who was born in Barmen, Jülich-Cleves-Berg,
Kingdom of Prussia which is now Wuppertal, Germany.
Marxism is a method of socioeconomic analysis that
uses a materialist interpretation of historical development,
better known as historical materialism, to understand class

51
Page Number

172. relations and social conflict and a dialectical perspective
*Insert ¶ #*
to view social transformation. So basically, to sum up the
beast system it was derived from the book of Job. Job
was tested by Satan to see if he lost everything would he
curse God. Satan had the ability to do whatever he wanted
to Job except kill him. Satan was able to disconnect Job
from every type of human support, progress, or success
that he had just to see if Job would curse God to his

173. face. The social system is a reflection of Communism
*Insert ¶ #*
which is when somebody else has control over another persons
possessions, it also goes hand and hand with the social
systems behind human relationships and behaviors, then
it is combined with capitalism which actually consist
of the progress and success of humans. People use their
progress and successes to help build their confidence
which then gives them a sense of pride about themselves.

174. So Jobs' story was the perfect story to make a
*Insert ¶ #*
system for humanity when it came to their means of
providing, self confidence, and a sense of power that
can be obtained while they're progressing on their job.
Based upon this brief description of how they crossed
words to deceive the people, you should have a better
understanding on why it's so important for us to be
a free people versus us being a slave because people
enjoy their fun that only is tempory - In Matthew 6:24

175. God made it specific that nobody could serve
*Insert ¶ #*
two masters: for either he will hate the one,
and love the other; or else he will hold to
the one, and despise the other. Ye cannot serve
God and mammon. Romans 4:4-5 ⊕ Now to him
that worketh is the reward not reckoned of grace,
but of debt.✶ Matthew 6:24 and Romans 4:4-5
both speak about money/reward however in Matthew

176. God has given you a choice then in Romans the
*Insert ¶ #*
word tells you that the reward isn't grace however
it leads you into debt. Right there reality sinks
in letting you know that you lose more than you've
gained.✶✶✶ This right here explains how they
set up America and also why America is still
in debt while the Americans suffer for something
they didn't put themselves in. Right now the

177. People are caught in the shackles of Americas
*Insert ¶ #*
debt to China for a debt that the people didn't
do but what makes it even more wrong is the fact
that China could have just helped America when
they bankrupt but instead people of those times
strategized a system that would be able to pay
back the debt yet the debt isn't paid off. Now, I
must also say that the marriage of the Lamb is
at hand in this time however, this was what

Civil Rights Complaint Pursuant to U.S.C. § 1983

178. I call a battle due to the tricks, traps, and schemes
*Insert ¶ #*
of the enemy. See, the system that is being used
all across the world is an artificial way to force
slavery upon people, while making them believe that
they are free. Right now, people are striving for
the one world order however the deception
behind the one world order is that humans are
losing their God giving rights of humanity to

179. their own creation which they don't exercise
*Insert ¶ #*
full control over especially when there's so much
corruption going on and technology is bypassing
the human brains. People have forgotten what
it means to Live, Love, and Laugh because our lives
have been being controlled by people in high places
who have evil motives. We must stop being so
naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan
*Insert ¶ #*
caused some of the angels to be cast out with him,
in the garden of Eden he caused Adam & Eve to
be cast out the garden, and now he's at the
nations causing kings, queens, and others to
fall by keeping division between humanity as
he divides and conquers. We must open our eyes,
put pride aside, forgive one another, and put
Jesus back on the Throne because Truth be told

181. Satan has everybody fighting over who was
*Insert ¶ #* first, whose religion is real, etc what the people
are failing to realize is that the battle isn't
about none of the things he's using as cover ups
to have you on his team. I say that because it's
provable. ① All the Appetites that people have,
that are against God comes from Satan not Eve.
Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still
*Insert ¶ #* innocent, naive, and the enemy knew she was the
only way he would have another chance to attempt
to make his name bigger than God's. The devil
was here before humans so he knew more just like
AI because he understood that humans have a limited
brain capacity and he also knew that they would be
curious about the world around them. He also knew

183. that there are only two Spirits that can influence
*Insert ¶ #* the people and that's either the Holy Ghost (the prophecy
of Jesus) or Satan (the prince of air who lets you
do whatever you want and serve whoever you
want as long as he has control over you which
only leads to destruction). Jesus came so that we
can have life in abundance, however the rebellion
of humanity has placed us in worldwide dispair,
darkness, anger, anxiety, etc. Satan only comes

61
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

184. to steal, kill, and destroy which makes him
*Insert ¶ #*
feel good because He hates Himself, He hates All
God's creation, & He really hates Jesus for Being
chosen. So, with ALL this being said the beast
system is a system of demonic mind control,
turmoil, Envy, Hatred, etc. as if Hell is on earth.
Also, the beast system is forced satanic worship
due to the weapons he used to cause people

185. to believe a certain way which is only Indoctrination.
*Insert ¶ #*
He has forced the world to live backwards by using
the Heaven and Earth that was created by God for
humans to freely possess, be fruitful, and multiply.
He has done so by Cain building a city (fast forward)
then God flooded the whole earth however he saved
Noah and his family and Noahs' sons' wives plus
two cattle of every kind including, fowls. After Noah

186. came out the ark; God told his family to be
*Insert ¶ #*
fruitful and multiply in which they did. Then one
of Noahs' sons' named Ham saw his dad
naked which caused God to curse Hams' son
Cannon. However through Noahs' other son Shems'
bloodline came Jesus'. So the world is backwards
because the cursed ones have been stealing and
making money off of Jesus while denouncing
Him at the same time. The cursed ones have,

62
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

187. been living like they're the chosen ones as they have profitted off the chosen ones and portrayed to the entire world as if the chosen ones were the cursed ones by placing labels of lies on the names of the chosen ones. Prime example JOB is a book in the bible about a wealthy God fearing man. The world took the name of JOB and made it a label for work which is job. Many people have made

188. a very good living off of whatever job or career they have. So here's the serpent's seed Cain who kills Abel and they are hiding behind their jobs. Here are some job titles to prove my point ① Doctors (the first surgery was when God put Adam in a trance, opened his side, took out his rib, and made Eve). ② Police Officers (in Genesis 2:15: And the LORD God took the man, and put him into the garden of Eden to dress and to keep it. ✳ Hebrew Definitions:

189. ① Dress → H5647 → ä̆bad → to serve ② Keep → H8104 → Shâmar → to protect. Law enforcement slogan is To Protect and to Serve). ③ Teaching (in Genesis 1:2 - And the earth was without form, and void; and darkness was upon the face of the deep. And the Spirit of God moved upon the face of the waters) ✳ Now, let's break this down in Hebrew: Form → H8414 → tshûw = empty place, without form, adverbially. ✳ Adverbial means a word or group of words playing the grammatical role of an adverb. ✳ Grammer means: the study of the way the sentences

190. of a language are constructed, morphology and syntax;
*Insert ¶ #*
the elements of any science, art, or subject; a book
treating such elements. A book is to enter an official
charge against (an arrested suspect) on police register.
VOID → H922 → bohuw= an undistinguishable ruin,
emptiness. Darkness → H2822-7 chosek → misery, de-
struction, wickedness, ignorance, death. ✱✱✱
From Genesis 1:2; I defined 3 words which are form,

191. void, and darkness! I used Genesis 1:2 to describe
*Insert ¶ #*
how the serpent seed Cain (the son of Eve who built the city)
uses jobs and the system to kill Abel (his brother who he envied
because of his favor with God). Teaching is a job that is only
a weapon of indoctrination to kill the Godlike character
in individuals starting from a child that way they become
a program (like computer simulation) that was created to
destroy all Godly traits. For Example: The word form

192. in Hebrew means empty place (a childlike innocence),
*Insert ¶ #*
then it breaks down adverbial which describes the grammatical
role of the adverb. Finally, the word grammer is described
as a study of sentences of a language., the elements of
science art, etc in the form of a book (meaning to be
arrested (institutionalized in the mind; indoctrinated). Then,
the next word is void meaning that the worldly teachings
causes emptiness and/or an undistinguishable ruin. Finally, the
words form and void sums up to darkness which means misery,
destruction, wickedness, ignorance, and death (spiritually).

Civil Rights Complaint Pursuant to U.S.C. § 1983

193. Even though I put Doctor as #1, Police as #2, and Teacher as #3 the correct order would be Teacher as #1 because God let Adam name the animals before He put Adam to sleep to create Eve. Also, in order to become a doctor, police, or teacher then you have to be educated by a teacher just to qualify according to the worlds system. Under those 3 titles can stem many other categories of

194. jobs such as under Doctor you can classify a nurse, psychologist, chemist, dentist, chiropractor, masseuse biologist, etc because they all deal with the mind or body whether its evaluations, medicine (chemical substances) or hands on physicals, etc. Under Police you can go back a decade and find slave patchers which were called bounty hunter. In Modern times you have similar jobs such as security, bouncers, investigators, any other

195. title that pertains to Protecting and Serving (like DCFS), etc. Finally under Teacher you will find God as the first teacher, then in humanity today there are Apostles, Prophets Evangelist, Pastors, and Teachers. Now, in the world you have many jobs that fall under teaching such as: Substitute Teacher, Pre-K, Elementary, Middle, High School, & University Teachers. There's also life coaches (in all types of curriculums/hobbies), Online Teachers, and in digital realm music, movies, social media platforms such as: TikTok, FaceBook, YouTube

196. Pictures, Paintings, Lyrics, etc (that can have influencers

*Insert ¶ #*

who push hidden agendas while getting paid to do so at the expense of peoples' sanity, lives, or beliefs). * Mark 8:34-38

³⁴ And when he had called the people unto him with his disciples also, he said unto them, Whosoever will come after me, let him deny himself, and take up his cross, and follow me ³⁵ For whosoever will save his life shall lose it; but whosoever shall lose his life for my sake and the gospels, the same shall

197. save it. ³⁶ For what shall it profit a man, if he shall

*Insert ¶ #*

gain the whole world, and lose his own soul? ³⁷ Or what shall a man give in exchange for his soul? ³⁸ Whosoever therefore shall be ashamed of me and of my words in this adulterous and sinful generation; of him also shall the Son of man be ashamed, when he cometh in the glory of his Father with the holy angels * Mark 8:15 - And he charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod.

*Insert ¶ #*

* Herod the Great was the Roman appointed King of Judaea who built many fortresses, aqueducts, theatres, etc. Herod was born in southern Palestine; his father was Antipater and he was an Edomite (a semitic people that have been identified as Arab, who converted to Judaism in the 2nd century BCE). Herod was of Arab origin, although he was a practicing Jew. Herod killed the infants of Bethlehem in order to try and kill Jesus while he was still a baby then he died shortly after he had a bungled suicide attempt. (Just like Judas & HITLER) * The enemy sets people up to try and kill Jesus & then they die afterwards * Set UP 2 FAIL!

Civil Rights Complaint Pursuant to U.S.C. § 1983

* PRIDE also represents LGBT community which is PERVERSION and Perversion means "A Twisted Truth"

199. Edomites were Semitic people who fall under the
*Insert ¶ #* category of Ammorites, Canaanites, and the Ara-maeans.
The word Edom means "RED" and the Edomites sin
was PRIDE. The Edomites were the descendents of
Esau and the Edomites worshipped many gods. Esau
became a pagan Roman who rebelled against the Torah,
a countermodel of the rabbinic Jew. Reading Rome, the
universal empire, into the Bible, and turning Romans

200. into wayward brothers, the rabbis made Jewish history
*Insert ¶ #* universal. Pagan Rome disregarded them, but Christian
Rome made the typology part of European history.
The Church Fathers interpreted Jacob and Esau's
brotherhood as that of Christians and Jews, claimed
Jacob's legacy and decried the Jews as Esau. The
Empire's Christianization encumbered Christianity with
the Jewish-Roman past and Rome with the Christian

201. claim to disinherit Israel, and forged a traumatic
*Insert ¶ #* relationship that still hasn't been undone. *Encumbered
means - to restrict or burden (someone or something) in such
a way that free action or movement is difficult. *John 10:1
Verily, Verily, I say unto you, He that entereth not by the
door into the sheepfold, but climbeth up some other
way, the same is a thief and a robber. John 10:10 The
thief cometh not, but for to steal, and to kill, and to destroy:
I am come that they might have life, and that they might

67
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

202 . have it more abundantly. Matthew 23:1-10 Then spake
Jesus to the multitude, and to his disciples, ② Saying, The
Scribes and the Pharisees sit in Moses seat ③ All therefore
whatsoever they bid you observe and do; but do not ye.
after their works. for they say, and do not. ④ For they
bind heavy burdens and grievous to be borne, and lay
them on men's shoulders; but they themselves will not
move them with one of their fingers. ⑤ But all their

203 . works they do for to be seen of men: they make broad
their phylacteries, and enlarge the borders of the garments.
⑥ And love the uppermost rooms at feasts, and the chief
seats in the synagogues, ⑦ And greeting in the markets,
and to be called of men, Rabbi, Rabbi, ⑧ But be not ye
called Rabbi: for one is your Master, even Christ; and all
ye are brethren. ⑨ And call no man your father upon the
earth: for one is your Father, which is in heaven. ⑩ Neither

204. be ye called Masters: for one is your Master, even Christ.
★ Descendents of Esau also known as Edom were the People
of Seir from ancient Sparta, early Rome, Venice, Germany,
Russia, China, Japan, and many other nations. The
Edomites were always in conflict with God's people.
Esau gave rise to military elites such as the Spartans and
warriors like Alexander the Great. ✻✻✻ Moving Forward,
I will list a few more jobs that will also prove that they
perverted the word of God to make merchandise of men

68
Page Number

205 . by spiritually raping the people in order to obtain self

*Insert ¶ #*

gain and control which is still a form of slavery, but just in the mind, emotions, and spiritually while deceiving the world to believe that they are still free when in all actuality they are being mislead by a wolf in sheeps clothing. (A) Astrologers (in Genesis 1:14-16 (14) And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them

206 . be for signs, and for seasons, and for days, and

*Insert ¶ #*

years: (15) And let them be for lights in the firmament of the heaven to give light upon the earth: and it was so. (16) And God made two great lights; the greater light to rule the night: he made the stars also.) * According to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are

People

who have gone beyond what they should have, they have perverted the origin of why God created the lights

207 . in the firmament which was to divide the day from

*Insert ¶ #*

night, to be for signs (not horoscope, not for satelite, technology, etc), for the seasons, for the days, and for the years. People have gone beyond their boundaries while acting like they were just studying Gods' creation but in all actuality they were cooping-up with wicked inventions while getting paid to do so. * Isaiah 47:1— Come down, and sit in the dust, O virgin daughter of Babylon, sit in the dust, O daughter of the Chaldeans: for thou shalt no

69

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

208. more be called tender and delicate. ② Take, the
millstones, and grind meal: uncover thy locks, make
bare the leg, uncover the thigh, pass over the rivers.
③ Thy nakedness shall be uncovered, yea, thy shame shall
be seen: I will take vengeance, and I will not meet
thee as a man. ④ As for our redeemer, the LORD of
hosts is his name, the Holy One of Israel. ⑤ Sit thou
silent, and get thee into darkness, O daughter of the

209. Chaldeans: For thou shalt no more be called, The
lady of Kingdoms. ⑥ I was wroth with my people, I
have polluted mine inheritance, and given them
into thine hand: thou didst shew them no mercy;
upon the ancient hast thou very heavily laid thy
yoke. ⑦ And thou saidst, I shall be a lady for ever:
so that thou didst not lay these things to thy heart,
neither didst remember the latter end of it. ⑧ Therefore,

210. hear now this, thou that art given to pleasures, that
dwellest carelessly, that sayest in thine heart, I am, and
none else beside me: I shall not sit as a widow, neither
shall I know the loss of children: but these two things shall
come to thee in a moment in one day, the loss of children,
and widowhood: they shall come upon thee in their perfection
for the multitude of thy sorceries, and for the great
abundance of thine enchantments. ⑨ For thou hast trusted
in thy wickedness: thou hast said, None seeth me.

70

Civil Rights Complaint Pursuant to U.S.C. § 1983

211. Thy wisdom and thy knowledge, it hath perverted
*Insert ¶ #*
thee; and thou hast said in thine heart, I am, and
none else beside me. (11) Therefore shall evil come upon
thee, thou shalt not know from whence it riseth: and
mischief shall fall upon thee; thou shalt not be
able to put it off: and desolation shall come upon
thee suddenly, which thou shalt not know. (12) Stand now
with thine enchantments and with the multitude of

212. thy sorceries, wherein thou hast laboured from thy
*Insert ¶ #*
youth; if so be thou shalt be able to profit, if so be thou
mayest prevail. (13) Thou art wearied in the multitude
of thy counsels. Let now the astrologers, the stargazers,
the monthly prognosticators, stand up, and save thee.
(14) Behold, they shall be as stubble; the fire shall burn
them; they shall not deliver themselves from the power
of the flame: there shall not be a coal to warm at, nor

213. fire to sit before it. (15) Thus shall they be unto thee
*Insert ¶ #*
with whom thou hast laboured, even thy merchants, from
thy youth: they shall wander every one to his quarter;
none shall save thee. * People who work in the astrology,
Tarot, physics, etc have been paid to search the hidden
mysteries of heaven and the earth which has also
been used for monetary game at the expense of
others while intentionally misleading people using
the signs. ⑤ Government Jobs (in Isaiah 9:6 # For

214. unto us a child is born, unto us a son is given; and the government shall be upon his shoulder: and his name shall be called Wonderful, Counsellor, The mighty God, The everlasting Father, The Prince of Peace. Of the increase of his government and peace there shall be no end, upon the throne of David, and upon his kingdom, to order it, and to establish it with judgement and with justice from henceforth even forever. The

215. zeal of the LORD of hosts will perform this. ✱ In this passage of scripture it shows that the government was upon his shoulders however there would come a time that he would have to overturn it in order to bring order to man made mess, he would have to establish it so that judgement and justice will move according to TRUTH instead of just the labels that humans have placed based on their own perception.

216. See, God knew that people would pervert the truth even if they knew the truth; so all the deep state & worldly corruption only Jesus could fix entirely. ✱ To finalize the perverting of Jobs' name and story from the bible and man treating Jobs(work) while using Jobs' story to obtain the keys to rob the people, cause them to curse or be mad at God, which robs them of Gods restoration(because lack of faith), and enables the beast system to drive them into debt which is a form

72

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

217. of slavery, and caused America to run up it's debt
*Insert ¶ #*
because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead
*Insert ¶ #*
it was Satan (Satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to reference the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and
*Insert ¶ #*
Eve dominion over the mind of his adversary (tree of Good/Evil).
Satan (the serpent) played a mind game with Eve by twisting
of Gods word in order to deceive her. Once Adam & Eve fell
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the womans seed.
Satan's goal then became his drive to steal the womans'
seed, turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

220 . Satan instead of God. Let's use a few scriptures from Job

*Insert ¶ #*

to wrap this up and move on. Job 1:9 - Then Satan answered the LORD, and said, Doth Job fear GOD for nought? (Basically, he's asking if Job would still fear God even if he had nothing.) Job 1:11 - But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. (Satan told God to remove Jobs things and he would curse God to his face). Job 1:12 - And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon

221 . himself put not forth thine hand. So Satan went forth from

*Insert ¶ #*

the presence of the LORD. (Right here The LORD gave Satan power over everything of JOBS' except for his life. The LORD knows the heart of man so he knew JOB would not curse him to his face also that was a way for God to show Satan that money wasn't everything to everybody and that some people truly do love God). Mind you, Satan is only looking for worship because he wanted to be greater than GOD. Mark 14:62

222 . And Jesus said, I am: and ye shall see the Son of man

*Insert ¶ #*

sitting on the right hand of power, and coming in the clouds of heaven. Mark 16:19 - So then after the LORD had spoken unto them, he was received up into heaven, and sat on the right hand of God. Revelation 13:13-16 And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast;

74

*Page Number*

223. saying to them that dwell on the earth, that they
*Insert ¶ ||* should make an image to the beast, which had the wound
by a sword, and did live. [15] And he had power to give life
unto the image of the beast, that the image of the beast
should both speak, and cause, that as many as would
not worship the image of the beast should be killed.
[16] And he causeth all, both small and great, rich and
poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. * Breakdown of the
*Insert ¶ ||* scriptures pertaining to Job 1:12 - And the LORD said
unto Satan, Behold, all that he hath is in thy power,
only upon himself put not forth thine hand... Now,
Im going to paraphrase a few scriptures from above to
paint the picture of satan pretending to be Jesus but in the
shadows. [1] Mark 14:61 Jesus is sitting on the right hand of
power. [2] Mark 16:19 - Jesus ascends to heaven to sit on the right hand

225. of God. [3] Revelation 13:13 (paraphrased) The Beast does great
*Insert ¶ ||* wonders (signs) by making fire come down from heaven. [4] Revelation 13:16
The Beast causes all to receive a mark in their right hand,
or in their forehead [5] Genesis 1:14 - God created lights in the firmament
of heaven to divide day and night, let them be signs, and for
seasons, days, and years. [6] Isaiah 47:12-13 The daughter of Babylon
VIRGIN
was rebuked by the prophet for her enchantments, sorceries, astrologers,
stargazers, and monthly prognosticators (in verse 11, he said her wisdom
and knowledge perverted her & she became PRIDEFUL). [7] Mark 14:61 And

1  226. Jesus said, I am: and ye shall see the Son of man
Insert ¶ #
2  sitting on the right hand of power, and coming in
3  the clouds of heaven. Matthew 28:18-19 (18) And Jesus
4  came and spake unto them, saying, All power is given
5  unto me in heaven and in earth (19) Go ye therefore,
6  and teach all nations, baptizing them in the name of
7  the Father, and of the Son, and of the Holy Ghost: (20) Teaching
8  them to observe all things whatsoever I have commanded
9

10  227. you: and, lo, I am with you alway, even unto
Insert ¶ #
11  the end of the world. Amen. * Now in Job 1:12 God told
12  Satan that when it came to Job being tried, he had all
13  access to Jobs' possessions except he couldn't touch
14  Jobs' life with his hand. In the workforce (JOB) the
15  Boss has all the power of your money, hours, days,
16  and assignment just not over the individuals life in
17  a personal/physical sense. Mark 14:61 Jesus sits on
18

19  228. the right hand of power and comes in the clouds
20  of heaven, Mark 16:19 Jesus sits on the right hand of
Insert ¶ #
21  God, and Matthew 28:18 Jesus acknowledges All power is
22  given to him in heaven and in earth* So you can see Satan
23  taking power while hiding behind Jesus because he knows the
24  word, knows how to manipulate it, and use it for is own
25  wickedness. However, Mark 14:61 Jesus comes in the clouds
26  of heaven; then in Revelation 13:13 the beast (Satan) does
27  wonders (signs/miracles) by making fire come down from heaven
28

70

**Page Number**

289. Such as Astrology, dealing with signs that they named in the
*Insert ¶ #* sky & make fire come down symbolizes Technology,
media, electricity, Lightening, and fireworks. All
these methods of making fire come down is Satans attempt
to solidify his worldly Kingdom as he uses space/universe
to attempt to show forth his power as if he's God the
ultimate creator Like what God did in Genesis 1:14 when
he first created lights in the firmament of heaven to separate

230. day from night, & as signs, seasons, days, and years.
*Insert ¶ #* So if Satan is a replicator of the original that means
his Church is Babylon according to Isaiah 47:12-13
that talks about the woman and her sorceries, enchantments,
astrologers, stargazers, and prognosticators (which all
these symbolize Witchcraft because its not the original
reason of why God created the lights in the firmament
and that means the readings are not coming from

(Prophetic)
231. the Holy Ghost but instead they are coming from
*Insert ¶ #* demonic spirits) So they have the ability to transfer
into humans, possess them, and drive humans to
behave in abnormal ways, cause sicknesses, and/or
attach themselves in different areas dealing with a
persons' life. Speaking on Satan being a replica of God
(Yeshua), his hirelings the witches/sorcerers are only a
replica also known as a False Prophet(ess) because
they use other methods outside of Christ Jesus in order

77
*Page Number*

232. to give people a false hope, a false sense of direction, etc and even though the false prophet(ess) may be right on their readings the main question is what Spirit are they moving in because that's what determines the purity of the word That's spoken. See, Prophets are the mouthpieces of God which is a position that cannot be taken lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has been spoken in the LORDS' name. The Office of a Prophet comes with a lot of responsibility, accountability, etc. Prophets are called by God (Yahweh, Jehovah, Yeshua) and not by man. However, God will use another leader to confirm the prophetic gifting on a persons' life then that person will go through life with God Teaching them and Gods shepherds (apostles, evangelist

234. pastors & teachers) helping the prophet grow in their gift. The prophetic gift CANNOT be taught by worldly/secular teachers. Prime example: I was going to school for psychology and the LORD had me drop the class because psychology tries to make sense of everything but God uses people and do things that don't make sense to the human mind all the time. Now, there's two forms of the prophetic which is Ⓐ The Office of A Prophet and Ⓑ The gift of prophesy. The GIFT OF PROPHECY is a Gift of the Holy Spirit, every believer is encouraged

235. to prophecy, prophecy is for edification, exhortation, and
Insert ¶ #
comfort, prophetic utterance is a gift, a person that prophecy
is defind as a saint doing the work of the ministry of Christ,
the gift to prophecy if for life. * The OFFICE of a prophet(ess)
is a gift from the Godhead, God chooses the prophet not
humans, the prophetic office is a gift that is used to train,
equip, direct, correct, warn and govern, the prophet is a
gift to the body of Christ, a prophet is a part of the five-fold

236. ministry to equip the saints, and the Office if a Prophet(ess)
Insert ¶ #
is for life. * The Characteristics of a False Prophet *
They point people back to themselves instead of to Jesus Christ
of Nazareth, they lack spiritual accountability, they
cause dissension/division within leadership and members
within the church body, they are not seeing or speaking
through the heart and eyes of God, they operate out
of anger, frustration, and hurt, they mislead people

237. intentionally they cause people to rebell against God
Insert ¶ #
as they lead the people to worship false Gods (paganism),
their in it for self gain and not to edify the church as
the Body of Christ is a hospital. 1 Corinthians 14: 10-12
(10)There are, it may be, so many kinds of voices in the world,
and none of them is without significance. (11)Therefore if I
know not the meaning of the voice, I shall be unto him that
speaketh a barbarian, and he that speaketh shall be a barbarian
unto me. (12)Even so ye, forasmuch as ye are zealous of spiritual

79
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

238 . gifts, seek that ye may excel to the edifying of the Church.
Insert ¶ #
Proverbs 18:21 — Death and Life are in the power of the tongue:
and they that love it shall eat the fruit thereof. Matthew 15:18-20
[18] But those things which proceed out of the mouth come
forth from the heart; and they defile the man. [19] For
out of the heart proceed evil thoughts, murders, adulteries,
fornications, thefts, false witness, blasphemies: [20] These are
the things which defile a man: but to eat with unwashen

239 . hands defileth not a man. Psalms 45:1-2 [1] My heart
Insert ¶ #
is inditing a good matter: I speak of the things which I have
made touching the King; my tongue is the pen of a ready writer.
[2] Thou art fairer than the children of men: grace is poured
into thy lips: therefore God hath blessed thee for ever.
* The Mouth has a way of revealing what is in the
heart of man whether the words are spoken in private
or in public. Now, the false prophet(ess) or witches

240 . use ritualism, music, tarot cards, horoscope, etc to obtain
Insert ¶ #
results that they desire however it causes more harm than
good because they tap into demonic spirits to obtain
whatever results they desire but they fail to realize
that those demonic entities can overpower them because they
have opened up themselves and others to those spirits.
However, God will use a prophet to stand up against
what's attempting to destroy his people so a lot of times
the prophet and prophetic ministry is rejected because people

Civil Rights Complaint Pursuant to U.S.C. § 1983

241. are looking for temporary fixes since the root of a
*Insert ¶ #*
problem is too complex, painful, and time consuming
in order to correct the issue. When we are in this place it's
easier to listen to people who tell you what you want to hear
than to have to face the variety of emotions that show
up when you have been deceived, lied on or lied to, pushed
away, indoctrinated, misled, etc. However, the only way
for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free.
*Insert ¶ #*
The Holy Ghost is the spirit of Truth, then there's the
spirit of error because the person didn't know any better,
and finally the spirit of falsehood which is when a
person is intentionally deceiving people. Revelation 13:15-
And he had power to give life to the image of the beast, that
the image of the beast should both speak, and cause, that
as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 (18) For the wrath of
*Insert ¶ #*
God is revealed from heaven against all ungodliness and
unrighteousness of men, who hold the truth in unrighteousness;
(19) Because that which may be known of God is manifest
in them; for God hath shewed it unto them. (20) For the invisible
things of him from the creation of the world are clearly
seen, being understood by the things that are made, even
his eternal power and Godhead, so that they are without
excuse. (21) Because that, when they knew God, they glorified

1  244 . him not as God, neither were thankful; but became
   Insert ¶ #
2  vain in their imaginations, and their foolish heart was darkened.
3  ㉒ Professing themselves to be wise, they became fools,
4  ㉓ And change the glory of the uncorruptible God into
5  an image made like to corruptible man, and to birds,
6  and four-footed beasts, and creeping things. ㉔ Wherefore
7  God also gave them up to uncleanness through the lusts
8  of their own hearts, to dishonor their own bodies between
9
10  245 . themselves. ㉕ Who changed the truth of God into a lie,
    Insert ¶ #
11  and worshiped and served the creature, more than the
12  Creator, who is blessed for ever. Amen. ㉖ For this cause
13  God gave them up unto vile affections: for even their women
14  did change the natural use into that which is against nature:
15  ㉗ And likewise also the men, leaving the natural use of the
16  woman, burned in their lust one toward another; men with
17  men working that which is unseemly, and receiving in
18
19  246 . themselves that recompense of their error which was meet.
20  Insert ¶ #
21  ㉘ And even as they did not like to retain God in their knowledge,
22  God gave them over to a reprobate mind, to do those things
23  which are not convenient; ㉙ Being filled with all unrighteousness,
24  fornication, wickedness, covetousness, maliciousness; full of
25  envy, murder, debate, deceit, malignity, whisperers, ㉚ Backbiters,
26  haters of God, despiteful, proud, boasters, inventors of evil
27  things, disobedient to parents, ㉛ Without understanding, covenantbreakers,
28  without natural affection, implacable, unmerciful: ㉜ Who knowing

82

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  247. the judgement of God, that they which commit such
2  *Insert ¶ #* things are worthy of death, not only do the same, but
3  have pleasure in them that do them. ✱ ✱✱ False Prophets
4  according to 2 Thessalonians 2:9-14 ⑨ Even him, whose
5  coming is after the working of Satan with all power and signs
6  and lying wonders, ⑩ And with all deceivableness of unrighteousness
7  in them that perish; because they received not the love
8  of the truth, that they might be saved. ⑪ And for this cause
9
10  248. God shall send them strong delusion, that they should
11  *Insert ¶ #* believe a lie: ⑫ That they all might be damned who believed
12  not the truth, but had pleasure in unrighteousness. ⑬ But
13  we are bound to give thanks always to God for you, brethren
14  beloved of the Lord, because God hath from the beginning
15  chosen you to salvation through sanctification of the Spirit
16  and belief of the truth: ⑭ Whereunto he called you by our
17  gospel, to the obtaining of the glory of our Lord Jesus Christ.
18
19  249. ✱ The methods of the False Prophets ✱ 1 John 2:15-
20  *Insert ¶ #* ¹⁵ Love not the world, neither the things that are in the
21
22  world. If any man love the world, the love of the Father
23  is not in him. ¹⁶ For all that is in the world, the lust
24  of the flesh, and the lust of the eyes, and the pride
25  of life, is not of the Father, but is of the world.
26  ¹⁷ And the world passeth away, and the lust thereof: but
27  he that doeth the will of God abideth for ever. ¹⁸ Little
28  children, it is the last time: and as ye have heard that

83
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   250 . antichrist shall come, even now are there many
Insert ¶ #
2   antichrists; whereby we know that it is the last time.
3   ⁱ⁹ They went out from us, but they were not of us; for
4   if they had been of us, they would no doubt have continued
5   with us: but they went out, that they might be made
6   manifest that they were not all of us. ✳ Let me break
7   down the words image, sound, logo after a few
8   scriptures to paint the TRUE PICTURE... Genesis 1:26-27
9
10   251 ²⁶ And God said, Let us make man in our image, after
Insert ¶ #
11   our likeness: and let them have dominion over the fish of
12   the sea, and over the fowl of the air, and over the cattle,
13   and over all the earth, and over every creeping thing that
14   creepeth upon the earth. ²⁷ So God created man in his own
15   image, in the image of God created he him; male and
16   female created he them. Genesis 2:7~ And the LORD God formed
17   man of the dust of the ground, and breathed into his nostrils
18
19   252. the breath of life; and man became a living soul...
20
Insert ¶ #
21   Here's the words ⒶImage, ⒷSound, ⒸLogos breakdown Ⓐimage
22   is imago in Latin meaning LIKENESS, appearance, statue,
23   idea, echo. To me image can also mean: image (I+Mage=
24   eye magic meaning illusion) Ⓑsound root word in Greek is
25   phone. Sound is a type of wave motion that originates as the
26   vibration of a medium. In order to speak or sing, you
27   must add sound to letters. So in this breakdown of sound
28   I am going to use the Phoenician Alphabet which is the

84
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  253. Early Linear Script that was used to write the
2  *Insert ¶ :*
   Early Iron Age Canaanite languages. The 14TH letter
3  in the Phoenician alphabet is nūn which is the phonemic
4  representation of N and the numerical value of 50.
5  Nūn is believed to be derived from an Egyptian hieroglyph
6  of a snake (serpent). In all languages, the "n" represents
7  the alveolar nasal. The voiced alveolar nasal is a
8  type of consonantal sound used in numerous spoken
9

10 254. languages. The symbol in the international Phonetic
11 *Insert ¶ #*
   Alphabet that represents dental, alveolar, and
12 postalveolar nasals is "n". A dental consonant is
13 a consonant articulated with the tongue against
14 the upper teeth. Alveolar consonants are articulated
15 with the tongue against or close to the superior alveolar
16 ridge, which is called that because it contains the
17 alveoli; (the sockets) of the upper teeth. Post-alveolar
18

19 255. consonants are consonants articulated with the tongue
20 *Insert ¶ #*
21 near or touching the back of the alveolar ridge * The Phoenician
22 alphabet was used to write the Early Iron Age Canaanite
23 languages, subcategorized by historians as Phoenician,
24 Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic.
25 Logos in Ancient Greek means word, discourse, or reason
26 thats used in Western philosophy, psychology, and rhetoric; it
27 connotes an appeal to rational discourse that relies on inductive
28 and deductive reasoning. — In Christianity "Logos" means

Civil Rights Complaint Pursuant to U.S.C. § 1983

256. The Word of God (John 1:1 - In the beginning was
the Word, and the Word was with God, and the Word
was God). See, this is why the deception has been so
much when it comes to spells, cross of words, and
playing with the Bible in the form of manipulating, in-
doctrinating, controlling, labeling, stealing, and
altering. This has occured using Ⓐ Image, Ⓑ Sound,
Ⓒ Logos because whoever governs the Word of God as

257. A steward is who controls or frees the people
and their inheritance. So in this case we can see their
motive at heart, which is their ability to play God in
order to flee from judgement. Basically, while they're
playing as God (False messiah) with their weapons of sorcery
they are also leading people into Idolatry. They are
also fleeing from judgement by pretending to be somebody
that they are not and that's also how extortion is happening.

258. All this means is that the false prophets (messengers)
represents Revelation 13:11 - And I beheld another beast coming
up out of the earth, and he had two horns like a lamb, and
he spake as a dragon. *That sums up the three words Ⓐ Image=
eye magic (appearance) Ⓑ Sound = phone in Greek, and in the
Phoenician Alphabet the letter n (representation) which is the word
nun that resembles a snake (serpent) in Egyption hieroglyphs. Another
meaning of nun (female) is the word Monk (male) and they are
found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy.

86
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

259 . Eastern Orthodoxy, Calvinism, Anglicanism, and Methodism.
Insert ¶ #
They are also found in Indian Religions such as Hinduism,
Buddism, and Jainism. ① Logos = word, discourse or
reason. Discourse means - written or spoken communication
or debate. The word discourse is derived from the Latin
prefix "dis" meaning "away" and the root word "currere" meaning
"to run" and refers to the way that a conversation flows.
To study discourse is to analyze the use of spoken or

260 . written language in a social context. Logo also represents
Insert ¶ #
a graphic mark, emblem, or symbol used to aid and
promote public identification and recognition (it can also
include text of the name it represents as in a wordmark).
Logo is another form of trademark or branding (sounds
like mark of beast in the forehead because of perception due
to the fact that Logos originally stands for The WORD of God and
not the words of the World.) 2 Corinthians 4:1— ①Therefore

261 . seeing we have this ministry, as we have received mercy,
Insert ¶ #
we faint not; ②But have renounced the hidden things of
dishonesty, not walking in craftiness, nor handling the
word of God deceitfully; but by manifestation of the truth
commending ourselves to every man's conscience in the
sight of God. ③ But if our gospel be hid, it is hid to them
that are lost: ④ In whom the god of this world hath blinded
the minds of them which believe not, lest the light of the
glorious gospel of Christ, who is the image of God should shine unto them.

87
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

262 . Another example of false prophets handling the word
*Insert ¶ #* of God deceitfully to blind the minds of humanity in order
to keep them in darkness and away from Jesus Christ of
Nazareth being their savior is : Revelation 1:8 - I am the
Alpha and Omega, the beginning and the ending, saith
the Lord, which is, and which was, and which is to come,
the Almighty. The word Alpha means : 1st letter of Greek alphabet,
the vowel sound represented by this letter (a) ① Alpha, Astronomy.

263 . used to designate the brightest star in a constellation. ② Chemistry
*Insert ¶ #* (S (of an animal) having the highest rank in dominance of hierarchy : the
alpha female of an elephant pack. Next, the word alphabet is alpha + above
definitions + bet = second letter in Phoenician alphabet and the letters
name means "House" now put them together and you get  Alpha = Astronomy
+ bet = house (Astronomy House or House of witchcraft). then omega =
the 24th letter in the greek alphabet which is the last letter and the
word omega means "great O". Finally before I add it up the

264 . last part is the movie Alpha and Omega for kids in which
*Insert ¶ #* Alpha is a female wolf and Omega is a male wolf. Now, all
this sum up to ④ The movie Alpha and Omega equals wolf(Beast) =
"IMAGE (eye magic)" ⑤ The Alphabet equals to
"Astronomy House, House of Witchcraft, Babylon" meaning
"SOUND-Phone in Greek" ⑥ The word Alpha equals
1st letter of greek alphabet, the vowel sound of the letter (a), Alpha,
Astronomy, Alpha Centauri (triple star system in southern constellation
of Centaurus/south pole) meaning "LOGOS" equals the
mark of Beast in Hand (Phone) + Forehead (movies, tv, digital realm)
Technology

✱ They swapped WHICH

Civil Rights Complaint Pursuant to U.S.C. § 1983

with WITCH because it's mentioned
3 times symbolizing TRINITY (Alpha Centauri)
not the Father, Son, and Holy Ghost... (Revelation 1:8)

SEASONS of The False Prophets Deception, Pimping & Harlotry

The End of their

1  265. False prophets (THEIR END) Matthew 7:15 ⑮ BEWARE
2  *Insert ¶ #* of false prophets, which come to you in sheep's clothing,
3  but inwardly they are ravening wolves. ✱ Now lets go
4  to Genesis 1:14 - And God said, let there lights in the
5  firmament of the heaven to divide the day from
6  the night; and let them be for signs, and for seasons,
7  and for days, and years... Here are a few seasons
8  and Holidays that have a different meaning or
9
10  266. overlooked meaning. #1 Autumn, also know as fall
11  *Insert ¶ #* has Halloween in its season, Ironically, by autumn
12  being labeled as fall and Halloween being labeled
13  All Hallow's Eve. this pagan holiday is demonic,
14  satanic, and full of devil worship as it indoctrinates
15  the children since the children are the next generation.
16  Autumn/Fall indirectly glorifies the serpent for
17  causing Eve to fall in the garden. Genesis 3:1 - Now
18
19  267. the serpent was more subtile than any beast of the
20  *Insert ¶ #* field which the LORD God had made. And he said unto the
21  woman, Yea, hath God said, Ye shall not eat of every tree
22  of the garden ✱ This was the first voice (sound) that
23  Eve heard after being created. This was the first
24  time the serpent twisted the word of God (Logos).
25  Genesis 3:4-6 ④ And the serpent said unto the woman,
26  Ye, shall not surely die: ⑤ For God doth know that
27  in the day ye eat thereof, then your eyes shall be
28

89

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

268. opened, and ye shall be as gods, knowing good
*Insert ¶ #*
and evil. ⑥And when the woman saw that the tree
was good for food, and that it was pleasant to the eyes,
and a tree to be desired to make one wise, she took
of the fruit thereof, and did eat, and gave also unto
her husband with her, and he did eat. ✳This is the second
time she heard his voice (sound) as he twisted the word
of God (logos) just to plant a picture in her head

269. (image). Genesis 3:7-8 ⑦And the eyes of them were
*Insert ¶ #*
both opened, and they knew that they were naked; and
they sewed fig leaves together, and made themselves
aprons. ⑧And they heard the voice of the LORD God
walking in the garden in the cool of the day: and Adam
and his wife hid themselves from the presence of the
LORD God amongst the trees of the garden. ✳This
is where her eyes opened however they were naked so

270. they made them some clothes to cover up their nakedness
*Insert ¶ #*
which makes sense on why clothing is a tool people use
to project a certain image in society. This is also how
Figueroa became a hoe street where women walks
around naked to make some money. This is also
a reprentation of the police showing up on prostitution
streets and the men and women hide themselves when
they see or hear the police, like Adam & Eve did to God. Mind
you, this passage also shows that Eve Finally heard the

90
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   2.1. Lords voice; however it was after the serpent had already
*Insert ¶ #*

2 talked to Eve and caused them to fall. So basically, Autumn

3 symbolizes Adam and Fall symbolizes going downward and

4 the Halloween symbolizes Hallow Eve. This is crossing of

5 words also known as twisting words which is exactly what

6 the serpent did to Eve. The crossing of words is where

7 perversion (A twisted truth) and witchcraft (word curses) were

8 birth out in the garden of Eden when Eve believed the

10 2.1.2. serpent then ate of the tree of good and evil. In this
*Insert ¶ #*

11 season the serpent used the same tactics perversion (a twisted

12 truth) and witchcraft (word curses) however this time the tree

13 of good and evil (knowledge) was "MONEY", the perversion used as weapons

14 in this season is sexuality, identity, education, career, technology,

15 religion, family, faith, Bible, morality etc. The witchcraft used as weapons

16 are spells, lies, slander campaigns, influential peddling, obstruction

17 of justice, and Biblical scriptures used to manipulate, exploit,

19 2.1.3. blackmail, etc. the people. So, what happened here is
*Insert ¶ #*

20 something we see everywhere in the world right now. If was

21 the enemy intentionally using such tactics against the people

22 so that they'd fall which then helps him profit off of the

23 demise, destruction, downfall, and/or death so that he can

24 advance his kingdom. Another name that goes with

25 Autumn/**Fall** is the words "Harvest Season" which is considered

26 the gathering of the fruit of ones labor. That means the enemy

27 has used the words Autumn, Fall, Halloween (Hallow Eve), and

274. Harvest Season to indirectly mock Adams fall behind
Insert ¶ #
Eve listening to the serpent which caused their disobedience to
God to cause them to produce the serpent a harvest. The
word "Hallow" means to make holy, sanctify, consecrate, to
honor as holy; consider sacred; venerate; to hallow a battlefield.
The etymology of the word "ween" is the slang word
for penis. Venerate means to regard with great respect;
revere. Eve is defined as: ① the evening or the day before a

275. special day ② Mother of all living (Genesis 3:20). ✱ In
Insert ¶ #
the western christian practice, the liturgical (customary public
ritual of worship) celebration begins with its first vespers (evening
prayer)(in Catholic latin/Eastern rites, Eastern Orthodox, Oriental Orthodox,
and Lutheran liturgies) on the evening of 31 October, All Hallows'
Eve (All Saints' Eve) and ends at the compline (night prayer) of
1 November. This is the day before All Souls Day (the commemoration
of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a
Insert ¶ #                                  "Allhallowtide"
3 day religious observation called a triduum). Allhallowtide is a "time"
to remember the dead, including martyrs, saints, and faithful
christians. Hallowsday (All saints' day) and thus of its vigil (Halloween)
was established for Rome perhaps by Pope Gregory III (731-741)
and was made of obligation throughout the Frankish Empire
by Louis Pious in 835. In the 11th century All Souls' Day was
popularized, after Abbot Odilo established it as a day for the monks
of Cluny and associated monasteries to pray for the dead. ✱When

92
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  277 . I see "Allhallowtide" being called a tridum to me
Insert ¶ #
2  it symbolizes a "false Trinity"; in fact it doesn't symbolize
3  anything because it is a "false trinity" when it comes to
4  Christianity and I have many reasons for renouncing
5  this as a part of Christianity. The first reason is since
6  the church was "built" off of Jesus' then the only Trinity is
7  The Father, The Son, and The Holy Ghost. The second reason is
8  Luke 20:38 - For he is not a God of the dead, but of the living;
9
10  278 . for all live unto him. Matthew 8:21-22 And another of
11 Insert ¶ #
   his disciples said unto him, Lord, suffer me first to go and
12 bury my father. (22) But Jesus said unto him, Follow me;
13 and let the dead bury their dead. Numbers 16:11 - And the priest
14 shall offer the one for a sin offering, and the other for a
15 burnt offering, and make an atonement for him, for that
16 he sinned by the dead, and shall hallow his head that same
17 day. Numbers 16:48 - And he stood between the dead and the
18
19 279. living, and the plague stayed. Numbers 19:11- He that toucheth
20 Insert ¶ #
21 the dead body of any man shall be unclean seven days.
22 Numbers 19:16 - And whosoever toucheth one that is slain with
23 a sword in the open fields, or a dead body, or a bone of a man, or
24 a grave, shall be unclean seven days. Finally, 3rd reason, is because
25 God says let the dead bury the dead; so ritualism
26 and days of religious prayers for the dead are all
27 done in vain & they go against the words of Christ which
28 means they symbolize the Anti Christ & To conclude this

← Numbers 6:11 shows Hallow the dead in the same verse

93

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983